# United States District Court

DISTRICT OF NORTHERN MARIAN ISLANDS

LISA BLACK

V.

JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junio High School, Commonwealth of the Northern Mariana Islands Public School System, and John and/or Jane Doe

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-0038

FILED
Clerk
District Court

NOV 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

JIM BREWER
Saipan, CNMI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE L. HASSELBACK
2nd Flr. Nauru Bldg., Susupe
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

DATE
NOV 18 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 22, 2005 |
| NAME OF SERVER (PRINT)    Alexander L. Lopez | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By giving a copy to Jacinta Kapileo of PSS Legal Counsel's office at the Retirement Fund Bldg., Capitol Hill, Saipan, CNMI.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *November 22, 2005*
             Date

Signature of Server

*P.O. Box 501964 Saipan MP 96950*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.