ORIGINAL

F I L E D
Clerk
District Court

DEC 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Ms. Heather L. Kennedy
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950
Telephone: (670) 664-3737
Fax:(670) 664-3713

Attorney for: Public School System

Mr. David Lochabay
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Memorial Bldg.-2nd Flr.
Capitol Hill, Saipan, MP  96950
Telephone: (670) 664-2341/2342
Fax:(670) 664-2349

Attorney for: Jim Brewer

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK | ) Civil Case No. 05-0038 |
|   Plaintiff | ) |
|   vs. | ) **STIPULATION** |
| JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE, | |
|   Defendants | |

## STIPULATION

The CNMI Public School System (PSS) and Hopwood Junior High School Principal, Jim Brewer ("Brewer"), through their attorneys, and the attorney for Plaintiff Lisa Black do hereby

agree and stipulate that Defendants PSS and Brewer shall have an additional fourteen calendar (14) days to answer Plaintiff's complaint.

Respectfully submitted this 12th day of December 2005 by:

_____
Heather L. Kennedy
Attorney for the Public School System

_____
AAG David Lochabay
Attorney for Jim Brewer

_____
George L. Hasselback
Attorney for Lisa Black