ORIGINAL

FILED
Clerk
District Court

DEC 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

```
Ms. Heather L. Kennedy
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950
Telephone: (670) 664-3737
Fax:(670) 664-3713

Attorney for: Public School System

Mr. David Lochabay
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Memorial Bldg.-2nd Flr.
Capitol Hill, Saipan, MP  96950
Telephone: (670) 664-2341/2342
Fax:(670) 664-2349

Attorney for: Jim Brewer
```

### IN THE UNITED STATES DISTRICT COURT
### OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK | ) Civil Case No. 05-0038 |
| Plaintiff | ) |
| vs. | ) |
| | ) **ORDER** |
| JIM BREWER, CNMI Public School | ) |
| System and JOHN AND/OR JANE DOE, | ) |
| Defendants | ) |

### ORDER

Upon stipulation of the parties, the Court hereby grants the CNMI Public School System (PSS) and Hopwood Junior High School Principal, Jim Brewer ("Brewer") an additional fourteen (14) calendar days to answer Plaintiff's complaint.

So ordered this 13th day of December by:

*(signature)*
Judge Alex Munson