FILED
Clerk
District Court

DEC 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) |
| JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE, | ) CERTIFICATE OF SERVICE |
| Defendants. | ) |

I, Jacinta Q. Kapileo, am over the age of 18 years and not a party to this civil action, hereby certify that I served copies of: DEFENDANT THE CNMI PUBLIC SCHOOL SYSTEM'S ANSWER to O'Connor, Esq. at 2nd Floor, Nauru Building via hand-delivery and the Office of the Attorney General via hand-delivery on December 22, 2005.

Dated this 22nd day of December, 2005.

_____
[signature: Jacinta Q. Kapileo]