Clerk
District Court

JAN 2 5 2006

For The Northern Marianas Islands
By_____
(Deputy Clerk)

ORIGINAL

GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Lisa Black

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>    Defendants. | CIVIL ACTION NO. 05-0038<br><br><br><br><br>PLAINTIFF'S PRE-DISCOVERY DISCLOSURE STATEMENT |

Plaintiff, by and through her attorneys, pursuant to L.R. 16.2(c)(J)(d) and Fed.R.Civ.Pro. Rule 26(a), submits the following disclosures:

A.    <u>Persons With Potentially Discoverable Information</u>

    1.    The following individuals may be likely to have discoverable information that the Plaintiff may use to support her claims. The addresses and telephone numbers of this individuals are unknown to Plaintiff at this time, however many of them are current or former employees of Defendant Commonwealth of the Northern Mariana Islands Public School system, and it and the remainder of the Defendants are likely to already be in possession of this contact

1

information. In any event, Plaintiff will provide such contact information as soon as practicable upon discovery. These individuals are likely to have discoverable information regarding, generally, the events which lead to the facts alleged in Plaintiff's Complaint, and specifically, the actions of Defendant Jim Brewer and his interaction with Plaintiff.

Ada, Carmelita P.
Aldan, Criselda C.
Barja, Katherine Dolores A.
Bayro, Leonila R.
Brel, Felisa
Buniag, Arlene CM.
Cabrera, Emily D.
Cannon, Eloisa A.
Castro, Cynthia C.
Davis, John H.
Davis, Teodosia V.
Dela Cruz, Francisco S.
Douglas, John
Escober, Sancho E.
Esteves, Devina L.
Ferrari, Joseph L.
Gabionza, Ronald SN.
Gagaring, Aida M.
Gagaring, Pastor B.
Grayer, Menchu V.
Halloran, Christine F.
Hamman, Cassandra A.
Harmsen, Steven
Hofschneider-David, Wilma Liza R.
Humilde, Roy
Ito, Edgar S.
Javier, Yeldez T.
Joab, Clarissa M.
Keller, Osaky M.
Kohout-Chase, Anne E.
Lamkin, Ronald P.
Litulumar, Luna Zena
Lizama, Elizabeth M.
Manahane, Cecile I.
Masaharu, Terry N.
Masga, Christine T.
Mendiola, Donald B.
Mendoza, Marilyn O.
Mobel, Vanessa C.
Nepaial, Elizabeth S.

        Nielson, Nancy Jane
        Ordonez, Jaycie R.
        Ornes, Maria
        Pedersen, Rosemarie DJ.
        Quinata, Angelina B.
        Rabauliman, Edmond K.
        Rechebong, Francisca S.
        Rhodes, Douglas W.
        Rozic, Mark A.
        Sikyang, Nariany
        Starkey, Rory M.
        Torres, Aniwenda V.
        Charly Kentey
        Karen Klaver
        Karen Borja
        Frances Ulloa
        Francine Hofschneider
        Sean Frink

2.   As their investigation of potential witnesses is ongoing, Plaintiffs reserve the right to disclose any other persons with potentially discoverable information as soon as is practicable.

B.   <u>Description of Relevant Document</u>

1.   Plaintiff has available for inspection and copying all documents, data compilations, and tangible things that are in its possession, custody and control as required by Rule 26(a) Fed.R.Civ.Pro. These documents are currently located in the offices of Plaintiff's counsel and will be produced or made available for inspection pursuant to appropriate discovery requests at a time and place convenient for all parties.

2.   These documents consist of correspondence between the various parties prior to the filing of this suit, portions of Plaintiff's personnel file, copies of evaluations, recordings of conversations relevant to the subject matter of this case and other items which may contain information relevant to this matter. As these documents are voluminous in nature, Plaintiff is still attempting to inventory and organize these items and will disclose their nature and contents

as soon as practicable in accordance with the rules of discovery.

3.   As Plaintiffs investigation of this matter is ongoing, they reserve the right to supplement this disclosure with descriptions of other relevant documents as soon as is practicable.

C.   <u>Computation of Damages</u>

Plaintiff has suffered the loss of back wages amounting to the full amount that she was being paid as a schoolteacher for the period of time that she was unemployed following her termination by Defendants (back pay). Additionally, as her current salary is far below what she was making prior to her discharge, Plaintiff will seek compensation in an amount that will eliminate this disparity (front pay). Furthermore, Plaintiff is seeking damages in an amount to compensate her for the breach of her employment contract. Finally, Plaintiff will seek damages for emotional distress and injury to her professional and personal reputation in an amount to exceed $100,000.00. As computation of these damages is ongoing and will likely involve the efforts of expert financial witnesses, Plaintiff is unable to determine an exact total for these damages, but will disclose such an amount as soon as is practicable.

D.   <u>Insurance Agreement</u>

Plaintiff is not aware of any particular insurance agreement that will have any bearing upon this matter.

Dated: January 25, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiff Lisa Black

By: _____
GEORGE L. HASSELBACK