GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

FILED
Clerk
District Court

JAN 31 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Plaintiff Lisa Black

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>     Plaintiff,<br><br>     vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>     Defendants. | CIVIL ACTION NO. 05-0038<br><br>PROOF OF SERVICE |

The undersigned does hereby certify that copy of **PLAINTIFF'S PRE-DISCOVERY DISCLOSURE STATEMENT** was served as follows:

By hand delivery on January 25, 2006 upon the:

    Bernie Dela Cruz for
    Attorney General's Office – Civil Division
    Capitol Hill, Saipan

    Jacinta Kapileo for
    Heather Kennedy, Esq. – PSS Legal Counsel
    Lower Base, Saipan

Dated this _31_ day of January, 2006.

                                                 _____
                                               Alexander L. Lopez