GEORGE L. HASSELBACK, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Lisa Black

FILED
Clerk
District Court

FEB - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT |
| Defendants. | |

Plaintiff, by and through counsel, and in accordance with Rule 16(b) and (c), Fed.R.Civ.Pro. and Local Rule 16(e)(2) hereby submits their Case Management Conference Statement.

## INTRODUCTION

Through this action, Plaintiff seeks damages for wrongful termination and infringement of civil rights protected under the United States and Commonwealth Constitutions. This action involves only one Plaintiff, and seeks damages for front and back pay, contractual violations, emotional damages and attorneys fees.

1
3221-01-060201-Disc-CaseMgtConfStmt-glh

## CASE MANAGEMENT STATEMENT

(a) The various Defendants have been duly served.

(b) Plaintiff believes the Court has jurisdiction and the venue properly lies with this Court as well.

(c) Plaintiff believe this case should be assigned the Expedited Track but allow each party to call expert witnesses and conduct discovery according to the limits set forth in the Standard Track.

(d) Plaintiff anticipates she may file a Motion for Summary Judgment at the close of discovery.

(e) Plaintiff anticipates discovery will be necessary and requests that the parties be allowed the limit for discovery set forth in the Standard Tract.

(f) Plaintiff anticipates discovery can be accomplished within four months with a trial within six to nine months.

(g) Plaintiff does not anticipate the need for any special procedures except this case should be readily resolvable. Plaintiff therefore requests a settlement conference within the month of March 2006 before litigation costs impede the possibility of settlement.

(h) Plaintiff requests that the Expedited Track be modified to allow discovery and the potential testimony experts as outlined above.

(i)     Plaintiff is open to any reasonable settlement offer provided it truly is fair and made early enough to avoid expensive litigation costs.

(j)     This matter may be justly, efficiently and economically resolved if there is a settlement conference before litigation costs impede settlement prospects.

(k)     The Court should set dates convenient for the Court and all parties and as discussed in items (c), (e), (f) and (g).

Dated: February 1, 2006

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa Black

By: _____
GEORGE L. HASSELBACK