Ms. Heather L. Kennedy
C.N.M.I. Public School System
P. O. Box 501370
Saipan, MP 96950
Telephone: (670) 237-3046
Facsimile: (670) 664-3713

Attorney for Public School System

Benjamin Demoux
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg.
Capitol Hill
Caller Box 10007
Saipan, MP 96950
Telephone: (670) 664-2341
Facsimile: (670) 664-2349

Attorney for Jim Brewer

FILED
Clerk
District Court

FEB -2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE<br><br>    Defendants. | Civil Case No. 05-0038<br><br>**DEFENDANTS'**<br>**CASE MANAGEMENT**<br>**CONFERENCE STATEMENT** |

Defendants, through their attorneys, hereby submit the following disclosures pursuant to L.R. 16.2CJ(e)(2).

1. <u>Service of Process</u>: All known parties have been served.

2. <u>Jurisdiction and Venue</u>: Proper in this Court.

3. <u>Anticipated Motions</u>: Defendants anticipate motions for summary judgment after completion of discovery.

4. <u>Appropriateness of Special Procedures</u>: None necessary.

5. <u>Modifications of Standard Pretrial Procedures</u>: None necessary.

6. <u>Settlement Prospects</u>: None at this time.

Respectfully submitted this 2nd day of February, 2006.

_____  
Heather L. Kennedy  
Attorney for Public School System

_____  
David Lochabay, for  
Benjamin Demoux, AAG  
Attorney for Jim Brewer

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been hand delivered to George Hasselback, Esq, of O'Connor Berman Dotts and Banes, attorneys for Plaintiff, this 2nd day of February, 2006.

_____  
David Lochabay