F I L E D
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

LISA BLACK,                          )        Civil Action No. 05-0038
                                     )
              Plaintiff              )
                                     )
         v.                          )        CASE MANAGEMENT
                                     )        SCHEDULING ORDER
JIM BREWER, et al.,                  )
                                     )
                                     )
              Defendants             )
_____     )

　　　　Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

Case Management Conference was conducted in this matter on February 8, 2006.

---

[1]

　　　　Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall
not be modified except upon a showing of good cause and by leave of the district judge[.]" To
establish good cause, a party must generally show that even with the exercise of due diligence it
cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d
604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains
once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats
Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

Present were George L. Hasselback on behalf of plaintiff; Commonwealth Assistant

Attorney General  David Lochabay for Commonwealth defendants; and, Heather L.

Kennedy on behalf of defendant Commonwealth Public School System.  As a result

of the conference,

      IT IS ORDERED THAT:

1.     All parties are to be joined on or before August 10, 2006.

2.     All motions to amend pleadings shall be filed on or before August 10, 2006.

3.     All discovery shall be served by July 5, 2006.  No discovery material shall be filed with the court except as necessary to support a motion.

4.     All discovery motions shall be filed so as to be heard on or before August 10, 2006.  Motions shall be filed in accordance with Local Rule 7.1.

5.     Plaintiff's expert disclosure shall occur on or before August 25, 2006.

6.     Defendants' expert disclosure shall occur on or before August 25, 2006.

7.     Expert discovery shall be completed by October 20, 2006.

8.     A status/settlement conference will be held on March 15, 2006, at 9:00 a.m.

9.     All dispositive motions shall be filed so as to be heard on or before December 7, 2006.  Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

10.    A settlement conference will be held on December 14, 2006, at 9:00 a.m.

2

11. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., December 29, 2006.  (Local Rule 16.2CJ.e.9.)

12. A final pretrial conference will be held on January 26, 2007, at 9:00 a.m.

13. Trial shall begin on February 5, 2007, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 8th day of February, 2006.


_____
ALEX R. MUNSON
Judge

3