GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Lisa Black

FILED
Clerk
District Court

MAR 0 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>            Plaintiff,<br><br>     vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>            Defendants. | CIVIL ACTION NO. 05-0038<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served as follows:

By hand delivery on March 7, 2006 upon:

    Bernie Dela Cruz for
    Attorney General's Office – Civil Division
    Capitol Hill, Saipan

and on March 8, 2006 upon:

    Jacinta Kapileo for
    Heather Kennedy, Esq. – PSS Legal Counsel
    Retirement Fund Building,
    Capitol Hill, Saipan

Dated this 8th day of March, 2006.

_____
Jude O. Marfil

K:\3000\3221-01 Lisa Black v. PSS\DOCS\Proof-060308-jom.doc