**MICHAEL W. DOTTS, Esq. - F0150 (NMI)**
**O'Connor Berman Dotts & Banes**
**2ⁿᵈ Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel. No. - (670) 234-5684**
**Fax No. - (670) 234-5683**

F I L E D
Clerk
District Court

MAR 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Attorneys for Plaintiff Lisa S. Black*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA S. BLACK,** | ) **CIVIL ACTION NO. 05-0038** |
| **Plaintiff,** | ) |
| **vs.** | ) |
| **JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) **PROOF OF SERVICE** |
| **Defendants.** | ) |

The undersigned hereby certifies that a copy of **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS** was served as follows:

By hand delivery on March 22, 2006 upon:

> Bernie Dela Cruz for
> Benjamin Demoux of the Attorney General's Office (Civil Division)
> Capitol Hill, Saipan

and    Jacinta Kapileo for
> Heather L. Kennedy – PSS Legal Counsel
> Retirement Fund Building,
> Capitol Hill, Saipan

Dated this 22ⁿᵈ day of March, 2006.

_____
Jude O. Marfil