GEORGE L. HASSELBACK, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Lisa Black

FILED
Clerk
District Court

MAY 0 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATED MOTION TO MOVE |
| JIM BREWER, individually and in his ) | TRIAL DATE |
| official capacity as Acting Principal for ) | |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS PUBLIC SCHOOL ) | |
| SYSTEM, and JOHN AND/OR JANE DOE, ) | |
| ) | |
| Defendants. ) | |

The Parties, by mutual stipulation, hereby request that this Court move the trial date in the above captioned matter (currently set for February 5, 2007 at 9:00 a.m.), to February 20, 2007 at 9:00 a.m. This change is requested so that all Parties may be present on the island of Saipan for the duration of the trial.

So Sipulated:

Dated: May 1, 2006          By: _____
                            GEORGE L. HASSELBACK
                            Attorney For Plaintiff, Lisa Black

1
3221-01-060105-Disc-stipmottrialdate-glh

| | | |
|---|---|---|
| 1 | Dated: May _1_, 2006 | By: _/s/ Heather Kennedy_ |
| 2 | | HEATHER KENNEDY |
| | | Attorney for Defendant, Public School System |
| 3 | | |
| 4 | Dated: May _2_, 2006 | By: _/s/ Benjamin Demoux_ |
| | | BENJAMIN DEMOUX |
| 5 | | Attorney for Defendant Jim Brewer |