FILED
Clerk
District Court

MAY 03 2006

The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LISA BLACK, | ) | CIVIL ACTION NO. 05-0038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] |
| | ) | ORDER |
| JIM BREWER, individually and in his | ) | |
| official capacity as Acting Principal for | ) | |
| Hopwood Junior High School, | ) | |
| COMMONWEALTH OF THE NORTHERN | ) | |
| MARIANA ISLANDS PUBLIC SCHOOL | ) | |
| SYSTEM, and JOHN AND/OR JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the Parties, and for good cause shown, the trial date in the above-captioned matter is hereby moved from February 5, 2007 at 9:00 a.m. to February 20, 2007 at 9:00 a.m.

It is so Ordered.

_____
Alex R. Munson