```
 1  GEORGE L. HASSELBACK, Esq.
    O'Connor Berman Dotts & Banes
 2  2nd Floor, Nauru Building
    P.O. Box 501969
 3  Saipan, MP 96950
    Tel. No. - (670) 234-5684
 4  Fax No. - (670) 234-5683

 5  Attorneys for Plaintiff Lisa S. Black
```

FILED
Clerk
District Court

JUN - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>  Plaintiff,<br><br>vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>  Defendants. | CIVIL ACTION NO. 05-0038<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of **PLAINTIFF'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS** was served as follows:

By hand delivery on June 5, 2006 upon:

> Jacinta Kapileo for
> Heather L. Kennedy – PSS Legal Counsel
> Retirement Fund Building
> Capitol Hill, Saipan, MP 96950

Dated this 6th day of June, 2006.

_____
Alexander Lopez

K:\3000\3221-01 LISA BLACK\DOCS\PROOF-060606-JOM.DOC