**MICHAEL W. DOTTS, Esq. (F0150-NMI)**
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Tel. No. - (670) 234-5684
Fax No. - (670) 234-5683

*Attorneys for Plaintiff Lisa S. Black*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>    Defendants. | CIVIL ACTION NO. 05-0038<br><br>PROOF OF SERVICE |

The undersigned hereby certifies that a copy of the following:

1. Cover letter dated July 3, 2006;

2. Request for Admissions and Special Interrogatory to Jim Brewer;

3. Request for Admissions and Special Interrogatory to CNMI Public School System;

4. First Notice of Depositions;

5. Second Notice of Depositions;

6. Third Notice of Deposition Rule 30(b)(6) Deposition of PSS;

7. Plaintiff's Second Set of Interrogatories to CNMI PSS;

8.	Plaintiff's Third Set of Interrogatories to Jim Brewer; and

9.	Plaintiff's Third Set of Requests for Production of Documents

were served as follows:

    By hand delivery on July 5, 2006 upon:

        Jacinta Kapileo for
        Heather L. Kennedy – PSS Legal Counsel
        Retirement Fund Building
        Capitol Hill, Saipan, MP 96950

    and

        Bernie dela Cruz for
        Benjamin DeMoux – AGO Civil
        2/F Juan A. Sablan Memorial Building
        Capitol Hill, Saipan, MP 96950

Dated this 6th day of July, 2006.

                                          _____/s/_____
                                          ROSEMARIE G. AGULTO

K:\3000\3221-01 LISA BLACK\DOCS\PROOF-060606-JOM.DOC