**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| LISA S. BLACK, | ) | CIVIL ACTION NO. 05-0038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ) ) ) ) ) ) | [PROPOSED] ORDER |
| | ) | |
| Defendants. | ) | |

WHEREAS Plaintiff Lisa Black ("Ms. Black"), in the course of discovery, has requested that Defendant CNMI Public School System ("PSS") specifically identify documents supportive of specific allegations that it has made;

WHEREAS such requests are proper under the Federal Rules of Civil Procedure and will serve to narrow the factual and legal issues prior to trial;

WHEREAS PSS has not specifically identified responsive documents but rather has generally referred to nearly 2,000 pages of documentation;

WHEREAS counsel for Plaintiff has undertaken reasonable efforts to resolve this issue without the intervention of this Court;

1

WHEREAS PSS has not responded to these efforts to resolve this issue

WHEREAS PSS' conduct in not responding to these requests has necessitated the filing of this motion, Plaintiff has made a good faith effort to resolve it without this Court's intervention, PSS' lack of response was unjustified and no other circumstances exist that would make an award of attorney fees and costs unjust.

NOW, THEREFORE, based on the above considerations, this Court ORDERS that PSS specifically identify documents responsive to Plaintiff's requests by Bates-stamp number within ten (10) days of the issue of this Order.  Additionally, PSS is hereby ORDERED to pay to Plaintiff the reasonable expenses incurred in making this motion, including attorney fees.

It is so Ordered.

Dated : _____.

_____
Hon. Alex R. Munson

K:\3000\3221-01 Lisa Black\PL\draft\Order Compel-060711-jom.doc