GEORGE L. HASSELBACK, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Lisa Black

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |
| Defendants. | |

TO: COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, by and through their counsel.

COMES NOW Plaintiff Lisa Black, by and through counsel, and makes the following discovery requests of Defendant Commonwealth of the Northern Mariana Islands Public School System ("PSS"). Pursuant to the Federal Rules of Civil Procedure, YOU are requested to answer the following discovery requests separately and in writing and under oath, and return said answers and/or produce the requested DOCUMENTS for copying and inspection within thirty (30) days at O'Connor Berman Dotts & Banes at the 2nd Floor of the Nauru Building, Susupe, Saipan, MP 96950.

3221-01-060508-Dnc-scndrfpd-glh

Exhibit "A"

## INSTRUCTIONS AND DEFINITIONS

1. Please reference the "Instructions and Definitions" section of Plaintiff's First Request For Production Of Documents previously served upon YOU to which you have already responded.

2. Should any of these requests seek the discovery of any DOCUMENTS that YOU consider to contain private information of persons or entities not party to this suit, please mark them "Confidential" and they will be treated in the manner outlined in the stipulated Protective Order signed by the Court.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**Request For Production No 1.:** Please produce a complete copy of the personnel file of the "Ms. Katherine Barja" to whom several of the "**student letters**" (documents numbered 562-605 in PSS's initial document production) were addressed.

**Request For Production No 2.:** Please produce a complete copy of the personnel files of any and all persons who conducted, supervised, directed, planned, organized or otherwise were involved in the solicitation of the "**student letters**" (documents numbered 562-605 in PSS's initial document production).

**Request For Production No 3.:** Please produce a complete copy of the personnel files of any and all persons who supervised, directed, planned, organized or otherwise were involved in the production of the "**Memorandum**" summarizing "**student's concerns**" (document numbered 556 in PSS's initial document production).

**Request For Production No 4.:** Please produce any and all DOCUMENTS related to the solicitation, creation and/or gathering of the **"student letters"** to include, but not be limited to, any notes taken by persons conducting interviews with students, recordings made of these interviews, parental permission slips granting PSS authorization to conduct these interviews and/or any and all materials used to prepare the **"Memorandum"** summarizing these interviews (document numbered 556 in PSS's initial document production).

**Request For Production No 5.:** Please produce any and all DOCUMENTS that reflect the policies and procedures of PSS, formal or informal, that RELATE TO the **solicitation of students for their opinions** regarding their teachers.

**Request For Production No 6.:** Please produce any and all DOCUMENTS that reflect the policies and procedures of PSS, formal or informal, that RELATE TO the **use of student opinion information in making personnel decisions** regarding PSS schoolteachers.

**Request For Production No 7.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff was insubordinate on several occasions."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 8.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff failed to follow school policies and rules and HJHS administrators' instructions."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather

IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 9.:** Please produce any and all DOCUMENTS that YOU will introduce into evidence at trial or otherwise used to support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff was difficult to work with and repeatedly had problems getting along with her supervisors, co-workers, other PSS employees and community members."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 10.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff was abrasive, rude, condescending, pushy, hostile, inflexible, argumentative and constantly complaining about many matters concerning her employment with HJHS and PSS."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 11.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff constantly questioned the authority of administrators."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

3223-01-060508-Disc-sendrfpd-glb

**Request For Production No 12.:**   Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff had difficulty working in a team and cooperating with others, often demanding that the HJHS administrators and staff proceed according to her terms in many matters."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 13.:**   Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff had poor rapport with students and engaged in odd behavior in the classroom."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 14.:**   Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff assaulted students by flicking their ears and pushing their heads."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 15.:**   Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"Plaintiff singled out the son of Vice-Principal Beth Nepaial in front of his classmates and embarrassed him."** If YOU have already produced

some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 16.:**   Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**Students, staff and parents complained to the HJHS administration regarding Plaintiff's attitude and behavior.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 17.:**   Please produce any and all DOCUMENTS that YOU will introduce into evidence at trial or otherwise used to support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**Plaintiff failed to meet the objectives and terms of the grant awarded to her by the Governor's Office and failed to provide HJHS with the services and products listed in such grant.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 18.:**   Please produce any and all DOCUMENTS related to the approval, award, distribution and/or use of funds provided pursuant to Governor Juan N. Babauta's Education Initiative to any and all employees of PSS, including, but not limited to, Jim Brewer, Christine Halloran, Walter Taitainfong and John Pialur, from January 2003 to the present to include, but not be limited to:

    a. Any and all DOCUMENTS RELATED TO applications for the aforementioned grants,

    b. Any and all DOCUMENTS RELATED TO the award of the aforementioned grants,

    c. Any and all DOCUMENTS RELATED TO grant reports submitted by the aforementioned recipients,

    d. Any and all DOCUMENTS reflecting how the grant proceeds distributed to the aforementioned recipients were utilized to include, but not be limited to, individual budgets, receipts, cancelled checks and purchase orders,

    e. And, any and all other DOCUMENTS evidencing how the aforementioned recipients utilized the grant money they were given.

In so producing, please indicate (if the DOCUMENTS do not already do so) the date upon which these DOCUMENTS were provided to PSS.

**Request For Production No 19.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In April of 2004, Plaintiff held at least two students after school (O.C. and T.G.) causing parent concern that students missed their rides homes.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 20.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In May of 2004, Plaintiff had problems with co-worker Eileen Babauta regarding Plaintiff informing students that she is psychic; students in Cecile Manahane's class complained of being frightened that Black can tell the future.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 21.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In May of 2004, Plaintiff refused to provide make-up work to student S.L. and questioned the authority of Vice-Principal Nepaial inquiring into the situation.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 22.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In June 2004, Plaintiff refused to accept placement as physical education teacher for school year 04/05 wishing to remain as Math teacher; cooperation with HJHS Administration steadily decreased after Plaintiff was placed as Life Skills teacher for 04/05.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 23.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In July or early August of 2004, Plaintiff had problems with co-worker Annie Torres regarding classroom relocation and furniture.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 24.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "In August of 2004, Principal Brewer told Black not to tell students that **"I know what you are thinking"** based on superstitions and fear of students." If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 25.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"In late September or October 2004, Plaintiff refused to move from temporary library classroom to room V-6."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 26.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"In October of 2004, Plaintiff had dispute with co-worker Christine Halloran regarding a bathroom key."** If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 27.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because **"In October 21, 2004, Plaintiff failed to follow school**

policies, procedures and instructions by awarding students pass/fail grades instead of percentage grades." If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 28.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In January 2005, Plaintiff refused to provide substitution coverage as assigned and could not be located on campus during instructional hours.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 29.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In January 2005, Plaintiff interrupted Cecile Manahane's class during instructional time and singled out the son of Vice-Principal Beth Nepaial in front of his classmates and embarrassed him.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 30.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In January 2005, soon after interrupting Ms. Manahane's class, Plaintiff** called Ms. Nepaial's husband (Andy Nepaial) at home to discuss incident in subsection k." If YOU have already produced some or all of the DOCUMENTS

responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 31.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In January 2005, Katherine Barja, HJHS teacher, submitted student complaints to HJHS Administration regarding Ms. Black's treatment of students, including odd behavior and assault of the students.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 32.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In February 2005, Plaintiff confronted co-worker Rory Starkey and threatened him.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 33.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In February 2005, Plaintiff interrupted Menchu Grayer's classroom during instructional time causing Ms. Grayer to feel threatened; Plaintiff interrupted the class and spoke with Ms. Grayer despite specific instructions from Principal Brewer.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

3221-01-060508-Disc-sendrfpd-glh

**Request For Production No 34.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In February 2005, the HJHS Administration received a student complaint regarding students' fear of Plaintiff and Plaintiff requiring the students to repeat that Plaintiff is not psychic.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 35.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In March 2005, Principal Jim Brewer became aware that Plaintiff inappropriately and without authorization connected a phone line to her room.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 36.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In March 2005, Plaintiff had dispute with Katherine Barja.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 37.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In March 2005, Principal Brewer became aware of**

Plaintiff detaining students during their lunch time and preventing the students from eating lunch." If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 38.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In March/April of 2005, Principal Brewer became aware of the terms of the Governor's Grant and Plaintiff's apparent failure to meet the terms of the grant.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 39.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In April 2005, Plaintiff refused to provide make-up work for student H.W. and refused to provide any information regarding the issue to the Principal in a timely manner.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 40.:** Please produce any and all DOCUMENTS that YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**In April 2005, Plaintiff refused to report to a meeting with the administrators of HJHS.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 41.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**Throughout second semester 2004-05, Plaintiff had problems during cohort meetings, including confrontations with Joseph Connolly and Katherine Barja.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 42.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**Plaintiff received two letters of insubordination while a teacher at Koblerville Elementary School (KES) and took leave from KES after being informed that the leave was disapproved.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 43.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of employment was not renewed because "**Plaintiff's contract of employment was not renewed at San Antonio Elementary School.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 44.:** Please produce any and all DOCUMENTS that support YOUR contention in response to Plaintiff's interrogatories that Plaintiff's contract of

employment was not renewed because "**Principal Brewer learned of subsections t., u. and v. above during May of 2004.**" If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 45.:** Please produce any and all DOCUMENTS that reflect that any of the eleven items of "information" available to Defendant Jim Brewer (as identified in your response to Plaintiff's Interrogatory No. 1 from Plaintiff's First Set Of Interrogatories) were considered prior to April 2005 in determining whether or not to renew Plaintiff's employment contract with PSS. If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 46.:** Please produce any and all DOCUMENTS that were considered prior to April 2005 in determining whether or not to renew Plaintiff's employment contract with PSS. If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

**Request For Production No 47.:** Please produce any and all DOCUMENTS that reflect what information was considered prior to April 2005 in determining whether or not to renew Plaintiff's employment contract with PSS. If YOU have already produced some or all of the DOCUMENTS responsive to this request, it is not necessary to produce them again, but rather IDENTIFY each of these documents by the Bates-stamp number with which YOU have marked them.

Dated: May 26, 2006

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa Black

By: /s/ George L. Hasselback
GEORGE L. HASSELBACK

```
*************************
***    TX REPORT    ***
*************************

TRANSMISSION OK

TX/RX NO                     0716
CONNECTION TEL                              6643713
SUBADDRESS
CONNECTION ID
ST. TIME                     05/26 14:22
USAGE T                      16'51
PGS. SENT                    17
RESULT                       OK
```

# LAW OFFICES OF O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW

Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969
Telephone No. (670) 234-5684/5 · Fax No. (670) 234-5683
E-mail: attorneys@saipan.com

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:      664-3713

To:             Heather Kennedy
Of:             Public School System
From:           George L. Hasselback, Esq.
Client/Matter:  *3221-01/Lisa Black*
Date:           May 3, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Plaintiff's Second Set of Requests for Production of Documents. | 16 |

*NOT INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE JENNY IMMEDIATELY AT (670) 234-5684