

**SAIPAN OFFICE**
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950-1969
Telephone: (670) 234-5684/5
Fax: (670) 234-5683
E-mail: attorneys@saipan.com

**HONOLULU OFFICE**
Suite 2800, Pacific Tower
Bishop Square, 1001 Bishop Street
Honolulu, Hawaii 96813-3580
Telephone: (808) 585-8858
Fax: (808) 599-4198
E-mail: mark@shklovlaw.com

# O'CONNOR BERMAN DOTTS & BANES
## ATTORNEYS AT LAW
*SAIPAN OFFICE*
www.pacific-lawyers.com

**GUAM OFFICE**
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Fax: (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**POHNPEI OFFICE**
Second Floor, Ace Commercial Building
P.O. Box 1491, Kolonia, Pohnpei,
Federated States of Micronesia, 96941
Telephone: (691) 320-2868
Fax: (691) 320-5450
E-mail: bermlaw@mail.fm

July 7, 2006

**Delivered by Telecopy**

Heather Kennedy, Esq.
PSS Legal Counsel/EEO Officer
P.O. Box 501370
Saipan, MP 96950
Fax: 664-3798

Re: *Lisa Black v. PSS, et al.*

Dear Heather:

    I would like to take another opportunity to resolve the issue that has arisen with regard to your client's responses to my client's Second Set of Requests For Production. As I explained in my June 27, 2006 letter, PSS's responses did not specifically identify documents for the various requests. It is clear that when confronted with a "contention" request for production that merely stating that the document has already been produced is insufficient.

    Can I expect an amended response that will include the Bates-stamp numbers that identify specific responsive documents? While I would like to work this out amongst ourselves, I am mindful that the deadline for filing discovery motions is approaching. Again, I would like you to consider this a final attempt to meet and confer in good faith without involving the Court.

    Thanks and please feel free to give me a call if you think that we can work this out.

Very truly yours,

George L. Hasselback, Esq.

Cc. Ben Demoux.

3221-01-070606-Ltr-HKennedy-glh

Exhibit "D"

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    1125
CONNECTION TEL                          6643713
SUBADDRESS
CONNECTION ID
ST. TIME                    07/07 15:36
USAGE T                     01'34
PGS. SENT                   2
RESULT                      OK
```

## LAW OFFICES OF O'CONNOR BERMAN DOTTS & BANES
### ATTORNEYS AT LAW

Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969
Telephone No. (670) 234-5684/5 · Fax No. (670) 234-5683
E-mail: attorneys@saipan.com

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

To:    Heather Kennedy, Esq.    664-3713
       Benjamin DeMoux, Esq.    664-2349

From:  George L. Hasselback, Esq.

Client/Matter: *3221-01/Lisa Black*

Date:   June 19, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter dated July 7, 2006. | 1 |

*NOT INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE **JENNY** IMMEDIATELY AT (670) 234-5684.*

MESSAGE:

07/07/2006 15:39 FAX                                                                                    ☒001

```
                        *********************
                        ***   TX REPORT   ***
                        *********************

     TRANSMISSION OK

     TX/RX NO                  1126
     CONNECTION TEL                           6642349
     SUBADDRESS
     CONNECTION ID
     ST. TIME                  07/07 15:38
     USAGE T                   00'28
     PGS. SENT                 2
     RESULT                    OK
```

# LAW OFFICES OF O'CONNOR BERMAN DOTTS & BANES
### ATTORNEYS AT LAW
Second Floor, Nauru Building
P.O. Box 501969, Saipan, MP 96950-1969
Telephone No. (670) 234-5684/5 · Fax No. (670) 234-5683
E-mail: attorneys@saipan.com

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

To:         Heather Kennedy, Esq.        664-3713
            Benjamin DeMoux, Esq.        664-2349
From:       George L. Hasselback, Esq.
Client/Matter: *3221-01/Lisa Black*
Date:       June 19, 2006

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter dated July 7, 2006. | 1 |

*NOT INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE JENNY IMMEDIATELY AT (670) 234-5684.

MESSAGE: