**MICHAEL W. DOTTS, Esq. (F0150-NMI)**
**O'Connor Berman Dotts & Banes**
**2nd Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel. No. - (670) 234-5684**
**Fax No. - (670) 234-5683**

*Attorneys for Plaintiff Lisa S. Black*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA S. BLACK,  ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| ) | |
| JIM BREWER, individually and in his ) | |
| official capacity as Acting Principal of ) | **PROOF OF SERVICE** |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN ) | |
| AND/OR JANE DOE, ) | |
| ) | |
| Defendants.  ) | |

The undersigned hereby certifies that a copy of the following:

1.   Amended First Notice of Depositions and

2.   Amended Second Notice of Depositions


were served as follows:


By hand delivery on July 26, 2006 upon:

    Jacinta Kapileo for
    Heather L. Kennedy – PSS Legal Counsel
    Retirement Fund Building
    Capitol Hill, Saipan, MP 96950

and

1
2
3
        Bernie dela Cruz for
        Benjamin DeMoux – AGO Civil
        2/F Juan A. Sablan Memorial Building
        Capitol Hill, Saipan, MP 96950

4    Dated this 26th day of July, 2006.

5
6                                        _____/s/_____
                                            JUDE O. MARFIL

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

K:\3000\3221-01 LISA BLACK\DOCS\PROOF-060726-JOM.DOC

23
24
25
26
27
28