## IN THE UNITED STATES DISTRICT COURT
## OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE. | ) ) ) ) ) ) ) |
| Defendants. | ) |

I, Clarinda S. Castro-Ocampo, am over the age of 18 years and not a party to this action, hereby certify that I served a copy of DEFENDANTS JIM BREWER AND PUBLIC SCHOOL SYSTEM NOTICE OF DEPOSITION OF PLAINTIFF via hand-delivery to O'Connor, Berman, Dotts and Banes Law Offices at 2nd Floor, Nauru Building on July 18, 2006.

Dated this 28th day of July, 2006.

_____