IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE. | ) |
| Defendants. | ) |

I, Heather L. Kennedy, am over the age of 18 years, hereby certify that I served a copy of DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S FIRST SET OF INTERROGATORIES TO PLAINTIFF and DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S FIRST SET OF PRODUCTION REQUESTS via hand-delivery to O'Connor, Berman, Dotts and Banes Law Offices at 2nd Floor, Nauru Building on June 30, 2006.

Dated this 26th day of July, 2006.

_[signature]_