1  **MICHAEL W. DOTTS, Esq. (F0150-NMI)**
   **O'Connor Berman Dotts & Banes**
2  **2nd Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Tel. No. - (670) 234-5684**
4  **Fax No. - (670) 234-5683**

5  *Attorneys for Plaintiff Lisa S. Black*

6  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE**
7  **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **LISA S. BLACK,** | ) | **CIVIL ACTION NO. 05-0038** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) ) ) ) ) ) ) ) | **PROOF OF SERVICE** |
| **Defendants.** | ) | |

The undersigned hereby certifies that a copy of the **PLAINTIFF'S RESPONSE TO DEFENDANT PSS' FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was served as follows:

By hand delivery on August 3, 2006 upon:

> Jacinta Kapileo for
> Heather L. Kennedy – PSS Legal Counsel
> Retirement Fund Building
> Capitol Hill, Saipan, MP 96950

and

> Bernie dela Cruz for
> Benjamin DeMoux – AGO Civil
> 2/F Juan A. Sablan Memorial Building
> Capitol Hill, Saipan, MP 96950

Dated this 4th of August, 2006.

_____/s/_____
TIMOTHY WONG O'CONNOR

K:\3000\3221-01 Lisa Black\DOCS\Proof-060804-jom.doc