**GEORGE L. HASSELBACK, ESQ. (F0325-NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa Black*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** ) | **CIVIL ACTION NO. 05-0038** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ERRATUM TO REPLY TO** |
| ) | **OPPOSITION TO MOTION** |
| **JIM BREWER, individually and in his** ) | **TO COMPEL** |
| **official capacity as Acting Principal for** ) | |
| **Hopwood Junior High School,** ) | **Date: August 10, 2006** |
| **COMMONWEALTH OF THE** ) | **Time: 9:00 a.m.** |
| **NORTHERN MARIANA ISLANDS** ) | **Judge: Munson** |
| **PUBLIC SCHOOL SYSTEM, and JOHN** ) | |
| **AND/OR JANE DOE,** ) | |
| ) | |
| **Defendants.** ) | |

The electronic filing of Plaintiff's Reply to Opposition to Motion to Compel filed on August 3, 2006 should have as an attachment Exhibit "A," entitled Defendant CNMI Public School System's Response to Plaintiff's First Set of Interrogatories.

Respectfully submitted this 4th day of August, 2006.

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa Black

By: _____/s/_____
GEORGE L. HASSELBACK (F0325)

K:\3000\3221-01 Lisa Black\PL\draft\Errata Reply to Oppostn Compel-060804-jom.doc