**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiff Lisa Black**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| | NOTICE OF SECOND |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | MOTION TO COMPEL |
| | Date: August 24, 2006 |
| | Time: 9:00 a.m. |
| | Judge: Munson |
| Defendants. | |

Please take NOTICE that Plaintiff, Lisa Black, by and through counsel, will and hereby does move this honorable Court for an Order compelling an amended response to Plaintiff's Second Set of Requests for Production from Defendant CNMI Public School System on August 24, 2006 at 2:00 p.m.

Respectfully submitted this 7th day of August, 2006:

        O'CONNOR BERMAN DOTTS & BANES
        Attorneys for Plaintiff Lisa Black

        By: /s/_____
            GEORGE L. HASSELBACK