# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) CIVIL ACTION NO. 05-0038 |
|        **Plaintiff,** | ) |
|        vs. | ) **[PROPOSED]** |
| | ) **ORDER GRANTING PLAINTIFF'S** |
| **JIM BREWER, individually and in his** | ) **SECOND MOTION TO COMPEL** |
| **official capacity as Acting Principal for** | ) |
| **Hopwood Junior High School,** | ) |
| **COMMONWEALTH OF THE NORTHERN** | ) |
| **MARIANA ISLANDS PUBLIC SCHOOL** | ) |
| **SYSTEM, and JOHN AND/OR JANE DOE,** | ) |
| | ) |
|        **Defendants.** | ) |

WHEREAS Plaintiff Lisa Black ("Ms. Black"), in the course of discovery, has requested from Defendant CNMI Public School System ("PSS") and Defendant Jim Brewer ("Mr. Brewer") various documents and responses to interrogatories;

WHEREAS such requests are proper under the Federal Rules of Civil Procedure and will serve to narrow the factual and legal issues prior to trial;

WHEREAS Defendants have provided insufficient answers to several of these discovery requests as outlined in Plaintiff's Second Motion to Compel;

WHEREAS counsel for Plaintiff has undertaken reasonable efforts to resolve these issue without the intervention of this Court;

WHEREAS Defendants have declined to alter their responses to these requests;

1
2   WHEREAS PSS' conduct in not responding to these requests has necessitated the filing
3   of this motion, Plaintiff has made a good faith effort to resolve it without this Court's
4   intervention, PSS' lack of response was unjustified and no other circumstances exist that would
5   make an award of attorney fees and costs unjust.
6
7
8   NOW, THEREFORE, based on the above considerations, this Court ORDERS that
9   Defendants provide supplemental answers to the aforementioned discovery requests that
10  comply with their respective duties under the Rules of Civil Procedure (as outlined in
11  Plaintiff's Second Motion to Compel).  Additionally, PSS is hereby ORDERED to pay to
12  Plaintiff the reasonable expenses incurred in making this motion, including attorney fees.
13
14
15  It is so Ordered.
16                                                      Judge Alex R. Munson
17
18  K:\3000\3221-01 Lisa Black\PL\draft\3221-01-080706-Disc-PropOrdSecMotComp-glh.doc
19
20
21
22
23
24
25
26
27
28