**GEORGE L. HASSELBACK, ESQ. – (F0325-NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa S. Black*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JIM BREWER, individually and in his )<br>official capacity as Acting Principal for )<br>Hopwood Junior High School, )<br>COMMONWEALTH OF THE NORTHERN )<br>MARIANA ISLANDS PUBLIC SCHOOL )<br>SYSTEM, and JOHN AND/OR JANE DOE, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 05-0038<br><br><br><br><br>DECLARATION OF MICHAEL W.<br>DOTTS IN SUPPORT OF SECOND<br>MOTION TO COMPEL |

I, Michael W. Dotts, declare under the penalty of perjury according to the laws of the Commonwealth of the Northern Mariana Islands and the United States of America, that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. On August 7, 2006, I met and conferred with the attorneys for CNMI Public School System and Jim Brewer to attempt to resolve several issues that have arisen with regard to the

various Defendants' responses to Plaintiff's latest round of discovery requests. Specifically, these are the issues raised in the letter from George L. Hasselback to the Defendants' attorneys dated August 5, 2006 and attached to my client's Memorandum in Support of Second Motion To Compel.

2. Additionally, I suggested that, in order to save this Court and the parties time and expense in holding another hearing on discovery issues, that if we could not resolve these issues, that the parties stipulate to having both of these Motions to Compel heard on the same date.

3. Counsel for the Defendants refused to amend their answers to the disputed discovery requests, but agreed to stipulate to having both of these motions heard at the same time on August 24, 2006. I then informed George Hasselback of this stipulation and asked that he make arrangements with the Court to reschedule the hearing on both motions for a time on August 24, 2006.

Signed on Saipan, Commonwealth of the Northern Mariana Islands, this 7th day of August, 2006.

/s/_____
Michael W. Dotts