IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATE OF SERVICE |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE. | ) |
| Defendants. | ) |

I, Heather L. Kennedy, am over the age of 18 years, hereby certify that I served copies of (1) **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S AND JIM BREWER'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSION AND SPECIAL INTERROGATORY**; and (2) **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S AND JIM BREWER'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**, via hand-delivery to O'Connor, Berman, Dotts and Banes Law Offices at 2nd Floor, Nauru Building on August 4, 2006.

Dated this 8th day of August, 2006.

_____/s/_____