**GEORGE L. HASSELBACK, ESQ. (F0325-NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa Black*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,                                  )<br>                                              )<br>         Plaintiff,                          )<br>                                              )<br>    vs.                                       )<br>                                              )<br>JIM BREWER, individually and in his          )<br>official capacity as Acting Principal for    )<br>Hopwood Junior High School,                  )<br>COMMONWEALTH OF THE                          )<br>NORTHERN MARIANA ISLANDS                     )<br>PUBLIC SCHOOL SYSTEM, and JOHN               )<br>AND/OR JANE DOE,                             )<br>                                              )<br>         Defendants.                         )  | CIVIL ACTION NO. 05-0038<br><br><br><br><br><br>STIPULATION FOR HEARING<br>OF MOTIONS TO COMPEL |

In order to resolve Plaintiff's Motion to Compel pending before this Court and Plaintiff's Second Motion to Compel being filed with this Court on August 8, 2006, the Parties hereby stipulate to have both motions heard before this Court on August 24, 2006 at 2:00 p.m. or as soon as possible thereafter as this Court may deem appropriate.

1

2  Dated: August 7, 2006                O'CONNOR BERMAN DOTTS & BANES
                                        Attorneys for Plaintiff Lisa Black

3

4

5                                       By: _____/s/_____
                                              GEORGE L. HASSELBACK (F0325)
6

7

8  Dated: August 7, 2006                Office of the Attorney General, CNMI
                                        Attorneys for Defendant Jim Brewer
9

10

11
                                        By: _____/s/_____
12                                            BENJAMIN DEMOUX

13

14
   Dated: August 7, 2006                CNMI Public School System, Legal Dept.
15                                      Attorneys for Defendant PSS

16

17
                                        By: _____/s/_____
18                                            HEATHER KENNEDY

19

20

21

22

23

24

25

26

27  K:\3000\3221-01 Lisa Black\PL\draft\Stip-Compel Hearing-060808-jom.doc

28

2