**MICHAEL W. DOTTS, ESQ. (F0150-NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa Black*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ERRATUM TO STIPULATION FOR HEARING OF MOTIONS TO COMPEL<br><br>Date: August 24, 2006<br>Time: 9:00 a.m.<br>Judge: Munson |
| Defendants. | |

The time set for the hearing on all Motions to Compel is at 9:00 a.m. on August 24, 2006 instead of 2:00 p.m. as stated in the Stipulation for Hearing of Motions to Compel filed electronically on August 8, 2006.

Dated: August 9, 2006            O'CONNOR BERMAN DOTTS & BANES
                                 Attorneys for Plaintiff Lisa Black


                                 By: _____/s/_____
                                     MICHAEL W. DOTTS (F0150)

1

| | |
|---|---|
| Dated: August 9, 2006 | CNMI Public School System, Legal Dept. <br> Attorneys for Defendant PSS |
| | |
| | By: _____/s/_____ _____ <br>         KAREN KLAVER |
| | |
| Dated: August 9, 2006 | Office of the Attorney General, CNMI <br> Attorneys for Defendant Jim Brewer |
| | |
| | By: _____/s/_____ <br>         BENJAMIN DEMOUX |

K:\3000\3221-01 Lisa Black\PL\draft\Errata-StipHearingCompel-060809-jom.doc

2