F I L E D
Clerk
District Court

AUG - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LISA BLACK, | ) | CIVIL ACTION NO. 05-0038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ) ) ) ) ) ) ) | [PROPOSED] ORDER SETTING MOTIONS TO COMPEL FOR HEARING |
| Defendants. | | |

WHEREAS Plaintiff Lisa Black ("Ms. Black"), in the course of discovery, has requested from Defendant CNMI Public School System ("PSS") and Defendant Jim Brewer ("Mr. Brewer") various documents and responses to interrogatories;

WHEREAS Plaintiff has filed a Motion to Compel with this Court to resolve certain discovery disputes with regard to initial discovery requests to be heard before this Court on August 24, 2006 at 9:00 a.m.;

1

WHEREAS Plaintiff has propounded subsequent discovery requests to PSS and Mr. Brewer to which Defendants have provided answers that Plaintiff finds objectionable;

WHEREAS Plaintiff's objections to these subsequent discovery responses remain unresolved and related closely to the subject matter of her previous Motion to Compel;

WHEREAS a single hearing to determine the disposition of both Motions to Compel would serve the best interests of both the Parties and this Court.

NOW, THEREFORE, based on the above considerations, the Court hereby ORDERS that both Plaintiff's Motion to Compel and Plaintiff's Second Motion to Compel will be heard simultaneously on August 24, 2006.

Dated this 9TH day of August, 2006.

_____
Judge Alex R. Munson

K:\3000\3221-01 Lisa Black\PL\draft\[Proposed]Order-Stip Compel Hearing-060808-jorn.doc