1  GEORGE L. HASSELBACK, ESQ. (F0325-NMI)
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
3  P.O. Box 501969
   Saipan, MP 96950
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5

6  *Attorneys for Plaintiff Lisa Black*

7
                IN THE UNITED STATES DISTRICT COURT
8                           FOR THE
           COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
9

10 LISA BLACK,                          )  CIVIL ACTION NO. 05-0038
11                                      )
         Plaintiff,                     )
12                                      )
         vs.                            )
13                                      )
                                        )  STIPULATION TO MOVE EXPERT
14 JIM BREWER, individually and in his  )  DISCLOSURE AND DISCOVERY
   official capacity as Acting Principal for )
15 Hopwood Junior High School,          )
   COMMONWEALTH OF THE                  )
16 NORTHERN MARIANA ISLANDS             )
   PUBLIC SCHOOL SYSTEM, and JOHN       )
17 AND/OR JANE DOE,                     )
                                        )
18       Defendants.                    )

19
20      The parties, by mutual stipulation, hereby request that this Court move the date for
21 Expert Disclosure, which was originally set for August 25, 2006, to September 25, 2006, and
22 the Expert Discovery, which was originally set for October 20, 2006, to November 20, 2006.
23
24      This change is requested to give the parties sufficient time to digest fact discovery
25 before committing to the expense of hiring expert witnesses.
26
27
28

1

1  SO STIPULATED.

2

3  Dated: August 21, 2006        O'CONNOR BERMAN DOTTS & BANES
                                  Attorneys for Plaintiff Lisa Black
4

5

6                                 By: _____
7                                      GEORGE L. HASSELBACK (F0325)

8

9  Dated: August 21, 2006        Office of the Attorney General, CNMI
                                  Attorneys for Defendant Jim Brewer
10

11

12
                                  By: _____
13                                     BENJAMIN DEMOUX

14

15
   Dated: August ___, 2006        CNMI Public School System, Legal Dept.
16                                Attorneys for Defendant PSS

17

18

19                                By: _____
                                       HEATHER KENNEDY
20

21

22

23

24

25

26

27  K:\3000\3221-01 Lisa Black\PL\draft\Stipulation-Discovery Deadlines-060821-jont.doc

28

1 SO STIPULATED.

2

3 Dated: August 21, 2006      O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa Black

4

5

6 By: _____
GEORGE L. HASSELBACK (F0325)
7

8

9 Dated: August ___, 2006      Office of the Attorney General, CNMI
Attorneys for Defendant Jim Brewer
10

11

12 By: _____
BENJAMIN DEMOUX
13

14

15 Dated: August 21, 2006      CNMI Public School System, Legal Dept.
Attorneys for Defendant PSS
16

17

18

19 By: _____
HEATHER KENNEDY
20

21

22

23

24

25

26

27 K:\\GHA\1221-01 Lisa Black\PI draft\Stipulation Discovery Deadlines 060821-port.d.sc

28

2