F I L E D
Clerk
District Court

AUG 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>  Plaintiff,<br><br>  vs.<br><br>JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,<br><br>  Defendants. | Civil Action No. 05-0038<br><br><u>ORDER GRANTING STIPULATION TO MOVE EXPERT DISCLOSURE AND DISCOVERY</u> |

| | | |
|---|---|---|
| George L. Hasselback<br>Attorney at Law<br>P.O. Box 501969<br>Saipan, MP 96950 | Benjamin L. DeMoux<br>Assistant CNMI AG<br>Capitol Hill<br>Saipan, MP 96950 | Heather L. Kennedy<br>CNMI Public School Sys.<br>P.O. Box 1370<br>Saipan, MP 96950 |

The parties request to move the date for Expert Disclosure from August 25, 2006, to September 25, 2006, and Expert Discovery from October 20, 2006, to November 20, 2006, is hereby granted.

IT IS SO ORDERED.

DATED this 22nd day of August, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)