F I L E D
Clerk
District Court

AUG 2 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,<br><br>    Defendants. | Civil Action No. 05-0038<br><br>ORDER RESCHEDULING MOTIONS TIME |

| | | |
|---|---|---|
| George L. Hasselback<br>Attorney at Law<br>P.O. Box 501969<br>Saipan, MP 96950 | Benjamin L. DeMoux<br>Assistant CNMI AG<br>Capitol Hill<br>Saipan, MP 96950 | Heather L. Kennedy<br>CNMI Public School Sys.<br>P.O. Box 1370<br>Saipan, MP 96950 |

IT IS ORDERED that the Motions in the above case set for Thursday, August 24, 2006, at 9:00 a.m., are rescheduled to 8:00 a.m., on the same date.

IT IS SO ORDERED.

DATED this 23rd day of August, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)