# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-05-0038                                                         August 24, 2006
                                                                   8:15 a.m.

### LISA BLACK -vs- JIM BREWER, et., al.

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            Ellia Ciammaichella, Law Clerk
            Michelle C. Macaranas, Courtroom Deputy
            George Hasselback, Attorney for Plaintiff
            Benjamin Demoux, Attorney for Defendant Jim Brewer
            Heather Kennedy, Attorney for Defendant PSS


PROCEEDINGS:    MOTION TO COMPEL


George Hasselback appeared on behalf of the plaintiffs. Benjamin Demoux appeared on behalf of defendant Jim Brewer. Also present was Heather Kennedy on behalf of PSS.

Court announced its tentative rulings.

Counsels argued their motions.

Court, after hearing all arguments, took the matter under advisement and stated that a written order would be forthcoming.

                            Adjourned 8:30 a.m.


                            /s/ Michelle C. Macaranas, Courtroom Deputy