Benjamin L. DeMoux (F0328)
Assistant Attorney General
Office of the Attorney General-Civil Division
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007
Saipan, MP 96950
Telephone: 664-2341
Fax: 664-2349
bendemoux@gmail.com
Counsel for Jim Brewer

F I L E D
Clerk
District Court

SEP 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| v. | |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE | **JOINT MOTION TO DEFER AWARD OF ATTORNEY FEES AND COSTS and [PROPOSED] ORDER** |
| Defendants. | |

THE PARTIES hereby appear jointly to respond to the Court's order partially granting Plaintiff's motion to compel. As part of that order, the Court required each side to submit an accounting of the their fees and costs. The parties have now consulted and have each agreed to waive their claim for fees and costs related to this motion for the time being. However, all parties reserve their rights to seek fees and costs at the conclusion of the case. Having reached this agreement, the parties hereby move this court to vacate that part of its September 1, 2006 order requiring each party to submit an accounting by September 14, 2006.

1 | Respectfully Submitted.
2 |
3 | Date:___/___/_____                    _____/s/_____
4 |                                          George Hasselback
  |                                          Counsel for Plaintiff Lisa Black
5 |
6 |
7 | Date:___/___/_____                    _____/s/_____
  |                                          Benjamin DeMoux
  |                                          Counsel Defendant Jim Brewer
8 |
9 |
10 | Date:___/___/_____                   _____/s/_____
   |                                         Karen Klaver
   |                                         Counsel for Defendant PSS
11 |
12 |
13 | Upon stipulation of the parties and good cause appearing, the above motion is GRANTED.
14 |
15 |
16 | Dated: 9-15-06                           [signature]
17 |                                          Hon. Alex R. Munson

-2-