**GEORGE L. HASSELBACK, ESQ. (F0325-NMI)**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Lisa Black*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,            ) | CIVIL ACTION NO. 05-0038 |
|                        ) | |
|       Plaintiff,       ) | |
|                        ) | |
|       vs.              ) | |
|                        ) | STIPULATION TO MOVE EXPERT |
| JIM BREWER, individually and in his     ) | DISCLOSURE AND DISCOVERY |
| official capacity as Acting Principal for ) | |
| Hopwood Junior High School,             ) | |
| COMMONWEALTH OF THE                     ) | |
| NORTHERN MARIANA ISLANDS                ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN          ) | |
| AND/OR JANE DOE,                        ) | |
|                        ) | |
|       Defendants.      ) | |

The parties, by mutual stipulation, hereby request that this Court move the date for Expert Disclosure, currently set for September 25, 2006, to October 2, 2006, and the Expert Discovery, currently set for November 20, 2006, to November 27, 2006.

This change is requested to give the parties sufficient time to digest fact discovery before committing to the expense of hiring expert witnesses.

SO STIPULATED.

Dated: September 20, 2006     O'CONNOR BERMAN DOTTS & BANES
                              Attorneys for Plaintiff Lisa Black




                              By: _____/s/_____
                                   GEORGE L. HASSELBACK (F0325)


Dated: September 21, 2006     Office of the Attorney General, CNMI
                              Attorneys for Defendant Jim Brewer




                              By: _____/s/_____
                                        BENJAMIN DEMOUX


Dated: September 21, 2006     CNMI Public School System, Legal Dept.
                              Attorneys for Defendant PSS




                              By: _____/s/_____
                                        KAREN KLAVER

C:\Documents and Settings\Ben D\My Documents\AG's Office\05-0038 Jim Brewer\Stipulation-Discovery Deadlines-092006-jom.doc

2