louGEORGE L. HASSELBACK, ESQ. (F0325-NMI)
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Lisa Black*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | )    CIVIL ACTION NO.  05-0038 |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | )    [PROPOSED] ORDER |
| JIM BREWER, individually and in his | ) |
| official capacity as Acting Principal for | ) |
| Hopwood Junior High School, | ) |
| COMMONWEALTH OF THE | ) |
| NORTHERN MARIANA ISLANDS | ) |
| PUBLIC SCHOOL SYSTEM, and JOHN | ) |
| AND/OR JANE DOE, | ) |
| | ) |
|     Defendants. | ) |

Upon stipulation, the Court hereby grants the parties' request to extend the deadlines for

expert disclosure to October 2, 2006 and expert discovery to November 27, 2006.

SO ORDERED.

Dated this _____ day of _____, 2006.


_____
Alex R. Munson

C:\Documents and Settings\Ben D\My Documents\AG's Office\05-0038 Jim Brewer\[Proposed] Order Discovery Deadlines-060821-jom.doc