1  louGEORGE L. HASSELBACK, ESQ. (F0325-NMI)
   O'Connor Berman Dotts & Banes
2  Second Floor, Nauru Building
   P.O. Box 501969
3  Saipan, MP 96950
4  Telephone No. (670) 234-5684
   Facsimile No. (670) 234-5683
5
6  *Attorneys for Plaintiff Lisa Black*

```
                F I L E D
                  Clerk
               District Court

              SEP 2 7 2006

      For The Northern Mariana Islands
      By_____
              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ~~[PROPOSED]~~ ORDER |
| ) | |
| JIM BREWER, individually and in his ) | |
| official capacity as Acting Principal for ) | |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN ) | |
| AND/OR JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Upon stipulation, the Court hereby grants the parties' request to extend the deadlines for expert disclosure to October 2, 2006 and expert discovery to November 27, 2006.

SO ORDERED.

Dated this 27th day of September, 2006.

*Alex R. Munson*
Alex R. Munson

C:\Documents and Settings\Ben D\My Documents\AG's Office\05-0038 Jim Brewer\[Proposed] Order Discovery Deadlines-060821-jom.doc

1