# IN THE UNITED STATES DISTRICT COURT
## OF THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

OCT 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| LISA BLACK, ] | Civil Action No. 05-0038 |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | |
| ] | |
| JIM BREWER, CNMI Public School ] | |
| System and JOHN AND/OR JANE DOE, ] | |
| ] | |
| Defendants. ] | |
| _____] | |

| Mr. Michael Dotts, Esq. | Mr. Ben Demoux, Esq. | Ms. Heather Kennedy, Esq. |
|---|---|---|
| O'Connor, Berman Dotts and Banes | Office of the Attorney General | PSS Legal Counsel |
| 2nd Floor, Nauru Building, Susupe | Capitol Hill, Saipan MP 96950 | Public School System |
| P.O. Box 501969 | | Capitol Hill, Saipan MP 96950 |
| Saipan, MP 96950 | | |

PLEASE TAKE NOTICE that the **Transcripts of Deposition of Ms. Lisa Black** taken on

August 7 & 8, 2006, in the above entitled and numbered action is in the custody of Lawyers'

Services, 3rd Floor, Nauru Building, Susupe.

DATED this **11**th day of **October, 2006.**

_____
m MaryAnn D. Calvo
LAWYERS' SERVICES
3rd Floor, Nauru Bldg., P.O. Box 501902
Saipan, MP 96950 Tel: (670) 234-COPY/235-LINK
Fax: (670) 234-0436