**GEORGE L. HASSELBACK, ESQ. (F0325-NMI)**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Lisa Black*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>    Defendants. | CIVIL ACTION NO. 05-0038<br><br>STIPULATION TO MOVE EXPERT DISCLOSURE DEADLINE |

The parties, by mutual stipulation, hereby request that this Court move the date for Expert Disclosure, currently set for October 2, 2006 to October 23, 2006.

This change is requested to give the parties sufficient time to digest fact discovery before committing to the expense of hiring expert witnesses.

1

SO STIPULATED.

Dated: September 29, 2006				O'CONNOR BERMAN DOTTS & BANES
						Attorneys for Plaintiff Lisa Black


						By: /s/_____
						    GEORGE L. HASSELBACK (F0325)


Dated: October 3, 2006				Office of the Attorney General, CNMI
						Attorneys for Defendant Jim Brewer


						By: /s/_____
						    BENJAMIN DEMOUX


Dated: October 3, 2006				CNMI Public School System, Legal Dept.
						Attorneys for Defendant PSS


						By: /s/_____
						    KAREN KLAVER

K:\3000\3221-01 Lisa Black\PL\draft\Stipulation-Discovery Deadlines-060929-jom.doc