F I L E D
Clerk
District Court

OCT 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) | Civil Action No. 05-0038 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATED MOTION |
| JIM BREWER, et al., ) | TO EXTEND EXPERT |
| ) | DISCLOSURE DEADLINE |
| ) | |
| Defendants ) | |
| _____ ) | |

Pursuant to the October 13, 2006, stipulated motion of the parties to extend the deadline for expert disclosure from October 2, 2006, to October 23, 2006, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the deadline for disclosure of experts is extended to 3:30 p.m., October 23, 2006.  In the future, the parties may include a proposed

AO 72
(Rev. 08/82)

order with stipulated motions.

DATED this 16th day of October, 2006.

<i>Alex R. Munson</i><br>
ALEX R. MUNSON<br>
Judge