Ms. Heather L. Kennedy
Ms. Karen M. Klaver
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950
Telephone:  (670) 237-3046
Facsimile:  (670) 664-3713

Attorneys for:  Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) Civil Case No. 05-0038 |
| **Plaintiff,** | ) |
| vs. | ) |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) STIPULATION TO MOVE EXPERT ) DISCLOSURE DEADLINE |
| **Defendants.** | ) |

The parties, by mutual stipulation, hereby request that this Court move the date for Expert Disclosure, currently set for October 23, 2006 to October 30, 2006.

This change is requested to give the parties an additional week to identify expert witnesses.

SO STIPULATED.

Dated:  October 19, 2006          O'CONNOR BERMAN DOTTS & BANES
                                  Attorneys for Plaintiff Lisa Black



                                  By:   /s/
                                        GEORGE L. HASSELBACK (F0325)


Dated:  October 19, 2006          OFFICE OF THE ATTORNEY GENERAL
                                  Attorneys for Defendant Jim Brewer



                                  By:   /s/
                                        GREGORY BAKA (F0199)


Dated:  October 19, 2006          CNMI PUBLIC SCHOOL SYSTEM
                                  Attorneys for Defendant PSS



                                  By:   /s/
                                        HEATHER L. KENNEDY (F0246)