IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ) [PROPOSED] ODER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE |
| Defendants. | ) |

Pursuant to the October 20, 2006, stipulated motion of the parties to extend the deadline for expert disclosure from October 23, 2006 to October 30, 2006, and good cause appearing therefrom; NOW, THERFORE,

IT IS ORDERED that the deadline for disclosure of experts is extended to 3:30 p.m., October 30, 2006.

DATED this ____ day of October, 2006.

_____
ALEX R. MUNSON
Judge