FILED
Clerk
District Court

OCT 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LISA BLACK,

      Plaintiff,

vs.

JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,

      Defendants.

Civil Action No. 05-0038

ORDER SCHEDULING STATUS/SETTLEMENT CONFERENCE

| George L. Hasselback | Benjamin L. DeMoux | Heather L. Kennedy |
|---|---|---|
| Attorney at Law | Assistant CNMI AG | CNMI Public School Sys. |
| P.O. Box 501969 | Capitol Hill | P.O. Box 1370 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 |

IT IS ORDERED that a Status/Settlement Conference in the above case is scheduled for Thursday, November 2, 2006, at 9:30 a.m.

DATED this 20th day of October, 2006.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)