1  **MICHAEL W. DOTTS, Esq. (F0150-NMI)**
    **O'Connor Berman Dotts & Banes**
2   **2nd Floor, Nauru Building**
    **P.O. Box 501969**
3   **Saipan, MP 96950**
    **Tel. No. - (670) 234-5684**
4   **Fax No. - (670) 234-5683**

5  *Attorneys for Plaintiff Lisa S. Black*

                        **IN THE UNITED STATES DISTRICT COURT**
                                        **FOR THE**
                    **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA S. BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | PROOF OF SERVICE |
| JIM BREWER, individually and in his ) | |
| official capacity as Acting Principal of ) | |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN ) | |
| AND/OR JANE DOE, ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby certifies that a copy of the deposition transcript for each of the following:

1. Jimmie Brewer
2. Beth Nepaial
3. Rita Inos
4. Karen Borja
5. Laura Brown
6. Kristine Halloran
7. Yvonne Cabrera
8. Katherine Barja
9. Charly Kenty for PSS (Rule 30(b)(6))

were served as follows:

By hand delivery on October 30, 2006 upon:

      Jacinta Kapileo for
      Heather L. Kennedy – PSS Legal Counsel
      Retirement Fund Building
      Capitol Hill, Saipan, MP 96950

and

      Bernie dela Cruz for
      Attorney General's Office – Civil Division
      2/F Juan A. Sablan Memorial Building
      Capitol Hill, Saipan, MP 96950

Dated this 30th day of October, 2006.

                                              _____/s/_____
                                                   JUDE O. MARFIL

K:\3200\3221-01 Lisa Black\DOCS\Proof-061030-jom.doc