**MICHAEL W. DOTTS, ESQ. (F0150-NMI)**
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Lisa Black*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIM BREWER, individually and in his ) <br> official capacity as Acting Principal for ) <br> Hopwood Junior High School, ) <br> COMMONWEALTH OF THE ) <br> NORTHERN MARIANA ISLANDS ) <br> PUBLIC SCHOOL SYSTEM, and JOHN ) <br> AND/OR JANE DOE, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 05-0038 <br><br> DISCLOSURE OF EXPERT WITNESSES |

Pursuant to Federal Rule of Civil Procedure, Rule 26, and pursuant to the Case Management Order, as modified, Plaintiff discloses the following expert witnesses:

    1.    Dr. Edward F. Dragan, Ed.D., Mel, CMC
            Education Management Consulting, LLC
            24 Arnett Avenue, Suite 102
            Lambertville, NJ 08530

```
2.    Roger D. Slater, MBA, CPA
      Grant Thornton, LLP
      Sablan Enterprises Building, Unit 2E
      Chalan Kanoa
      PMB 443 PPP, Box 10000
      Saipan, MP 96950


3.    Dr. Larry B. Hocog, M.D.
      P.O. Box 504513
      Saipan, MP 96950
```

Attached to this Disclosure are the expert witness reports, making the further disclosures as required by Rule 26.

Dated: October 30, 2006.

                                      O'CONNOR BERMAN DOTTS & BANES
                                      Attorneys for Plaintiff Lisa Black


                                      By: _____/s/_____
                                                MICHAEL W. DOTTS (F0150)

K:\3200\3221-01 Lisa Black\PL\draft\Experts Disclosure-061030-jom.doc