

1005_ #6



1006_1



1006_ 2



1006. 3



1006-4



1.006_6