**MICHAEL W. DOTTS, Esq. (F0150-NMI)**
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Tel. No. - (670) 234-5684
Fax No. - (670) 234-5683

*Attorneys for Plaintiff Lisa S. Black*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>        Plaintiff,<br><br>  vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>        Defendants. | CIVIL ACTION NO. 05-0038<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that a copy of the Disclosure of Expert Witnesses including the Experts' Reports were served as follows:

By ECF filing on October 30, 2006 upon:

    Heather L. Kennedy (kennedyh@pss.cnmi.mp)
    Karen Klaver (klaverk@pss.cnmi.mp)
    for CNMI Public School System

and

By email on October 30, 2006 upon:

    Gregory Baka (gbaka70@yahoo.com)
    Lynn Castro (castro.lynn@gmail.com)
    for the Attorney General's Office

Dated this 30th day of October, 2006.

                                            _____/s/_____
                                            JUDE O. MARFIL