F I L E D
Clerk
District Court

OCT 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| LISA BLACK, | Civil Action No. 05-0038 |
|---|---|
| Plaintiff, | |
| vs. | ORDER SCHEDULING STATUS/SETTLEMENT CONFERENCE |
| JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE, | |
| Defendants. | |

George L. Hasselback
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Linda Waugh
Assistant CNMI AG
Capitol Hill
Saipan, MP 96950

Heather L. Kennedy
CNMI Public School Sys.
P.O. Box 1370
Saipan, MP 96950

IT IS ORDERED that a Status/Settlement Conference in the above case is scheduled for Thursday, November 2, 2006, at 9:30 a.m., rescheduled to 4:30 p.m., on the same date.

DATED this 31st day of October, 2006.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)