**O'CONNOR BERMAN DOTTS & BANES**
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff Lisa Black*

### IN THE DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION TO MOVE |
| JIM BREWER, individually and in his ) | STATUS CONFERENCE |
| official capacity as Acting Principal for ) | |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN ) | |
| AND/OR JANE DOE, ) | |
| ) | |
| Defendants. ) | |

The parties, by mutual stipulation, hereby request that this Court move the date for Status Conference, which was originally set for November 2, 2006, at 4:30 p.m. to November 7, 2006, at 10:00 a.m.

This change is requested because counsel for Plaintiff Lisa Black, Michael W. Dotts, was called to Guam on extremely short notice for a trial at the Guam Superior Court.

SO STIPULATED.

1

| | |
|---|---|
| Dated: November 1, 2006 | O'CONNOR BERMAN DOTTS & BANES<br>Attorneys for Plaintiff Lisa Black |
| | By: _____/s/_____<br>       JOSEPH E. HOREY |
| Dated: November 1, 2006 | Office of the Attorney General, CNMI<br>Attorneys for Defendant Jim Brewer |
| | By: _____/s/_____<br>       GREGORY BAKA (F0199) |
| Dated: November 1, 2006 | CNMI Public School System, Legal Dept.<br>Attorneys for Defendant PSS |
| | By: _____/s/_____<br>       KAREN L. KLAVER |

K:\3200\3221-01 Lisa Black\PL\draft\StipHEaring Sched-061101-jom.doc