F I L E D
Clerk
District Court

NOV - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>            Plaintiff,<br><br>    vs.<br><br>JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,<br><br>            Defendants. | Civil Action No. 05-0038<br><br>Order Rescheduling Status/Settlement Conference |

| | | |
|---|---|---|
| George L. Hasselback<br>Attorney at Law<br>P.O. Box 501969<br>Saipan, MP 96950 | Gregory Baka<br>Assistant CNMI AG<br>Capitol Hill<br>Saipan, MP 96950 | Heather L. Kennedy<br>CNMI Public School Sys.<br>P.O. Box 1370<br>Saipan, MP 96950 |

IT IS ORDERED that the Status/Settlement Conference in the above case scheduled for Thursday, November 2, 2006, at 4:30 p.m., is rescheduled to Tuesday, November 7, 2006, at 10:00 a.m.

DATED this 2nd day of November, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)