Ms. Heather L. Kennedy
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950
Telephone:  (670) 237-3047
Facsimile:  (670) 664-3713

Attorney for:  Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| vs. | ) Defendant CNMI Public School System's |
| | ) Motion for Leave to Exceed Page Limit |
| JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE, | ) ) ) ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### DEFENDANT THE CNMI PUBLIC SCHOOL SYSTEM'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court for leave to exceed the twenty-five (25) page limit for its Memorandum In Support of Defendant Public School System's Summary Judgment Motion.  Defendant PSS requests leave to file thirty (30) pages.  To support this request, Defendant PSS states that 30 pages is necessary to adequately address the law surrounding Plaintiff's Five Causes of Action against PSS.

Submitted this 8th day of November, 2006.

By:

_____/s/_____
Heather L. Kennedy
Attorney for the Public School System