IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ) [PROPOSED] ORDER |
| Defendants. | ) |

IT IS ORDERED that Defendant Public School System is granted five (5) additional pages for its Memorandum In Support of Summary Judgment.

SO ORDERED this ____ day of November, 2006.

_____
ALEX R. MUNSON
Judge