FILED
Clerk
District Court

NOV - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>  Plaintiff,<br><br>  vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>  Defendants. | ) Civil Case No. 05-0038<br>)<br>)<br>)<br>)<br>)    ~~[PROPOSED]~~<br>)    ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ORDERED that Defendant Public School System is granted five (5) additional pages for its Memorandum In Support of Summary Judgment.

SO ORDERED this 9TH day of November, 2006.

ALEX R. MUNSON
Judge

Page 1