# TABLE OF CONTENTS

I.   STANDARD FOR SUMMARY JUDGMENT……………………………….1

II.  PLAINTIFF'S FIRST CAUSE OF ACTION AGAINST PSS ALLEGING A VIOLATION OF HER FREE SPEECH RIGHTS MUST BE DISMISSED…...2
   A.  Speech Rights of Public Employees Are Not Absolute……………..2
   B.  The U.S. Supreme Court follows a two-step analysis for evaluating public employee free speech claims……………………………………….3
   C.  What Speech? Perceived Free Speech Is Not Protected Under the First Amendment……………………………………………………………4
   D.  The Speech Must Relate To a Matter of Public Concern……………..6
   E.  Plaintiff's interest in the speech is outweighed by the school's need to operate an efficient system…………………………………………9
   F.  Absent Any Perceived Free Speech Hopwood Junior High School Would Not Have Renewed Black's Employment Contract………………………12

III. PLAINTIFF'S THIRD CAUSE OF ACTION (CIVIL RIGHTS) MUST BE DISMISSED AS A MATTER OF LAW……………………………………..15

   A.  Plaintiff Had No Right To Tenure and No Property Interest in Continued Employment………………………………………………………………..15

   B.  Black's liberty interest was not implicated by reason of Hopwood Junior High School's recommendation not to renew Black's contract. ……… 17

   C.  Even if any due process rights exist, Black received due process when the Board heard her grievance regarding performance evaluation and letters of concern and reprimand issued by Principal Brewer…………………….19

   D.  Plaintiff has failed to establish any invasion of privacy claim………….20

IV.  PLAINTIFF'S FOURTH CAUSE OF ACTION CLAIMING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS SHOULD BE DISMISSED…….21

V.   PLAINTIFF'S FIFTH CAUSES OF ACTION CLAIMING NEGLIGENT INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS SHOULD BE DISMISSED………………………………………………………………..24

VI.  PLAINTIFF'S SIXTH CAUSES OF ACTION CLAIMING BREACH OF CONTRACT SHOULD BE DISMISSED…………………………………26

# TABLE OF AUTHORITIES

**CASES**

*Anderson v. Brigham Young University*, 879 F. Supp 1124  (D.Utah 1995)………………..26

*Anderson v. Liberty Lobby Inc.*, 477 U.S. 242, 106 S. Ct. 2505, 91 L.Ed. 2d 202 (1986)  …2

*Arriola v. Insurance Company of North America*, 2 C.R. 113, 121 (Com.Tr.Ct. 1985)…… 21

*Austin v. Terhune*, 367 F.3d 1167 (9th Cir 2004)…………………………………………… 24

*Ballard v. Blount,* 581 F. Supp 160 (D.C.GA.1983)……………………………………………7

*Barnes v. McDowell,* 848 F.2d 725, 735 (6th Cir.1988), *cert. denied,* 488 U.S. 1007, 109 S.Ct. 789, 102 L.Ed.2d 780 (1989)………………………………………………………………….8

*Berstein v. Lopez,* 321 F.3d 903, 905 (9th Cir.2003)……………………………………….16

*Board of Regents v. Roth,* 408 U.S. 564, 577, 92 S.Ct. 2701, 33 L.Ed.2d 548 (1972)….16, 17, 18

*Branti v. Finkel*, 445 U.S. 507, 100 S. Ct. 1287, 63 L.Ed.2d 574 (1980).  ……………………..2

*British Airways Bd. v. Boeing Co.,* 585 F.2d 946, 951 (9th Cir. 1978) …………………………..2

*Cafeteria and Restaurant Workers* v. *McElroy,*  367 U.S. 886, 895-896, 81 S.Ct. 1743,  1748-1749, 6 L.Ed.2d 1230 (1961)……………………………………………………………………18

*Calef v. Budden*, 361 F. Supp.2d 493 (D.S.C. 2005)……………………………………………10

*Capriotti v. Consolidated Rail Corp.,* 878 F.Supp. 429, 433 (N.D.N.Y.1995)…………………26

*Celotex Corp. v. Catrett*, 477 U.S. 317, 322, 106 S. Ct. 2548, 91 L.Ed.2d 265 (1986)…………1

*Chuy v. Philadelphia Eagles Football Club*, 595 F.2d 1265 at 1273 (10th Cir. 1979)…………21

*Cleveland Bd. of Educ. v. Loudermill,* 470 U.S. 532, 105 S.Ct. 1487, 84 L.Ed.2d 494 (1985)...16

*Cohen v. California*, 403 U.S.15, 91 S. Ct. 1780 (1971) ……………………………………..2

*Colburn v. Trs of Ind. Univ*., 973 F.2d 581 (7th Cir. 1992)……………………………………8

*Commonwealth v. Aldan*, 1997 MP 31, 5 N.M.I. 139 (1997)………………………………..21

*Connick v. Myers,* 461 U.S. 138, 103 S. Ct. 1684, 75 L.Ed.2d 708 (1983)…….………… 3, 9

*Consolidated Rail Corp. v. Gottshall,* 512 U.S. 532, 114, 114 S.Ct. 2396, 2402, 2411-12, 2416, 129 L.Ed.2d 427 (1994)………………………………………………………………………….26

*Coszalter v. City of Salem*, 320 F.3d 968, 973-74 (9th Cir. 2003)……………………………..6

*Cox v. Roskelly*, 359 F.3d. 1105 (9th Cir.2004)………………………….. ………….18

*Davis v. West Commty. Hosp.*, 755 F.2d 455, 460-61 (5th Cir. 1985)…………………………7

*Dyack v. Commonwealth of the Northern Mariana Islands,* 317, F.3d 1030, 1033 (9th Cir.2003)………………………………………………………………………………………15

*Farhat v. Jopke*, 370 F.3d 580 (6th Cir. 2004) …………………………………………………10

*Ferrera v. Mills*, 781 F.2d 1508, 1514 (11th Cir. 1986)……………………………………….7

*Finch v. Ford Bend Indep. Sch. Dist.*, 333 F.3d 555 (5th Cir. 2003)…………………………...8

*Ford v. Revlon, Inc.,* 153 Ariz. 38, 734 P.2d 580 (1987)……………………………………..22

*Garcetti v. Ceballos*, 126 S.Ct. 1951, 1958 (2006).   ………………………………….. 2,3,6

*Guise v. Dept. of Justice*, 330 F.3d 1376 (C.A. Fed Cir., 2003)………………………………9

*Estate of Hillblom* (Superior Ct. Order Regarding Sealing of Claims) Civ Action No. 95-0626 (1995). ………………………………………………………………………………………….21

*Hirschheimer v. Associated Metals & Mineral Corp.*, 1997 U.S. Dist. LEXIS 12838, 1997 WL 528057 (S.D.N.Y.1997) (Not Reported)…………………………………………………..23

*Hofschnieder v. Demapan-Castro*, No. CV-04-0022-ARM, (D.C.N.Mar.I 2005)(unpublished decision)……………………………………………………………………………………17

*Jones v. Collins,* 132 F.3d 1048, 1052-55 (5th Cir.1998)……………………………………..4

*Keiter v. Penn Mutual Ins. Co*., 900 F.Supp 1339, 1348 (D.Haw.1995)……………………..21

*Kelly v. Ogata,* 120 F.Supp.2d 1244, 1250 n.6 (D.Haw.2000)         ………………………..16

*Khuans v. School Dist*. 110, 123 F.3d 1010, 1016-17 (7th Cir. 1997)…………………………7

*Lee Bok Yurl Yoon Young Byuang*, Civil Action No. 99-0085 (N.M.I. Super Ct. March 3, 2000)…………………………………………………………………………………………..25

*Linhart v. Glatfelter*, 771 F.2d 1004, 1010 (7th Cir. 1985)……………………………………….7

*Lupo v. Wyeth-Ayerst Laboratories*, 4 F. Supp. 2d 628 (E.D. Tex. 1997)…………………… 23

*Matthews v. Harney County,* 819 F.2d 889, 891 (9th Cir.1987)………………………………..17

*McKinley v. City of Eloy,* 705 F.2d 1110, 1113 (9th Cir.1983)………………………………….3

*McMurphy v. City of Flushing*, 802 F.2d 191, 197-98 (6th Cir. 1986)…………………………..7,8

*Metzger v. Da Rosa*, 367 F.3d 699 (7th Cir. 2004)……………………………………………...8

*Miller v. State*, 18 Cal.3d 808 (1977)……………………………………………………………16

*Murphy v. American Home Products Corp.*, 448 N.E.2d 86 (N.Y. Ct. App. 1983)…………......23

*Mustafa v. Clark County School District*, 157 F.3d 1169 (9th Cir. 1998)……………………….18

*Pickering v. Board of Education of Township High School District 205,* 391 U.S. 563,  88 S.Ct. 1731, 20 L.Ed.2d 811 (1968)……………………………………………………………….3, 6, 9

*Prestopnik v. Whelan,* 253 F.Supp.2d 369, 374 (N.D.N.Y. 2003)………………………………4

*Roe v. City of San Francisco*, 109 F. 3d 578, 585-86 (9th Cir. 1997)…………………………….7

*Saye v. St. Vrain Valley Sch. Dist.*, 785 F.2d 862, 366 (10th Cir. 1986)…………………………8

*Sharp v. Lindsay*, 285 F.3d 479 (6th Cir. 2002)…………………………………………………10

*Sigmon v. Parker Chapin Flattau & Klimpl*, 901 F. Supp. 667 (S.D.N.Y. 1995)……………….23

*Steadman v. Texas Rangers*, 179 F.3d 360 (5th Cir. 1999)……………………………………...4

*Strasburger v. Board of Educ., Hardin County Community Unit School Dist. No. 1, 143* F.3d 35 (7th Cir. 1998), reh'g and suggestion for reh'g en banc denied, (June 26, 1998) and cert. denied, 1999 WL 8065 (U.S. 1999)……………………………………………………………………..23

*Sullivan v. Ramirez*, 360 F.3d 692 (7th Cir. 2004)………………………………………………10

*Thomas v. Douglas,* 877 F.2d 1428 (9th Cir. 1989)(citing *Ford v. Revlon, Inc.*, 153 Ariz. 38, 43, 734 P.2d 580, 585 (1987)…………………………………………………………………………22

*Waters v. Churchill*, 511 U.S.661, 697, 114 S. Ct 1878, 128 L.Ed.2d 686 (1994)……………..2

*Yballa v. Sea Land Services, Inc.,* 919 F. Supp 1428, 1434 (D.Hawaii 1995)……………….25,26

**CONSTITUTIONAL AUTHORITY**

C.N.M.I. Const. Article 1 § 5……………………………………………………………………..15

C.N.M.I. Const. Article 1 § 10……………………………………………………………16, 20, 21

Analysis of Constitution of the CNMI……………………………………………………….20,21

**CNMI STATUTES**

7 CMC § 2502…………………………………………………………………………………..30

1 CMC § 8252(a)(8)(iii). ………………………………………………………………………16

1 CMC § 9918…………………………………………………………………………………..19

**PSS RULES AND REGULATIONS**

PSS Regulation § 3404…………………………………………………………………………13

PSS Regulation § 1501…………………………………………………………………………16

PSS Regulation § 1502…………………………………………………………………………17

**RULES OF PROCEDURE**

Fed. R. Civ. P. 56 ………………………………………………………………………………1

**TREATISES**

72 Am.Jur.2d *States, Territories and Dependencies* § 75 (2001)……………………………..16

Restatement of Torts § 46……………………………………………………………21, 22, 24, 26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25