Ms. Heather L. Kennedy
Ms. Karen Klaver
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950
Telephone:  (670) 237-3046
Facsimile:  (670) 664-3713

Attorneys for:  Public School System

**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **Defendant CNMI Public School System's** |
| | ) **Motion for Summary Judgment** |
| JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THE CNMI PUBLIC SCHOOL SYSTEM'S MOTION FOR SUMMARY JUDGMENT

Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court for Summary Judgment for the reasons set forth in the Proposed Findings of Uncontroverted Fact and its Memorandum in Support of this Motion.  PSS also moves this court for leave to join in any dispositive motions filed by Defendant Brewer at a later date.

Submitted this 9th day of November, 2006.

By:

_____/s/_____
Heather L. Kennedy
Karen M. Klaver

Attorneys for the Public School System

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28