Ms. Heather L. Kennedy
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP 96950
Telephone: (670) 237-3046
Facsimile: (670) 664-3713

Attorney for: Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) Declaration of Herman T. Guerrero |
| JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE, | ) |
| Defendants. | ) |

## DECLARATION OF HERMAN T. GUERRERO

I, Herman T. Guerrero, declare under penalty of perjury that the following information is true and accurate:

1. I am more than eighteen years of age.

2. I am an elected CNMI State Board of Education representing the island of Saipan.

3. I have been a Board member since January 2002.

4. In accordance with PSS regulations, I was appointed by the Chairman of the Board of Education to act as a member of a hearing panel consisting of three Board members to her the grievance of Lisa Black.

5. The document bates stamped 1671-1684 is an accurate copy of the final decision issued by the hearing panel in the matter of Lisa Black's Grievance.

6. The document bates stamped 1725-1800 is an accurate copy of the grievance of Lisa Black submitted to the Board of Education which was labeled employee Exhibit A.

7. The document bates stamped as 1801-1804 is an accurate copy of a document labeled "Tape Recording Transcript" of a meeting between Lisa Black and Principal Brewer. This document is labeled as Employee Exhibit B.

8. During the grievance hearing, Lisa Black was represented by Eric Bozman of the O'Connor, Berman, Dotts and Banes Law Office.

9. The Commissioner's Office was represented by Heather Kennedy, PSS Legal Counsel.

10. Assistant Attorney General, Jeanne Rayphand, provided legal advice to the hearing panel.

11. The hearing was a closed with both parties afforded the opportunity to present evidence and cross-examine witnesses.

12. The document bates stamped 1708-1717 is an accurate copy of proposed findings submitted to the Hearing Panel by Black.

13. The document bates stamped 1718-1724 is an accurate copy of proposed findings submitted to the Hearing Panel by the Commissioner's Office.

14. The document bates stamped 1687- 1689 is an accurate copy of the exceptions to the Hearing Panel's proposed decision that was submitted by Black.

15. The document bates stamped 1690-1692 is an accurate copy of the exceptions to the Hearing Panel's proposed decision that was submitted by the Commissioner's Office.

16. Both parties submitted exceptions that were considered by the hearing panel.

Signed this _8th_ day of November, 2006 on the island of Saipan in the Commonwealth of the Northern Mariana Islands by:

_[signature]_
HERMAN T. GUERRERO