1  Ms. Heather L. Kennedy
2  C.N.M.I. Public School System
3  P.O. Box 501370 CK
   Saipan, MP 96950
4  Telephone: (670) 237-3046
   Facsimile: (670) 664-3713
5
6  Attorney for: Public School System
7
8                    IN THE UNITED STATES DISTRICT COURT
9                       OF THE NORTHERN MARIANA ISLANDS
10
11 LISA BLACK,                          ) Civil Case No. 05-0038
                                        )
12              Plaintiff,              )
                                        ) Declaration of Niriani Sikyang
13       vs.                            )
                                        )
14 JIM BREWER, CNMI Public School       )
   System and JOHN AND/OR JANE DOE,     )
15                                      )
                Defendants.             )
16
17                     DECLARATION OF NIRIANI SIKYANG
18
19 I, Niriani Sikyang, declare under penalty of perjury that the following information is true and
   accurate:
20
21   1. I am over eighteen years of age and have been working for seventeen years at Hopwood
        Junior High School (HJHS).
22
23   2. I wrote the letter of concern dated October 4, 2004 regarding the performance of Beth
        Nepaial as an administrator ("letter of concern").
24
25   3. I collected the information in the letter from other HJHS staff members and requested
        signatures from other HJSH employees.
26
27   4. The intended recipient of the letter was the Commissioner of Education, Rita Hocog Inos.
28

5. The intent of the letter was for the Commissioner of Education to get involved and determine whether Beth Nepaial was a good administrator because of perceived problems with Ms. Nepaial's management of staff and her communication with the staff.

6. On several occasions, I spoke to the media about my concerns regarding Jim Brewer and Beth Nepaial.

7. I was the spokesperson for the group of concerned staff when we met with the Commissioner of Education in February of 2005.

8. It was clear to the CNMI, PSS and HJHS community that I was the leader of the group that complained about Beth Nepaial and Jim Brewer.

9. After the letter of concern was delivered to the Commissioner and during the process that followed, my contract as a counselor at HJHS was renewed effective December 31, 2004 through December 30, 2006.

10. I retired from the Public School System on December 31, 2005.

11. Even though I was the spokesperson and leader of the group of HJHS staff that raised the concerns, Mr. Brewer asked me to return to HJHS as a working retiree.

12. I returned to HJHS in January 2006 and I am still currently working at HJHS.

13. Neither Jim Brewer nor Beth Nepaial told me that they thought Lisa was involved in the "letter of concern".

14. Lisa Black did not sign the letter of concern or write the letter of concern.

Signed this 7th day of November, 2006 on the island of Saipan in the Commonwealth of the Northern Mariana Islands by:

Nariani Sikyang