```
 1  Ms. Heather L. Kennedy
 2  C.N.M.I. Public School System
    P.O. Box 501370 CK
 3  Saipan, MP 96950
    Telephone: (670) 237-3046
 4  Facsimile: (670) 664-3713
 5  Attorney for: Public School System
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
                   OF THE NORTHERN MARIANA ISLANDS
 9
10  LISA BLACK,                    ) Civil Case No. 05-0038
                                   )
11                  Plaintiff,     )
                                   ) Declaration of Heather L. Kennedy
12         vs.                     )
                                   )
13  JIM BREWER, CNMI Public School )
    System and JOHN AND/OR JANE DOE,)
14                                 )
                   Defendants.     )
15  _____)
16
17              DECLARATION OF HEATHER L. KENNEDY
18  I, Heather L. Kennedy, declare under penalty of perjury that the following information is true
19  and accurate:
20  1.  I represent the Defendant CNMI Public School System (PSS) in the above captioned
21      matter.
22  2.  While attempting to electronically file PSS's Motion for Summary Judgment on
23      Thursday November 9, 2006, I encountered a problem attaching PSS's declarations and
24      exhibits totaling more than 100 pages to the motion.
25  3.  Despite efforts over several hours on Thursday evening to shrink the Exhibits into pdf
26      files of less than 2.5 megabytes and file, the ECF filing server would kick PSS off the
27      server as we attached the numerous documents to the motion.
28
```

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4. Therefore, PSS electronically filed its Motion for Summary Judgment in two parts and submits a hard copy of Exhibits A-U to the Court.

5. PSS hand-delivered a hard copy of Exhibits A-U to Plaintiff's counsel at the O'Connor, Berman, Dotts and Banes Office before noon on November 10, 2006.

6. At the request of the Clerk's office, PSS is also e-mailing the pdf files of the Exhibits to the Court and will copy the e-mail to Plaintiff's counsel.

Signed this 13th day of November, 2006 on the island of Saipan in the Commonwealth of the Northern Mariana Islands by:

_[signature]_

Heather L. Kennedy (F0246)