Ms. Heather L. Kennedy
Ms. Karen M. Klaver
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP 96950
Telephone: (670) 237-3046
Facsimile: (670) 664-3713

Attorneys for: Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) Civil Case No. 05-0038 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE.** | ) |
| | ) |
| **Defendants.** | ) |

I, Heather L. Kennedy, hereby certify that I served copies of **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S MOTION FOR SUMMARY JUDGMENT EXHIBITS A-U** via hand-delivery to O'Connor, Berman, Dotts and Banes Law Offices at 2nd Floor, Nauru Building on November 9, 2006.

Dated this 13th day of November, 2006.

_____/s/_____
Heather L. Kennedy (F0246)