

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

FROILAN C. TENORIO
Governor

JESUS C. BORJA
Lt. Governor

Caller Box 10007
Saipan, MP 96950
Telephone: (670) 664-2200
Fax: (670) 664-2211

The Honorable Jesus R. Sablan
President of the Senate
Tenth Northern Marianas
 Commonwealth Legislature
Saipan, MP 96950

21 OCT 1996

The Honorable Diego T. Benavente
Speaker, House of Representatives
Tenth Northern Marianas
 Commonwealth Legislature
Saipan, MP 96950

Dear Mr. President and Mr. Speaker:

This is to inform you that I am signing into law H.B. No. 10-282, , the "CNMI Public School Reclassification and Compensation Act of 1996".

This Act will equalize the salaries and benefits of all teachers in our system. At the present time, off-island hires receive a housing allowance, while locally hired teachers do not. By making the housing allowance part of the teachers' salaries, this bill assures that all teachers and teachers' aides will receive equal pay regardless of origin.

I note in passing that this bill gives a pay increase of $700 per month per teacher. Off-island hires will have to give up their housing allowances in order to receive this increase, but since those housing allowances are in the range of $400 to $600 per month, they, too, will get a net pay increase.

Because this bill gives an effective across-the-board pay raise for all teachers, it could not be signed into law until the passage of P.L. 10-34. Now that we have funds available, though, we can afford to do this.

I am very pleased to be signing this bill into law. This bill will become law as P.L. 10-35.

Sincerely yours,

JESUS C. BORJA
Acting Governor

# HOUSE OF REPRESENTATIVES

TENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE
SECOND SPECIAL SESSION, 1996

Public Law No. 10-35
HOUSE BILL NO. 10-282

## AN ACT

To amend the Public School System Classification and Compensation Guidelines from 1 CMC §8213 so as to increase teacher and teacher aide salaries to be competitive with such salaries nationwide, as a means to recruit and retain qualified educators for the CNMI.

**Offered by Representatives:**   Jesus T. Attao,
Heinz S. Hofschneider, David M. Apatang, Stanley T. Torres, Oscar M. Babauta, and Manuel A. Tenorio

Date: September 12, 1996

## HOUSE ACTION

Standing Committee Report: None

First and Final Reading: September 17, 1996

## SENATE ACTION

Standing Committee Report: None

Second and Final Reading: October 17, 1996

Evelyn C. Fleming
House Clerk

TENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE

Public Law No. 10-35

H.B. NO. 10-282

SECOND REGULAR SESSION, 1996

### AN ACT

To amend the Public School System Classification and Compensation Guidelines from 1 CMC §8213 so as to increase teacher and teacher aide salaries to be competitive with such salaries nationwide, as a means to recruit and retain qualified educators for the CNMI.

BE IT ENACTED BY THE TENTH NORTHERN MARIANAS COMMONWEALTH LEGISLATURE:

1  Section 1. Short Title. This Act may be known and cited as the "CNMI Public School
2  System Reclassification and Compensation Act of 1996".
3  Section 2. Findings. The Legislature finds that there is a pressing need to increase
4  teacher salaries so that the CNMI can recruit and retain qualified teachers. Further, the
5  Legislature finds that a one-item across the board upward salary adjustment of $700 per month
6  per certified teacher (must posses at least a baccalaureate degree from a U.S. accredited college)
7  and a one-time upward salary adjustment of $350 per month per teacher aide (with additional
8  incremental payment for every fifteen credit hours earned that will total to an additional $350 per
9  month available once a baccalaureate degree is obtained) is necessary to be competitive with
10 average teacher salaries in the mainland.
11 Section 3. Amendment. 1 CMC §8213 is hereby amended to add a new subsection (d)
12 as follows:
13    "(d) The Classification and Compensation Guidelines for the Public School
14    system as approved by the Legislature through 1 CMC §8213 are hereby repealed and as
15    a result, teachers and teachers aides in the Public School System shall hereafter be paid as
16    provided in the incorporated new salary schedule (See Attachment "A"); such attached
17    salary schedule is hereby incorporated as part of this Act by reference herein. This new
18    salary schedule for teachers and teachers aides shall not take effect until after sufficient
19    funds are appropriated for this purpose. Further, as stated in the saving clause of this
20    Act, for teachers and teachers aides that are employed on a contractual basis, such
21    increases shall take effect not only after the aforementioned appropriation, but also, only
22    after such teachers and teacher aides have entered into a new contractual agreement that

Public Law No. 10-35

HOUSE BILL NO. 10-282

1  reflects this new salary schedule in accordance with any applicable rules and regulations
2  as promulgated by the Board of Education to implement such increases. Teachers and
3  teacher aides that receive this salary increase, whether they are on-island or off-island
4  hires, and regardless of whether or not they are hired on a contractual basis, shall not
5  receive any kind of housing benefit(s) in addition to their salaries."
6  Section 4. Severability. If any provision of this Act or the application of any such
7  provision to any person or circumstance should be held invalid by a court of competent
8  jurisdiction, the remainder of this Act or the application of its provisions to persons or
9  circumstances other than those to which it is held invalid shall not be affected thereby.
10  Section 5. Savings Clause. This Act and any repealer contained herein shall not be
11  construed as affecting any existing right acquired under contract or acquired under statutes
12  repealed or under any rule, regulation or order adopted under the statutes. Repealers contained
13  in this Act shall not affect any proceeding instituted under or pursuant to prior law. The
14  enactment of this Act shall not have the effect of terminating, or in any way modifying, any
15  liability, civil or criminal, which shall already be in existence at the date this Act becomes
16  effective.
17  Section 6. Effective Date. This Act shall take effect upon its approval by the Governor
18  or upon its becoming law without such approval.

CERTIFIED BY:                                ATTESTED BY:

_____                      _____
DIEGO T. BENAVENTE                           EVELYN C. FLEMING
Speaker                                      House Clerk
House of Representatives

APPROVED _____ this 21st day of OCTOBER, 1996

_____
FROILAN C. TENORIO / JESUS C. BORJA
Actg. Governor
Commonwealth of the Northern Mariana Islands

Page 2

HB 10-28 A

ATTACHMENT "A"

Public Law No. 10-35

BASED ON P.L. 7-31

| PAY LEVEL | | MINIMUM RATE (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

TEACHER AIDES - PLUS $4,200 PER ANNUM

| (15) I | HOURLY | 7.712 | 7.996 | 8.295 | 8.608 | 8.937 | 9.282 | 9.644 | 10.025 | 10.424 | 10.844 | 11.285 | 11. |
| | BIWEEKLY | 617.00 | 639.67 | 663.58 | 688.60 | 714.95 | 742.53 | 771.54 | 801.98 | 833.95 | 867.56 | 902.80 | 93! |
| | ANNUAL | 16,041.97 | 16,631.54 | 17,252.98 | 17,903.64 | 18,588.82 | 19,305.87 | 20,060.10 | 20,851.51 | 21,682.77 | 22,556.51 | 23,472.74 | 24,43 |
| (PERCENT INCREASE) | | 35.4671% | 33.7850% | 32.1766% | 30.6488% | 29.1893% | 27.8030% | 26.4815% | 25.2229% | 24.0237% | 22.8802% | 21.7924% | 20. |

| (18) II | HOURLY | 8.295 | 8.608 | 8.937 | 9.282 | 9.644 | 10.025 | 10.424 | 10.844 | 11.285 | 11.747 | 12.232 | 12 |
| | BIWEEKLY | 663.58 | 688.60 | 714.95 | 742.53 | 771.54 | 801.98 | 833.95 | 867.56 | 902.80 | 939.77 | 978.59 | 1,01 |
| | ANNUAL | 17,252.98 | 17,903.64 | 18,588.82 | 19,305.87 | 20,060.10 | 20,851.51 | 21,682.77 | 22,556.51 | 23,472.74 | 24,434.21 | 25,443.30 | 26,50 |
| (PERCENT INCREASE) | | 32.1766% | 30.6488% | 29.1893% | 27.8030% | 26.4815% | 25.2229% | 24.0237% | 22.8802% | 21.7924% | 20.7570% | 19.7709% | 18. |

| (20) III | HOURLY | 10.580 | | | | | | | | | | | |
| | BIWEEKLY | 714.95 | 742.53 | 771.54 | 801.98 | 833.95 | 867.56 | 902.80 | 939.77 | 978.55 | 1,019.34 | 1,062.04 | 1,10 |
| | ANNUAL | 19,580.82 | 19,305.87 | 20,060.10 | 20,851.51 | 21,682.77 | 22,556.51 | 23,472.74 | 24,434.11 | 25,443.30 | 26,502.94 | 27,613.14 | 28,79 |
| (PERCENT INCREASE) | | 29.1893% | 27.8030% | 26.4815% | 25.2229% | 24.0237% | 22.8802% | 21.7924% | 20.7570% | 19.7709% | 18.8316% | 17.9386% | 17. |

CLASSROOM TEACHERS/DEVELOPMENTAL - PLUS $8,400 PER ANNUM

| (21) IV | HOURLY | 11.301 | 11.664 | 12.044 | 12.444 | 12.864 | 13.304 | 13.766 | 14.252 | 14.761 | 15.295 | 15.858 | 16 |
| | BIWEEKLY | 904.07 | 933.08 | 963.52 | 995.49 | 1,029.10 | 1,064.34 | 1,101.31 | 1,140.13 | 1,180.88 | 1,223.58 | 1,268.62 | 1,31 |
| | ANNUAL | 23,505.87 | 24,260.10 | 25,051.51 | 25,882.77 | 26,756.51 | 27,672.74 | 28,634.11 | 29,643.30 | 30,702.94 | 31,813.14 | 32,984.23 | 34,2: |
| (PERCENT INCREASE) | | 55.6075% | 52.9631% | 50.4459% | 48.0473% | 45.7603% | 43.5849% | 41.5141% | 39.5419% | 37.6532% | 35.0773% | 34.1682% | 32 |

CLASSROOM TEACHERS - PLUS $8,400 PER ANNUM

| (27) V | HOURLY | 13.419 | 13.887 | 14.370 | 14.893 | 15.436 | 16.004 | 16.602 | 17.230 | 17.888 | 18.580 | 19.307 | 2 |
| | BIWEEKLY | 1,073.52 | 1,110.95 | 1,150.25 | 1,191.42 | 1,234.85 | 1,280.36 | 1,328.13 | 1,378.36 | 1,431.06 | 1,486.41 | 1,544.53 | 1,6 |
| | ANNUAL | 27,911.46 | 28,884.60 | 29,906.41 | 30,976.96 | 32,106.21 | 33,289.35 | 34,531.39 | 35,837.44 | 37,207.51 | 38,646.74 | 40,157.68 | 41,7 |
| (PERCENT INCREASE) | | 43.0516% | 41.0064% | 39.0581% | 37.2061% | 35.4338% | 33.7494% | 32.1452% | 30.6151% | 29.1591% | 27.7716% | 26.4503% | 25 |

| (28) VI | HOURLY | 13.887 | 14.370 | 14.893 | 15.436 | 16.004 | 16.602 | 17.230 | 17.888 | 18.580 | 19.307 | 20.070 | 2 |
| | BIWEEKLY | 1,110.95 | 1,150.25 | 1,191.42 | 1,234.85 | 1,280.36 | 1,328.13 | 1,378.36 | 1,431.06 | 1,486.41 | 1,544.53 | 1,605.59 | 1, |
| | ANNUAL | 28,884.60 | 29,906.41 | 30,976.96 | 32,106.21 | 33,289.35 | 34,531.39 | 35,837.44 | 37,207.51 | 38,646.74 | 40,157.68 | 41,745.42 | 43,6 |
| (PERCENT INCREASE) | | 41.0064% | 39.0581% | 37.2061% | 35.4338% | 33.7494% | 32.1452% | 30.6151% | 29.1591% | 27.7716% | 26.4503% | 25.1909% | 2: |

| (29) VII | HOURLY | 14.370 | 14.893 | 15.436 | 16.004 | 16.602 | 17.230 | 17.888 | 18.580 | 19.307 | 20.070 | 20.871 | 2 |
| | BIWEEKLY | 1,150.25 | 1,191.42 | 1,234.85 | 1,280.36 | 1,328.13 | 1,378.36 | 1,431.06 | 1,486.41 | 1,544.53 | 1,605.59 | 1,669.71 | 1, |
| | ANNUAL | 29,906.41 | 30,976.96 | 32,106.21 | 33,289.35 | 34,531.39 | 35,837.44 | 37,207.51 | 38,646.74 | 40,157.68 | 41,745.42 | 43,412.57 | 45, |
| (PERCENT INCREASE) | | 39.0581% | 37.2061% | 35.4338% | 33.7494% | 32.1452% | 30.6151% | 29.1591% | 27.7716% | 26.4503% | 25.1909% | 23.9914% | 2 |

| (30) VIII | HOURLY | 14.893 | 15.436 | 16.004 | 16.602 | 17.230 | 17.888 | 18.580 | 19.307 | 20.070 | 20.871 | 21.713 | 1, |
| | BIWEEKLY | 1,191.42 | 1,234.85 | 1,280.36 | 1,328.13 | 1,378.36 | 1,431.06 | 1,486.41 | 1,544.53 | 1,605.59 | 1,669.71 | 1,737.05 | 47, |
| | ANNUAL | 30,976.96 | 32,106.21 | 33,289.35 | 34,531.39 | 35,837.44 | 37,207.51 | 38,646.74 | 40,157.68 | 41,745.42 | 43,412.57 | 45,163.30 | 2 |
| (PERCENT INCREASE) | | 37.2061% | 35.4338% | 33.7494% | 32.1452% | 30.6151% | 29.1591% | 27.7716% | 26.4503% | 25.1909% | 23.9914% | | |