MATTHEW T. GREGORY #F0205
Attorney General
GREGORY BAKA #F0199
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:     (670) 664-2341
Fax:                (670) 664-2349
E-mail:           gbaka79@yahoo.com

Attorneys for Defendant Jim Brewer

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br>　　　　　　Plaintiff,<br>vs.<br>JIM BREWER, individually and in his official capacity as Acting Principal of Hopwood Junior High School, CNMI PUBLIC SCHOOL SYSTEM, and JOHN and/or JANE DOE,<br>　　　　　　Defendants. | Civil Case No. 05-0038<br><br>**DEFENDANT BREWER'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:   Thursday, 7 December 2006<br>Time:       9:00 a.m.<br>Judge:     Hon. Alex R. Munson |

### DEFENDANT BREWER'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant and moves this Court for Summary Judgment for the reasons set forth in the attached Memorandum in Support of this Motion.  Defendants also join in the motion for Summary Judgment filed by Defendant PSS.

| Respectfully submitted, | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| Dated:  13 November 2006. | _____/s/_____<br>GREGORY BAKA #F0199<br>Attorneys for Defendant Brewer |