
EXHIBIT
J

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

LISA BLACK,

Plaintiff,

vs.

JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE,

Defendants.

Civil Action No. 05-0038

# DEPOSITION

# OF

# MS. LISA BLACK

Taken at the
Office of the Attorney General &
Public School System Central Office
Saipan, MP 96950

AUGUST 7 & 8, 2006

TRANSCRIBED BY:
*LAWYERS' SERVICES*
*3rd Floor, Nauru Building*
*P.O. Box 1902*
*Saipan, MP 96950*
*Tel: (670) 234-COPY/235-LINK*
*Fax: (670) 234-2679*
*Email:mdcalvo@hotmail.com*

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>JIM BREWER, CNMI Public School System and JOHN AND/OR JANE DOE,<br><br>Defendants. | Civil Action No. 05-0038 |

DEPOSITION

OF

MS. LISA BLACK

Pursuant to the Notice of Deposition on the 7th day of August, 2006 personally appeared:

MS. BLACK

Who was sworn to tell the truth and was thereupon examined as a witness in said cause.

the password?

A: I believe Happy wrote me a note about the key. I don't remember about the password.

Q: Okay. Do you recall getting any kind of letter of discipline, letter of reprimand from Ms. Taman while you were employed at Koblerville Elementary School?

A: No.

Q: Are you saying you didn't get it or you simply don't recall?

A: I believe again your question was do you recall.

Q: Right. And now I'm asking did you get one. Are you saying you didn't ---- you don't ---- you didn't get one?

A: I'm saying I don't recall.

Q: You simply don't know.

A: To my knowledge, no, I did not get any.

Q: Okay. Did you request leave from Ms. Taman to go on a sail trip?

A: Yes.

Q: Okay. And can you tell me about the circumstances regarding that?

A: I was asked to sail in the world championships for the [INAUDIBLE] in New Caledonia. And I requested leave from Ms. Taman so that I could do that.

Q: And what did she tell you?
A: She wanted more specific information.
Q: And what more specific information did she want?
A: She wanted to know when, she wanted the websites, she wanted a contact of the commodore here to verify that.
Q: Did you give her that information?
A: I gave her all of the information, yes.
Q: Okay. Did she request that you complete any assignments or anything like that before you go?
A: She ---- no.
Q: Okay. What was the practice if you were take leave and you were granted leave while at the school? Would you have to leave lesson plans ----
A: Yes.
Q: ---- for a substitute teacher when you left?
A: Yes. The previous question you said, did she ask me to leave things before I go, she asked me not to go.
Q: And what was your response?
A: I did not understand why because she was asking me specific questions. For example, she said, I want proof that you are doing this. And so I gave her the website and my ---- I was enrolled and my name was on the website. She called the commodore and asked for verification that I had been asked to sail, and the

commodore spoke with her and said, yes, she ---- she is scheduled to sail. She will be representing the CNMI and so on.

Q: Okay.

A: And then given that, she denied my request.

Q: She denied your request?

A: Yes.

Q: Did she say why she denied your request?

A: She said she didn't believe that I was going to do it.

Q: Had you taken leave earlier that school year? Did you miss school for personal reasons over at the school, other than being sick?

A: Personal reasons?

Q: Any reason.

A: Yes, I believe so.

Q: And how many days did you miss school?

A: I don't know.

Q: For what purpose did you miss school?

A: I went to a job fair in the United States.

Q: Do you recall around what month that was?

A: I believe February, possibly at the beginning of March.

Q: And around what month was this sailing race?

A: I believe April, but I'm not sure.

Q: And when she denied your request, did you go anyway?

A: My opinion was that she had some very good and valid points that I agreed with, but there were points that I disagreed with. And I disagreed with the methods that she was using to turning it in.

Q: In particularly, what method did you disagree with?

A: She wanted to take it directly up to PSS, and I believe that it was important to follow the channels which would be to go to Mr. Brewer first.

Q: And what did she say to that? Did you tell her you disagreed with her?

A: Yes.

Q: Okay. And what did she say to that?

A: She said, you know he won't do anything about it. And I said, yes, I believe you're 99% accurate, but that's not the point.

Q: Okay. And when Mr. Brewer first spoke to you about you writing it and he asked you why you had written it, you denied being involved, is that correct?

A: No, I stated that he thought I had wrote it and I explained to him that I didn't write it, and I hadn't even signed it, and he told me, yeah, I wondering about that. That was the first thing I looked for when I got a copy of the signatories.

Q: What was the first thing he looked for?

Q: And you're positive that you were in your classroom at the time that you were suppose to be providing substitute teaching coverage?
A: Yes, during the specific period we're talking about.
Q: And how do you know that?
A: How do I know?
Q: What makes you remember that?
A: Because when it was brought up in the complaint, then they said they ---- Mr. Brewer said I had left campus and I hadn't left campus, I was in the classroom grading exams, and I also remember because of the fact that as soon as I finished grading the exams in my classroom, I went directly to Ms. Manahane's class to give the students their grades because they wanted them by the end of the day.
Q: Okay. That was the same day?
A: That was the same day, yes.
Q: Okay. And do you get ---- do you get bulletins as part of ---- in your ---- I guess, in your box, school bulletins?
A: Typically, yes.
Q: Okay. How frequent are those bulletins?
A: Infrequent, initially they were, I believe, once a week and then often times they wouldn't come out on ----

Q: So the co-hard teams decided who gets to go?
A: If there was more than one individual, that they had to work it out themselves.
Q: Okay. And who got to go as part of your team?
A: As part of mine, at our co-hard meeting, nobody was going to be leaving early, so we were all happy because we knew we would have our prep time instead of having to substitute. And ---- and then apparently, they put out a schedule. Mr. Brewer wasn't there before break, he took off the time before break ---- a week before break, so apparently, Ms. Nepaial put out a schedule. And I say apparently because I wasn't aware of it until after the fact that a schedule was put out where we were suppose to cover somebody else's co-hard team.
Q: Okay. And how was the schedule been put out? How was the schedule put out?
A: They put a schedule in teacher's mailboxes.
Q: Okay. And did you get a schedule in your mailbox?
A: I did.
Q: And what did you do with the schedule?
A: I put it with all my other papers and put it in my classroom.
Q: Was your name on that schedule?
A: I didn't know because I didn't look at it. Once I saw

in my class. Did you say anything else to Sam?

A: I don't remember the exact words, but I ---- I said, I had ---- I had your class this morning and you didn't come in, and he said, no, he said, my mom ---- I said, were you at home, are you sick, are you okay, and he said, oh yeah, I'm fine. He said, my mom didn't have me go to your class. And I asked him if he knew why, and he said, no, and I said, oh, I said, you're not afraid of me, are you, Sam. He laughed and he said, no, of course not. And so I don't know what the issue was.

Q: Did you ask what ---- did you say anything about his mom being afraid of you or not wanting you to ---- him to be in your class?

A: I said something about ---- after I said, you're not afraid of me or anything, right, Sam, and he said, no. and I said, your mom wasn't afraid to send you to me, will she, and he was like, oh, no.

Q: And when you said this, were there all the students around?

A: The class was all standing around, yes.

Q: So you didn't have him over the side and talking to him?

A: No.

interruptions, that there were grades that ---- or paper work that was demanded of you and your name was put in the bulletin where as other teachers were, specif ---- I guess, other teachers were not asked of the same paper work, is that what you're saying?

A: Yes.

Q: Okay. Anything else?

A: [INAUDIBLE].

Q: Okay. And when you were told not to interrupt instructional time, you were told not to interrupt instructional time for personal reasons, is that correct?

A: Yeah.

MR. DEMOUX: Let's go off record.

MS. KENNEDY: Sure.

**[OFF THE RECORD]**

Q: Do you recall having a conversation with Mr. Brewer after you interrupted class time of Ms. Greyer?

A: Yes.

Q: Okay. And do you recall having a discussion about interruption of instructional time at that point?

A: Yes.

Q: And do you remember then telling you that he ---- were you discussing instruction ---- sorry. Let's start my

happened during that meeting?

A: Which meeting?

Q: The meeting you had with Mr. Brewer after you had interrupted Ms. Greyer's class?

A: Yes.

Q: And do you recall that Mr. Brewer asked you ---- whether he instructed you not to interrupt class time?

A: Yes.

Q: Okay. Do you recall him asking whether you interrupted class even though he told you not to do so?

A: Yes.

Q: And what did you say when he asked you that? Just ---- just ---- did you remember what you said when he asked?

A: Would you repeat the question, please?

Q: When he asked you, did you interrupt at class time despite my telling you not to do so, what did you say?

A: Yes.

Q: Okay. Getting back to the favoured teachers. Can you identify who these favoured teachers were? You told me about someone of the egregious actions. Who are the favoured teachers?

A: I don't understand the situation that you've asked me.

Q: Okay. Again, this sentence in your interrogatories are actions taken and perceived to have been taken by

complaints.

Q: Okay. And what was your response?

A: The class that I was teaching was ---- was strong teams and life skills and we were talking in that particular unit about comfortable versus uncomfortable, and that was a part of that.

Q: So as part of that, you would flick the student's ears?

A: There were several different things that we would do. Many of the students were uncomfortable coming up to the front of the class. We would work through that. Some of the students, I might go up and touch their head and I would say, is it all right to do that, you know, are comfortable or uncomfortable. And part of that was flicking their ear as well.

Q: Okay. So can you show me what you did to the students with your own ear?

A: Just like that.

Q: Okay. As far as pushing their head.

A: Sometimes if the student was being silly or goofy and I look at them and they'd look at me and we kind of laugh at each other, and then I'd go like that with their head and kind of push it.

Q: When you were ---- when you were having, I guess, this comfort level discussion with the students, it was just

why you went to the human resources office.

A: Any time there's a change in salary or a change in your status, they have a paper, set of papers, that they send through the system. And I, usually, receive a copy, and I have not received a copy of my letter of separation from Hopwood I was asking about.

Q: And what was their response to you?

A: Their response was that they didn't have it. They forgot [INAUDIBLE].

Q: Did they say anything to you at that point about processing a transfer to Marianas High School?

A: Yes.

Q: Okay. And what did they say?

A: They said that they were going to be changing the letter or the document because they had been told that I was going to be working at Marianas High School.

Q: And what did you say?

A: I asked them how that worked, and, if I was to receive the letter of separation, I would like to copy of it, and I was confused because my understanding was it wasn't to transfer. It was a re-hire.

Q: When they asked you about the transfer, did you tell them that you didn't want to transfer, you just wanted your notice of personnel action?

A: Yes, I believe, I just said that I wanted a copy of the separation paper, and then they explained to me when I asked them why is it being considered a transfer, and they said, that's how they always do it.

Q: My question is when they said to you ---- let me stop and rewind that question.

**[OFF THE RECORD]**

Q: I'm going to repeat my question to you. When they said to you that there were a tran ---- they were processing a transfer to MHS, did you ---- didn't you say, "I don't want to transfer. I want my personnel action."?

A: Yes. I don't know if those were my specific words, but I said something to that. To that result, I wanted a copy of the letter of separation.

Q: And that you didn't want to transfer?

A: No.

Q: And do you recall to ask about that conversations?

A: Yes. At that time, I said to them, as I have mentioned before that I didn't understand why, and they're saying, we're doing a transfer, and then they explained to me that that's what they always do. I said, "That's fine. Then, just do what you always do."

Q: Do you remember saying, "Pretend I'm not here. I wasn't here. I'm going to leave."?