Attachments "A"

To: Hopwood Staff Members
    Letter of Concern
From: Lisa Black, Life Skills Teacher
Date: February 8, 2005
Re.: Letter of Concern

Dear Colleagues,

It has been brought to my attention by the Hopwood administrators that they believe I was responsible for writing the letter of concern about Beth Nepaial, and that I solicited your signatures in this matter.

Please take the time to answer the questions below. Please be honest with your answers. I would appreciate it if you would answer this as soon as possible and return it to me. (Not to give you a hassle, but would you please use an ink pen?) Thanks soooo much!

Sincerely,

Lisa

Lisa Black

*********************************************************************

Name: _Eloisa A. Cauan_____   Date: _2-16-05_____

All of these questions refer to the "Letter of Concern" each of you signed.

1. Are you aware of any involvement I had in writing this letter? Please write who you believe wrote this letter and why you answered this way.

2. Did I approach you at any time asking you to sign the letter?   YES   NO

3. Did I ever discuss the letter with you prior to it being submitted?   YES   NO

4. Have I ever, at any time since I have arrived at Hopwood, asked you to sign any form, letter, or any other document that in any way discussed another staff members job performance?

   No

Thank you for your cooperation and for taking the time out from your busy schedule to complete this information!

001733

*Attachment "A"*

To: Hopwood Staff Members
Letter of Concern
From: Lisa Black, Life Skills Teacher
Date: February 8, 2005
Re.: Letter of Concern

Dear Colleagues,

It has been brought to my attention by the Hopwood administrators that they believe I was responsible for writing the letter of concern about Beth Nepaial, and that I solicited your signatures in this matter.

Please take the time to answer the questions below. Please be honest with your answers. I would appreciate it if you would answer this as soon as possible and return it to me. (Not to give you a hassle, but would you please use an ink pen?) Thanks soooo much!

Sincerely,

*Lisa Black*

Lisa Black

*************************************************************************

Name: _Tillwenda Toru_  Date: _2/16/05_

All of these questions refer to the "Letter of Concern" each of you signed.

1. Are you aware of any involvement I had in writing this letter? Please write who you believe wrote this letter and why you answered this way.

   No. A group of concerned staff members because of their concern whats going on in the campus.

2. Did I approach you at any time asking you to sign the letter?    YES    **NO**

3. Did I ever discuss the letter with you prior to it being submitted?    YES    **NO**

4. Have I ever, at any time since I have arrived at Hopwood, asked you to sign any form, letter, or any other document that in any way discussed another staff members job performance?    No

Thank you for your cooperation and for taking the time out from your busy schedule to complete this information!

001739

Attachment "A"

To: Hopwood Staff Members
      Letter of Concern
From: Lisa Black, Life Skills Teacher
Date: February 8, 2005
Re.: Letter of Concern

Dear Colleagues,

It has been brought to my attention by the Hopwood administrators that they believe I was responsible for writing the letter of concern about Beth Nepaial, and that I solicited your signatures in this matter.

Please take the time to answer the questions below. Please be honest with your answers. I would appreciate it if you would answer this as soon as possible and return it to me. (Not to give you a hassle, but would you please use an ink pen?) Thanks soooo much!

Sincerely,

*Lisa*
Lisa Black

*************************************************************************

Name: __Kevin L Esteves__   Date: __2-16-05__

All of these questions refer to the "Letter of Concern" each of you signed.

1. Are you aware of any involvement I had in writing this letter? Please write who you believe wrote this letter and why you answered this way.

   *I don't know.*

2. Did I approach you at any time asking you to sign the letter?   YES   **NO**

3. Did I ever discuss the letter with you prior to it being submitted?   YES   **NO**

4. Have I ever, at any time since I have arrived at Hopwood, asked you to sign any form, letter, or any other document that in any way discussed another staff members job performance?   *NO.*

Thank you for your cooperation and for taking the time out from your busy schedule to complete this information!

001740

*Attachment "A"*

To: Hopwood Staff Members
    Letter of Concern
From: Lisa Black, Life Skills Teacher
Date: February 8, 2005
Re.: Letter of Concern

Dear Colleagues,

It has been brought to my attention by the Hopwood administrators that they believe I was responsible for writing the letter of concern about Beth Nepaial, and that I solicited your signatures in this matter.

Please take the time to answer the questions below. Please be honest with your answers. I would appreciate it if you would answer this as soon as possible and return it to me. (Not to give you a hassle, but would you please use an ink pen?) Thanks soooo much!

Sincerely,

*[signature]*

Lisa Black

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name: *Yeldez T. Javier*    Date: *2/16/2004*

All of these questions refer to the "Letter of Concern" each of you signed.

1. Are you aware of any involvement I had in writing this letter? Please write who you believe wrote this letter and why you answered this way.

   *I know that you "Ms Liza B" did not / or has nothing to do w/ creation that letter.*

2. Did I approach you at any time asking you to sign the letter?    YES   **NO**

3. Did I ever discuss the letter with you prior to it being submitted?   YES   **NO**

4. Have I ever, at any time since I have arrived at Hopwood, asked you to sign any form, letter, or any other document that in any way discussed another staff members job performance?

   *No / never*

Thank you for your cooperation and for taking the time out from your busy schedule to complete this information!

001741

ATTACHMENT B

August 31, 2004

# MEMORANDUM

TO: Ms. Black

FROM: Jim Brewer

Subject: Observation Conference

Can you please be in my office at 0730 on Thursday, September 2? We will have a short discussion about my observation of your classroom on August 31.

Thank you

001742

Marianas High School
Performance Measurement System
Screening/Summative Observation Instrument

ATTACHMENT B

Teacher's Name (Last, First) __Black, Lisa__
Graduate from a College of Education?  ☒ 1-Yes   ☐ 2-No
Number of complete years of teaching experience: __≥15 / ≈21__

Observer's Name (Last, First) __Jim Brewer__
Position:  ☒ 1-Principal   ☐ 2-Asst. Principal   ☐ 3-Teacher   ☐ 4-Other
Grade Level __7th__

Subject Area Observed (circle one):
1 Language Arts
2 Foreign Language
3 Social Science
4 Mathematics
5 Science
6 Physical Education
7 Business Education
7 JROTC
8 Industrial Arts
10 Home Economics
11 Other Vocational Education
12 Fine Arts
13 Music
14 Special Education
15 Philosophy
(16) Other (specify __Strong Teen Life Skills__

Type of classroom in which the observation occurred (circle one):
(1) Regular classroom
2 Laboratory or Shop
3 Field, Court, or Gymnasium
4 Media Room or Library

Total number of students in classroom: __19__

Observation information
Date: __8/31/04__

Observation type:  1 New Teacher
2 Dist. Assessment
3 Annual
(4) Other (specify __New Assignment (from MATH to Life Skills)__

Screening Obs.   1  2  3  4
Summative Obs.   1  2  3  4

Methods used in the observed lesson:
1 Lecture/Dictation/(Guided Practice)/Recitation
2 Discussion/Interaction
(3) Independent Study or Work
4 Laboratory or Shop Activity

Post-Discussion Notes: __What does she need? — Said she would think about it — Generally, she is doing a good job in the classroom — Do not see a need to revisit at this time__

001743

Rubric Made Using:
RubiStar ( http://rubistar.4teachers.org )

## August Observation Rubric

Observer: **Brewer**

Teacher's Name: **Ms. Black**

| CATEGORY | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Speaks Clearly  4 | Speaks clearly and distinctly all (100-95%) the time, and mispronounces no words. | Speaks clearly and distinctly all (100-95%) the time, but mispronounces one word. | Speaks clearly and distinctly most (94-85%) of the time. Mispronounces more than one word. | Often mumbles or can not be understood. OR speaks with back to students. |
| Stays on Topic  4 | Stays on topic all (100%) of the time. | Stays on topic most (99-90%) of the time. | Stays on topic some (89%-75%) of the time. | It was hard to tell what the topic was. |
| Volume  4+ | Volume is loud enough to be heard by all students throughout the presentation. | Volume is loud enough to be heard by all students at least 90% of the time. | Volume is loud enough to be heard by all students at least 80% of the time. | Volume often too soft to be heard by all students. |
| Posture and Eye Contact  4 | Stands up straight, looks relaxed and confident. Establishes eye contact with everyone in the room during the presentation. | Stands up straight and establishes eye contact with everyone in the room during the presentation. | Sometimes stands up straight and establishes eye contact. | Slouches and/or does not look at people during the presentation. |
| Content  4 | Shows a full understanding of the topic. | Shows a good understanding of the topic. | Shows a good understanding of parts of the topic. | Does not seem to understand the topic very well. |
| Collaboration  Good | Almost always listens to, shares with, and supports the efforts of the students. Tries to keep students working well together. | Usually listens to, shares with, and supports the efforts of the students. | Often listens to, shares with, and supports the efforts of the students but sometimes is not a listener. | Rarely listens to, shares with, and supports the efforts of the students. |

Notes: Seems to have good interaction w/ class — Students were responsive to questions — Really stays on track —

001744

MHS PMS S/S01

Domain OB4S

| | | | Tot. Freq. | Frequency | Tot. Freq. | |
|---|---|---|---|---|---|---|
| **30** **Instructional Organization and Development** | 1. Begins instruction promptly | on Task | | | | 1. Delays |
| | 2. Handles materials in an orderly manner | XX | | | | 2. Does not organize materials systematically |
| | 3. Orients students to classwork/ maintains academic focus | | | | | 3. Allows talk/activity unrelated to subject |
| | 4. Conducts beginning/ending review | | | | | 4. Absence of begin/end structure |
| | 5 Questions academic comprehension/ lesson development | | | | | 5. Allows unison response |
| | a. single factual domain — Empathy V. Simpathy | | | | | 5.b Poses multiple questions asked as one |
| | b. requires analysis/reasons | XX | | | | 5.c Poses non-academic or n-a procedural questions |
| | 6. Recognizes response/amplifies/gives correct feedback | XX | | | | 6. Ignores student or response/ expresses sarcasm, disgust, harshness |
| | 7. Gives specific academic praise | | | | | 7. Uses general, nonspecific praise |
| | 8. Provides for practice | | | | | 8. Extends discourse, changes topic with no practice |
| | 9. Gives directions/checks comprehension of homework or seatwork assignments/gives feedback | | | | | 9. Give inadequate directions on homework/no feedback |
| | 10. Circulates and assists students — Always on The Move | | | | | 10. Remains at desk/circulates inadequately |
| **40** **Presentation of Subject Matter** | 11. Treats concepts-definition/ attributes/examples nonexamples  San #5 | XX | | | | 11. Gives definition or examples only. |
| | 12. Discusses cause-effect/uses linking words/applies law or principle | XX | | | | 12. Discusses either cause or effect only/uses no linking words. |
| | 13. States and applies academic rules | | | | | 13. Does not state or does not apply academic rules |
| | 14. Develops criteria and evidence for value judgment — Asked About Homework // Lazy | XX | | | | 14. States value judgment with no criteria or evidence |
| **5** **Verbal and Nonverbal Communication** | 15 Emphasizes important points | X | | | | 15. |
| | 16. Expresses enthusiasm; verbally challenges students | X | | | | 16. |
| | 17. Explains vocabulary | XX | | | | 17. Uses vague/scrambled discourse |
| | 18. Uses body behavior that show interest (smiles, gestures) | | | | | 18. Uses loud, grating, high-pitched, monotone, or inaudible voice. |
| | 19. | | | | | 19. Frowns, deadpan, or lethargic |
| **20** **Management of Student Conduct** | 20. Stops misconduct — There was None | | | | | 20. Delays, desists, doesn't stop misconduct, desists punitively |
| | 21. Maintains instructional momentum | | | | | 21. Loses momentum, fragments nonacademic directions, overdwells |

Observer's Notes: Well organized — Students were doing Journal entry re The Typhoon. Uses Computer to Track Everything! Uses "Name plates" in front of each Student — Also uses Students to double check attendance among themselves — Broke into a Large Circle to share writing. Did not provide Lesson Plan, etc.

Observer's Signature                    Teacher's Signature

001745

ATTACHMENT C

**Marianas High School**
**Performance Measurement System**
**Screening/Summative Observation Instrument**

Teacher's Name (Last, First) ___Block, Lisa___
Graduate from a College of Education? ☒ 1-Yes  ☐ 2-No
Number of complete years of teaching experience: __15+__

Observer's Name (Last, First) ___Brewer, J___
Position: ☒ 1-Principal  ☐ 2-Asst. Principal  ☐ 3-Teac

Grade Level __7__

Subject Area Observed (circle one):
1. Language Arts
2. Foreign Language
3. Social Science
4. Mathematics
5. Science
6. Physical Education
7. Business Education
7. JROTC
8. Industrial Arts
10. Home Economics
(11). Other Vocational Education
12. Fine Arts
13. Music
14. Special Education
15. Philosophy
16. Other (specify __Life Skills__)

Type of classroom in which the observation occurred (circle one):
1. Regular classroom
2. Laboratory or Shop
3. Field, Court, or Gymnasium
4. Media Room or Library

Total number of students in classroom: __19__

Observation Information
Date: __10/12/04__     Observation type: 1 New Teacher
                                         2 Dist. Assessment
Screening Obs.   (1)  2  3  4           (3) Annual
Summative Obs.    1  2  3  4            (4) Other (specify __New Subject__)

Methods used in the observed lesson:
(1) Lecture/Dictation/Guided Practice/Recitation
2  Discussion/Interaction
(3) Independent Study or Work  Group Work
4  Laboratory or Shop Activity

Post-Discussion Notes: Spare Computer/Printer — working? — Not yet.
Good discussion re several topics — Positive force in all her classes —

Handwritten margin notes: "Whole System / Not what it could be / J"

001746

Date of Observation: 10/12/04
RubiStar ( http://rubistar.4teachers.org )

Reviewed by: JB/LB
Date: 10/12/04

## Observation Rubric

Observer: J. Brewer
Teacher's Name: Ms. Lisa Black

| CATEGORY | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Speaks Clearly — 4 | Speaks clearly and distinctly all (100-95%) the time, and mispronounces no words. | Speaks clearly and distinctly all (100-95%) the time, but mispronounces one word. | Speaks clearly and distinctly most (94-85%) of the time. Mispronounces more than one word. | Often mumbles or can not be understood. OR speaks with back to students. |
| Stays on Topic — 4 | Stays on topic all (100%) of the time. | Stays on topic most (99-90%) of the time. | Stays on topic some (89%-75%) of the time. | It was hard to tell what the topic was. |
| Volume — 4 | Volume is loud enough to be heard by all students throughout the presentation. | Volume is loud enough to be heard by all students at least 90% of the time. | Volume is loud enough to be heard by all students at least 80% of the time. | Volume often too soft to be heard by all students. |
| Posture and Eye Contact — 4 | Stands up straight, looks relaxed and confident. Establishes eye contact with everyone in the room during the presentation. | Stands up straight and establishes eye contact with everyone in the room during the presentation. | Sometimes stands up straight and establishes eye contact. | Slouches and/or does not look at people during the presentation. |
| Content — 4 | Shows a full understanding of the topic. | Shows a good understanding of the topic. | Shows a good understanding of parts of the topic. | Does not seem to understand the topic very well. |
| Collaboration — 4 | Almost always listens to, shares with, and supports the efforts of the students. Tries to keep students working well together. | Usually listens to, shares with, and supports the efforts of the students. | Often listens to, shares with, and supports the efforts of the students but sometimes is not a listener. | Rarely listens to, shares with, and supports the efforts of the students. |

Lots of movement around room

Notes: Uses a form much like this for eval of student presentations —

Students were actively working on the "problem" — Evaluating
Groups presentation —

001747

MHS PMS S/SU1

| Domain | | Tot. Freq. | Frequency | Tot. Freq. | |
|---|---|---|---|---|---|
| 10<br>Instructional Organization and Development | 1. Begins instruction promptly | 1U PROGRESS | | | 1. Delays |
| | 2. Handles materials in an orderly manner | | | | 2. Does not organize materials systematically |
| | 3. Orients students to classwork/ maintains academic focus | | | | 3. Allows talk/activity unrelated to subject |
| | 4. Conducts beginning/ending review | | | | 4. Absence of begin/end structure |
| | 5 Questions academic comprehension/ lesson development | | | | 5. Allows unison response |
| | a. single factual domain | XXX | | | 5.b Poses multiple questions asked as one |
| | b. requires analysis/reasons | X | | | 5.c Poses non-academic or n-a procedural questions |
| | 6. Recognizes response/amplifies/gives correct feedback | | | | 6. Ignores student or response/ expresses sarcasm, disgust, harshness |
| | 7. Gives specific academic praise | | | | 7. Uses general, nonspecific praise |
| | 8. Provides for practice | X | | | 8. Extends discourse, changes topic with no practice |
| | 9. Gives directions/checks comprehension of homework or seatwork assignments/gives feedback | X | | | 9. Give inadequate directions on homework/no feedback |
| | 10. Circulates and assists students | XXXX | | | 10. Remains at desk/circulates inadequately |
| 40<br>Presentation of Subject Matter | 11. Treats concepts-definition/ attributes/examples nonexamples | X | | | 11. Gives definition or examples only. |
| | 12. Discusses cause-effect/uses linking words/applies law or principle | | | | 12. Discusses either cause or effect only/uses no linking words. |
| | 13. States and applies academic rules | | | | 13. Does not state or does not apply academic rules |
| | 14. Develops criteria and evidence for value judgment | XXXX | | | 14. States value judgment with no criteria or evidence |
| 5<br>Verbal and Nonverbal Communication | 15 Emphasizes important points | X | | | 15. |
| | 16. Expresses enthusiasm; verbally challenges students | XX | | | 16. |
| | 17. Explains vocabulary | X | | | 17. Uses vague/scrambled discourse |
| | 18. Uses body behavior that show interest (smiles, gestures) | XXX | | | 18. Uses loud, grating, high-pitched, monotone, or inaudible voice. |
| | 19. | | | | 19. Frowns, deadpan, or lethargic |
| 20<br>Management of Student Conduct | 20. Stops misconduct WAS NONE | | | | 20. Delays, desists, doesn't stop misconduct, desists punitively |
| | 21. Maintains instructional momentum | XXXX | | | 21. Loses momentum, fragments nonacademic directions, overdwells |

Observer's Notes: Demonstrates Master Teacher Skills w/ This Class - Classroom looks Good - very orderly - Explains "Constructive" Criticism Homework & Day's Assignment on Board - Esters noted on Lesson Plan - Extensive use of PC for Data Mgmt, Lots of small work Group Interaction Students were involved/Learning.

Observer's Signature

10/

001748

| | |
|---|---|
| Date: | Tuesday, October 12, 2004 |
| Day: | B – 5th to 8th Periods |
| Materials: | ➢ Laptop – Gradebook, Attendance, Class Notes, Lesson Plans<br>➢ Oral Presentation forms – Hard Copy<br>➢ (Lesson Plan Hard Copy for Teacher Observation) |
| Plan: | ➢ Check attendance<br>➢ Collect scripts<br>➢ Allow students 5/10 minutes to prepare for their skits while preparing attendance and Oral Presentation Forms<br>➢ Choose group order and begin skits<br>➢ Students write 1 to 2 positive criticisms and 1 to 2 negative criticisms of each group to turn in. Written between skits.<br>➢ Between skits, I discuss my evaluation and comments with the previous group.<br>➢ 5 to 10 minutes of class discussion and evaluation<br>➢ Discussions continued at the beginning of next class |
| Objectives: | ➢ Students will be able to differentiate between positive actions and negative actions<br>➢ Students will be able to effectively communicate to an audience<br>➢ Students will be able to apply what they have seen or done in their skits to real life situations<br>➢ Students will be able to critique each other in both a positive way and a constructive way |
| ESLRs: | Effective Communicators ~ Listening, Reading, Writing, Speaking<br>Complex and Critical Thinkers ~ Self-directed and Lifelong Learners, Interpersonal Skills<br>Culturally Responsible Citizens ~ Global Thinker, Enthusiastic Learners |

001749



**Hopwood Junior High School**
**Oral Presentation**
**Ms. Black's Class**

Name: _____                    Date: _____

Title of Presentation: _____
                                                                                    Period: _____

| Area | Criteria | | | | Points |
|---|---|---|---|---|---|
| | 4 | 3 | 2 | 1 | |
| Body Language | Movements seemed fluid and helped the audience visualize | Made movements or gestures that enhanced articulation. | Very little movement or descriptive gestures. | No movement or descriptive gestures. | |
| Eye Contact | Holds attention of entire audience with the use of direct eye contact. | Consistent use of direct eye contact with audience. | Displays minimal eye contact with audience. | No eye contact with audience. | |
| Introduction & Closure | Delivers open and closing remarks that capture the attention of the audience and set the mood. | Displays clear introductory remarks and closing remarks. | Clearly uses either an introductory or closing remark, but not both. | Does not display clear introductory or closing remarks. | |
| Pacing | Good use of time, paced at a good speed for the audience. | Delivery is patterned, but doesn't meet the pace needed by the audience. | Delivery is in bursts or sporadic and does not meet the audience's needs. | Delivery is either too fast to understand or too slow to meet the needs of time. | |
| Poise | Displays relaxed, self-confident nature about self, with no mistakes. Relaxed with no display of tension. | Makes minor mistakes, but quickly recovers from them. Displays little or no tension. | Displays mild tension; has trouble recovering from mistakes. | Tension and nervousness is obvious. Has trouble recovering from mistakes. | |
| Voice | Use of fluid speech and inflection maintains the interest of the audience. | Satisfactory use of inflection, but does not consistently use fluid speech. | Displays some level of inflection throughout delivery. | Consistently uses a monotone voice. | |
| Content | Displays knowledge and understanding of content of presentation. | Displays knowledge and understands most of the article presented. | Displays inaccurate knowledge and a poor sense of understanding. | Displays no understanding and no knowledge of the article presented. | |
| | | | | Total: | /28 |

Teacher Comments:

* Please do not copy this form without Ms. Black's Permission

001750

ATTACHMENT D

001751

EMPLOYEE: Lisa Black                                    Date:  February 14, 2005

On this date you were found to be out of compliance with a HJHS procedure &/or a BOE/PSS Regulation as noted:

1. Reported to work late
2. Failed to notify immediate supervisor to report absence
3. Failed to return from lunch on time
4. Off campus during working hours without supervisor's knowledge/ok
5. Unattended classroom/students unsupervised
6. Use of betel nut, tobacco products on campus at any time
7. Use of or under the influence of alcohol or controlled substance(s) while on duty, on or off campus
8. Failure to sign in or out for yourself
9. Profanity to or around students
10. Failure to provide "leave" slip in a timely manner
11. Missed scheduled meeting without reasonable notice to supervisor
12. Grade/attendance book not up-to-date
13. Missing grades or attendance data for required reporting
14. Failure to provide documentation of discipline action for students
15. Failure to contact parents
16. Missing lesson plans/abstracts
17. Excessive use of "leave" time
18. Missing substitution list for Cohort Team members and administration
19. Missing Cohort minutes
20. Inappropriate behavior on campus, including unprofessional dress or attire

LETTER OF CONCERN

Narrative/Other:  By your own admission (2/9/05) you have 1) flicked the ears of students &/or 2) pushed their heads forward or back with your hand.  These actions could be considered corporal punishment or assault by the student(s) or a third party.  You are hereby directed to stop any physical touching of students in any manner that could be construed as aggressive, punitive or assultive by any person. Failure to follow this directive could result in formal discipline up to and including dismissal from employment.

YOU HAVE A RIGHT TO RESPOND TO THIS LETTER IN WRITING.

Jim Brewer _____            Lisa Black _____
         Acting Principal
                                          Date Received _____

ATTACHMENT E



COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950

Hopwood Jr. High School



EMPLOYEE: Ms. Lisa Black                               Date: April 18, 2005

On this date you were found to be out of compliance with a HJHS procedure &/or a BOE/PSS Regulation as noted:

1. Reported to work late
2. Failed to notify immediate supervisor to report absence
3. Failed to return from lunch on time
4. Off campus during working hours without supervisor's knowledge/ok
5. Unattended classroom/students unsupervised
6. Use of betel nut, tobacco products on campus at any time
7. Use of or under the influence of alcohol or controlled substance(s) while on duty, on or off campus
8. Failure to sign in or out for yourself
9. Profanity to or around students
10. Failure to provide "leave" slip in a timely manner
11. **Missed scheduled meeting without reasonable notice to supervisor**
12. Grade/attendance book not up-to-date
13. **Missing grades or <u>attendance</u> data for required reporting**
14. Failure to provide documentation of discipline action for students
15. Failure to contact parents
16. Missing lesson plans/abstracts
17. Excessive use of "leave" time
18. Missing substitution list for Cohort Team members and administration
19. Missing Cohort minutes
20. Inappropriate behavior on campus, including unprofessional dress or attire

**LETTER OF CONCERN**

Narrative/Other: You failed to attend a scheduled meeting with your immediate supervisor, Mrs. Nepaial on 4-14-05 after being directly handed a note to do so. You failed to provide information concerning your handling of an excused absence after being directed to do so via memo. **Your behavior is insubordinate** per BOE Reg. §3404b. Further instances of such behavior will be cause for formal disciplinary action up to and including termination of employment.

**YOU HAVE A RIGHT TO RESPOND TO THIS LETTER IN WRITING.**

Jim Brewer_____         Staff Member_____
         Acting Principal
                                      Date Received 4/18/05

. . . . Home of the Hilitai . . . .
"We Make Everyday the Best"

001752