ATTACHMENT L




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950

Hopwood Jr. High School

April 22, 2005

Ms. Lisa Black
Classroom Teacher

Dear Ms. Black:

This letter is issued to you in compliance with PSS Personnel Certified and Non-Certified Regulations Section 1504. I regret to inform you that your contract of employment with PSS, which expires on July 30, 2005, will not be renewed.

Thank you for your service to PSS.

Jim Brewer
Principal

CC:   HRO
      Legal

I received this letter on _____ @ _____        Signed _____
                            Date        Time                        Lisa Black

*Rcvd. during class*
*8:07 April 25, 2005*
*from Mr. Gogoing*

.... Home of the Hilitai ....
"We Make Everyday the Best"

001768

ATTACHMENT M




COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950

Hopwood Jr. High School

# MEMORANDUM

April 21, 2005

TO: Ms. Black
FROM: Acting Principal

Subject: Performance Evaluation Procedures

Reference: Performance Appraisal Instrument
Your Memo of 4-18-05

Taken in the order you presented the issues in your memo please take a few minutes to critically analyze my comments.

1. In all cases at HJHS the review of performance encompasses a calendar year. For you that would be from 3-04 through 3-05. During that time frame you were observed by Mrs. Nepaial (05-05-04) and by me (08-31 & 10-12-05). Your statement that Mrs. Nepaial has never been in your classroom is not correct. Additionally the evaluation was "based on evidence from observations and discussions..." and your statement to the contrary is not true.

2. You are correct that pertinent comments were not added to the end of each major area of review. However Mrs. Nepaial did add a very complimentary comment under the summary. She also noted areas where you could improve your performance.

3. You were given an opportunity to react to the ratings, per your admission. I explained to you the validity of the process used in this evaluation (used on all of the candidates for contract renewal this spring).

4. You were given an opportunity to discuss the results of the appraisal. Instead you questioned Mrs. Nepaial's ability/qualifications do the appraisal. It is noted that Mrs. Nepaial did not recommend any actions pertinent to any issue except in the summary, please see #8.

5. The evaluation instrument was signed by all parties to it.

6. The original instrument will be filed in your personnel file

.... Home of the Hilitai ....
"We Make Everyday the Best"
001769

7.  The evaluation was completed prior to conducting the performance appraisal. Mrs. Nepaial has observed your classroom during the observation time frame noted. Your statement is incorrect.

8.  You were rated "marginal" in two areas: Creates and Maintains Climates—your attention is drawn to item 2.5 "…maintains the dignity of the student." We have had several discussions about your interaction with students. I am sorry you do not agree with the assessment of your students, our (my) assessment of your student interactions or our (my) assessment of your need to improve in that area.
Evaluation criteria #6, Collaborates with Colleagues, Parents and Others-- your attention is drawn to items 6.6, 6.7 & 6.8. Assessment of your behavior(s) during the time frame support the contention that you need to improve your performance in these areas.
The statement continues indicating HJHS will "…develop the necessary improvement plan correcting specific weakness(es)…". The statement (#8) does not say this professional development plan must be in place at the time of the review of the instrument. Obviously it would take some time for Mrs. Nepaial or me to develop a meaningful plan before we discussed it with you. We have used this "model" with other staff and neither you or your situation are unique.

We do not "continue to treat you differently than other staff members". You are in no position to actually know how we treat other staff members who may or may not find themselves in similar situations. You should not rely on what others tell you about their interactions with either Mrs. Nepaial or I, but rather understand everyone's explanation will be couched in subjectivity. I have no need to discredit you—other staff perceive you based on their observations and interactions with you. HJHS staff are bright people and do not need my input on this issue. You are providing them with ample information. Again you should carefully consider the "agenda" of those you are receiving information from before making statements about my behavior.

I have not mentioned your "involvement", that you can rightly dispute in re the Letter of Concern to anyone other than you and those present in our various meetings where it has been discussed. You do not know if I "continue to insist I (you) wrote it" or not. In point of fact, I have not discussed this issue with anyone since our last meeting, where you brought it up for discussion.

Consequently I do not continue on any particular path where you are concerned. I do adhere to an "accountability" model for both students and staff and will continue to hold you and all staff members to task for your (individual and collective) behavior. I do not believe I treat you or any other staff member with bias. I would never attempt to "undermine a good teacher" and challenge you to provide factual evidence that I am doing so. All teachers (and administrators) believe they are doing a very good job. Unfortunately when weaknesses are pointed out some individuals react to every conceivable thing imaginable except the real issue(s). This is probably just human nature and a defense mechanism against the perceived attack on "self" that I can fully understand.

The first sentence of your last paragraph is poorly constructed, to wit: the letter is addressed to me and by your own admission in #1 I did observe your classroom but you say that ..."yet are never physically present to do an observation...". How utterly false that statement is.

You continue to question my "professional" behavior and judgment. As we have discussed I truly believe we will never "see eye to eye" until you learn to internalize your behavior before you attempt to find fault with everyone else (externalization). The latest example of externalization was your flat refusal to provide me with information that I am entitled to request from you. Your recalcitrance was demonstrated during repeated statements questioning my need for the material. As a matter of information for you, as you consider the paragraph in **bold** face: I happen to be in a position to request any number of things from you and others, please read it carefully. My reasons for such requests are not in your purview to question.

You as other staff are not in positions to request specific personnel to do your performance evaluation(s). PSS Administrators are given the responsibility and authority to make evaluations about staff performance. I do not take this responsibility lightly fully realizing my decisions about individual performance may have far reaching consequences.

**In closing I am again directly instructing you to provide me with the information requested in my memo of 4-11-05 in re H. Williams. You have had eight days to develop the information. Please refer to performance evaluation criteria 6.7 & 6.8 as well as Personnel Regulations for Certified Employees §3404b as you consider this instruction. You shall provide all of this material to me before the close of business on Friday, April 22.**

I think this letter is straight forward and to the point. Please read it literally and do not attempt to attach or discover any hidden agendas. There are none to be found.

I received this memo on _____ @ _____ Signed _____
                           Date              Time            Lisa Black

Respectfully,

Jim Brewer

CC:  HRO
     Legal