I felt that our homeroom teacher Mrs. Black was gonna be fired. I thought that Mrs. Black was gonna cry. Thought she was brave and always cheerful, never showing her negative side, always showing her positive side. Ms. Black was also funny. Thought her days as a teacher was over.
I felt that Mr. Brewer was being mean to her. And that saying she is fired.
I felt that she was going to be replaced by a new teacher.

April 22, 2005

Day 4

"How I feel"

Right now I feel comfortable, but for the past 25 minutes I felt uncomfortable because I didn't know what was happening or what was gonna happen. When I saw Mr. Brower I thought something bad was gonna happen to ms. black. All I was thinking was bad events that's gonna happen. Especially when I heard some of the girls saying is Ms. black gonna be fired. But I didn't want to believe, so I just went in class and thought about the good events that is gonna happen.

What I'm feeling now is like a little scared and nervous. I was worried too. Because to me it looks like we should our day off pretty bad. I'm kinda worried to Ms. Black because she might be in a situation which I might have seen yesterday. I just wanna know if she's upset or something because she looked like it earlier this morning. I saw that she was like talking to a teacher or something yesterday and I think that something might have happened between her and that teacher. So I was kind of nervous earlier because when I saw Mr. brewer and Mr. Gagaing waiting at our class I felt like something was wrong. I thought that one of my classmates might have got in trouble. Well thanks Ms. Black for letting us write how we feel. I feel better that you aren't really not upset.

Right now [a] little [illegible]
my [illegible] and, I d[illegible]
Ms. Black [illegible]
[illegible] her day. When I
saw Ms. [illegible] trying not to [illegible]
[ble]ss her [illegible] so [illegible] won't
know that she is feeling bad.

001775

09/22/05

How I've been feeling and seeing!

For the past week and a couple of days I've been feeling really sick and tired but this morning was an unexpected morning for me. "Expect the unexpected" is what my sister always said and I guess its true. I guess I always expected to see Ms. Black dolly every morning but this morning was the exact opposite.

Firstly, when I saw Mr. Brewer and Mr. Chagann I wondered why they were around. Then I felt really nervouse when Mr. Brewer took Ms. Black in class. I know something is wrong. I've never befor seen Ms. Black this upset. It is also a good thing she's trying to hide her anger but I know she doesn't feel well.

I don't mind people being upset but I never saw her this upset before. I'm just glad we're not the one's who upset her this badly. Something wrong! I just don't know what.

001776

For the past 25 minutes I felt really sorry for Ms. Black because I thought that she was not going to work. I even felt sad [when] my classmates told me that [she] was gonna get fired from our school. I also felt bad when she got mad and stressed out when [we were] doing something. When she got out I got sad because [I have?] a going [?] [?] bad feeling about [?] her.