

ATTACHMENT R

To: Mr. Brewer
From: Ms. Black
Date: January 24, 2005
Re.: Follow-Up on documents and concerns

Dear Mr. Brewer,

Thank you for the copy of my first evaluation done in August. To follow up on your Memo:

> You said you have documentation of only one formal classroom observation. Again, thank you for providing me with that copy. Please find attached the information from my second classroom observation, also done by you. To refresh your memory, the second evaluation was done in my present classroom, V6. (The previous evaluation was done when I was in the old library, waiting for my room to be ready). You had originally scheduled to come in the week before, but had missed work the previous Friday. (Ms. Nepaial had told many of us that you had quit). But you had left me a note saying you'd reschedule for the following Monday or Tuesday, which you did.
>
> When you came in, my students were performing skits. (Please see attached oral Presentation form.) You spoke with me about the condition of the ceiling and that you planned to have it repaired soon. We met later, and you discussed the copy of my oral presentation sheet I used in class, as well as the class itself. You had copies of my lesson plan and I provided you with an extra copy of the oral presentation at your request. You had an evaluation form for me, but never gave me a copy. Hopefully this information will help track down the evaluation, and you can provide me with a copy.

> In reference to the letter Ms. Manahane wrote in reference to her view of what happened in her classroom when I came in prior to Christmas break; I was never given any opportunity to meet with the parties involved, including Ms. Manahane and Sam Nepaial. I was not made aware of any problem prior to break, when this incident should have been addressed. I was also never given the opportunity to see the notes both Sam and Ms. Manahane had written at Ms. Nepaial's request. I would like to be given an opportunity to meet with the parties involved, and would like to request Mr. Gagaring's presence as the VP of Administration and Discipline. I believe that should have been the least that could have happened prior to giving me a formal reprimand. I am also very concerned at the actions taken by Ms. Nepaial. Was she acting as a parent or an administrator? There should be a separation.

➢ Staff meeting notes for the meetings we have had this year: Thank you for your note on Ms. Crisostimo. Please let me know when I may be able to get a copy of those. Also, I will be more than happy to take them to Mr. Edgar to copy them if Ms. Crisostimo doesn't have time.

If, for any reason, you have a question or there are any problems, please write a memo and leave it in my box. Thank you again!

Sincerely,

Lisa Black

Attachments:

Ms. Black's Lesson Plan October 12, 2004
Ms. Black's Oral Presentation Evaluation Form

ATTACHMENT S

To:     Mr. Brewer
From:   Ms. Black
Date:   April 15, 2005
Re.:    Response to Memo received April 15, 2005

Dear Mr. Brewer,

I received your Memo from April 15th, which you had delivered to my class by Mr. Gagaring during my 6th period, requesting me to meet with you again. I will be happy to meet with you today at 2 p.m. but I am requesting the presence of my teacher representative, Ms. Brel, and another administrator, Mr. Gagaring.

As I have expressed to you on several occasions, I feel threatened by you as you have yelled at me, sworn at me, insulted me, told me I was a liar, accused me of actions that were false, and various other behaviors which have made me feel extremely uncomfortable. The last time you had me come in to your office, I asked for you to allow Mr. Gagaring and/or Ms. Brel to be present for these reasons, and you denied my request. Again, I would like Ms. Brel and Mr. Gagaring to be present.

Mr. Brewer, please do not interpret this as "insubordination". It is far from that. I am only attempting to feel safe and not have to fear that you will again engage in behaviors that I feel are unprofessional, threatening, and unwarranted. I will be in your office at 2 p.m.

Sincerely,

Lisa Black

cc.: Ms. Brel and Mr. Gagaring

001785

# Memorandum

ATTACHMENT T

To:     Charley Kenty, PSS Human Resources
From:   Ms. Black, HJHS Life Skills Teacher
Date:   04/20/05
Re.:    Formal Reprimand dated 01/11/05

*My name is not James*

Dear Mr. Kenty,

Some time ago, I spoke with you about my concern over the validity of this reprimand from Mr. Brewer. Please accept the following comments as my response to this reprimand:

> I was formally reprimanded for, " ... behavior unbecoming a professional teacher." The statement goes on to say I " ... interupted another teacher's class during instructional time for the purpose of handing out grades." Both of these statements are incorrect. I did not interupt the class during instructional time. I came to the class at 2:40 and knocked on the door. A student opened the door, and all students were in the classroom with their backpacks on ready to go home. Ms. Manahane told me it would be no problem to hand out the students' exam grades. (We had taken the exam that morning, and students were asking to know their grades). This fact also negates the reprimand of " ... unbecoming a professional teacher". I was trying to accommodate a request made by the students, which was to see their exam grades before break.

> The reprimand states, " ... you had a conversation with a student wherein you intimated that his mother was afraid to send him to your class. You did this in front of the entire class and the other teacher causing great embarrassment to the student tantamount to psychological harm." Unfortunately, this information is very vague as to the true situation.

  o Earlier in the day, as I've stated, this class had their exam with me. Sam Nepaial was a new student who was scheduled to come to my class that day. We had discussed this in the previous Team C meeting. I had several things planned for Sam to work on while his classmates were taking their exams, but he didn't come to class. I thought maybe his mother, VP Beth Nepaial, had chosen to have him stay home that day.
  o When I got to Ms. Manahane's class later in the day, I was surprised to see Sam in there. (I recognized Sam as I've known him since he was about 4 years old). When I saw him. I said. "Hey Sam! How's everything going?" He responded that things were good, then I remembered he had missed my class that day. I said to him, "Hey, Sam, your class came to my class this morning. Did you come late to school?" He responded that he hadn't.
      I asked him why he missed my class, and he told me his mother told him not to go to my class, but to go to the library instead. That seemed odd, and I asked him if he knew why she had told him not to come to my class. He said he didn't know, and I joked with him saying, "That's weird. I wonder why she pulled you from my class. She's not afraid to send you to my class is she?" We laughed, and he responded that no, he didn't think so. I said, "You're not afraid of me, are you Sam?" and he laughed and said he wasn't. As I've known Sam for so many years, I didn't consider this joking around to be offensive or out of line. He was laughing quite a bit, and said good-bye to me when I left, just as the other students did. It did not appear to me that Sam was embarrassed or "psychologically harmed" in any way.
  o Because I was prepared for Sam to come to my class, and he didn't come because either the Vice Principal or his mother, (I'm not sure which), told him not to, I felt it was important to

001786

immediately resolve the issue. I went to Ms. Nepaial, and after waiting for three other individuals to speak with her, I asked if she had a few minutes. She said she did and I went in her office with her. I asked her why she had pulled Sam from my class. She responded, "I felt he'd be better off in the library than in YOUR class."

That statement was very offensive and I asked her why. I explained to her that I had been prepared for him to come. She said, "I decided he didn't need to go to your class". It was obvious to me that Ms. Nepaial had used her position as Vice Principal to pull her son from my class because of her personal issues with me. I asked her not to put Sam in the middle of the issues she has with me and said they don't have anything to do with him. She told me she had decided not to send him to any Voc Ed classes because he would have new Voc Ed classes next semester. I said that wasn't true, as he had gone to the other Voc Ed class, Speech, and my class was the only class he'd been kept out of.

Ms. Nepaial refused to speak with me any further, and called in Mr. Gagaring. When Mr. Gagaring came in, Ms. Nepaial was extremely rude and unprofessional and refused to speak with me. She spoke with Mr. Gagaring about me, and insulted me. When I politely asked her to speak to me, as I was sitting right next to her, she said I couldn't "make her" talk to me. I felt like I was with another one of my Jr. High students.

- o The next day, Ms. Nepaial spent much of the day talking to Ms. Manahane about me coming to her class. Apparently, she had been upset that I had questioned why she pulled Sam from my class. She discussed it with her family and also told them about our conversation. (I received that information after speaking with her husband Andy).

> I have a couple of questions. First, isn't it abuse of Ms. Nepaial's position to pull her son from my class due to her personal problems with me? She didn't even have the courtesy to notify me that he wouldn't be coming. Secondly, who was demanding a letter from Ms. Manahane the next day? Was that the Vice Principal or the parent?

Clearly, there was abuse of Ms. Nepaial's position. If this situation had happened with another student, the issue would have been addressed immediately with a meeting between the parent and the teacher. This didn't happen. I did not have any opportunity at all to discuss this incident with any of the people involved, nor was I able to read either "statement" provided to Ms. Nepaial by Sam and by Ms. Manahane. If this was such an urgent manner, why wasn't it addressed BEFORE Christmas break? I was not even made aware of the accusations until after break.

> Finally, the reprimand states, "... this incident occurred during a time when you were scheduled to provide substitution coverage for an absent teacher." It goes on to say that the schedule had been posted and that I had been provided the schedule several times. Please understand the following information:

- o At a staff meeting in October, Mr. Brewer told us that December 20, 21, and 22 would be typhoon make-up days. When a teacher asked about taking off those days due to prior plans and plane reservations, Mr. Brewer became angry and yelled at us, saying we were all professionals and we would all be required to be in school on those days. (Witnesses: entire staff)
- o At a staff meeting in November, Mr. Brewer told us that some teachers could take off those days. He then told us that one person from each team could take off. He said it was up to each team to decide who that person would be and that we would provide coverage for our team only. At the team meeting we had, our team was excited because we did not have anyone who would be absent, which meant we would have our prep period to work on grades. (Witnesses: Team C)
- o Nobody told me I would be substituting for another team. Mrs. Gagaring even asked Ms. Nepaial if she had told me, and she said she had. At the end of the day, Mrs. Gagaring asked

001787