ATTACHMENT 1

me how her students had been. I looked at her surprised and asked her what she meant. She asked if I had substituted, and I replied that I hadn't. I wasn't aware I was supposed to. (Witness: Mrs. Gagaring and a couple of other teachers from Team A).

As I reminded Mr. Brewer, he had been very clear in the staff meeting that we would not be substituting for another team. Had Ms. Nepaial followed through on telling me I had to substitute for another team, this would not have been a problem. Their miscommunication should not be my responsibility. Also, I know many teachers who missed their substitution assignments this year but were not disciplined in any way.

My hope is equal treatment among all staff members and the true facts of this reprimand to be investigated, as there are many witnesses to the incidents which have occurred.

Sincerely,

Lisa Black

cc.:   James Brewer, HJHS Acting Principal
       PSS Legal Counsel

ATTACHMENT U

# Memorandum

To:     Charley Kenty, PSS Human Resources
From:   Ms. Black, HJHS Life Skills Teacher
Date:   04/20/05
Re.:    Formal Reprimand dated 02/14/05

*My name is NOT James*

Dear Mr. Kenty,

On February 14, 2005, I received a formal reprimand from Mr. Brewer. The reprimand was for "... interupting a class for personal reasons". This is an incorrect statement. On February 8th, I was pulled into the office because Mr. Brewer said two people had filed grievances against me for creating a "hostile environment" at a staff meeting.

One person was Rory Starkey, who was reacting to me asking him not to talk about me or make disparaging remarks behind my back. The second person was supposedly Mrs. Grayer, but it turns out she did NOT file a grievance. The reason I spoke with Mrs. Grayer was to ask her what involvement she had and whether I had offended her, as we are friends. When I went to her class, her students were involved in various projects and she was at her desk. She told me I was not interupting anything, and also told me that Rory had asked her to file the grievance with him. She told him she hadn't even heard me or what I'd said. As you can see, this was not for "personal reasons". I spoke with Mrs. Grayer as a colleague about a staff meeting.

As far as being reprimanded for "... disobeying a direct instruction" from Mr. Brewer, he continues to be very vague about his instructions in reference to interupting a classroom. First, in a previous meeting, I asked for a clarification. (Referring to the reprimand from January). I asked him if anyone is ever allowed to interupt a class, explaining to him that my class is always interupted. He said it was up to the teacher to allow someone to interupt or not. I also asked if this was a "directive" for all staff members, and if it was, where is it documented to help me get a clarification. He told me not to worry about everyone else. I explained to him that my class is always being interupted and that it is a problem. (See attached 'Class Interuptions' document). He told me that he would reprimand others who violated this school rule. (Witnesses to conversation: Ms. Brel and Mr. Gagaring).

Once again, I feel I am being treated uniquely and unfairly. I continue to receive "direct instruction" from Mr. Brewer that is separate from the rules others are asked to abide by. My hope, again, is equal treatment among all staff members and the true facts of this reprimand to be investigated, as there are many witnesses to the incidents which have occurred.

Sincerely,

Lisa Black   *Copy JBlack 04/20/05*

cc:  James Brewer, HJHS Acting Principal
     PSS Legal Counsel
Attachment: "Class Interuptions" document

001789

ATTACHMENT V

To: Mr. Brewer
From: Ms. Black
Date: April 14, 2005
Re.: Response to Memo received April 12, 2005

Dear Mr. Brewer,

Yesterday, I received a letter from Mr. Williams, ███████ father, concerning his grade in my class. The letter was addressed to me with a copy going to you. As with any concerned parent, I will make arrangements to discuss his concerns and try to resolve the issue at hand. If no amicable resolution is reached, I will of course ask for your assistance.

You also referenced the Student Portfolio, page 30, #5. Teachers were not given student portfolios, therefore I cannot reference what you have asked me to. I have followed all school guidelines and am confident Mr. Williams and I will not have a problem resolving this issue. Thank you for your concern, and I will let you know what we have resolved to do.

Sincerely,

*S. Black*

Lisa Black

001790

ATTACHMENT V

To: Mr. Brewer
From: Ms. Black
Date: April 14, 2005
Re.: Response to Memo received April 12, 2005

Dear Mr. Brewer,

Yesterday, I received a letter from Mr. Williams, ▓▓▓▓▓▓▓▓ father, concerning his grade in my class. The letter was addressed to me with a copy going to you. As with any concerned parent, I will make arrangements to discuss his concerns and try to resolve the issue at hand. If no amicable resolution is reached, I will of course ask for your assistance.

You also referenced the Student Portfolio, page 30, #5. Teachers were not given student portfolios, therefore I cannot reference what you have asked me to. I have followed all school guidelines and am confident Mr. Williams and I will not have a problem resolving this issue. Thank you for your concern, and I will let you know what we have resolved to do.

Sincerely,

*L. S. Black*

Lisa Black

Case 1:05-cv-00038   Document 71-23   Filed 11/13/2006   Page 5 of 8



To:     Mr. Timothy Williams
From:   Ms. Lisa Black
Date:   April 14, 2005
Re.:    ▮▮▮▮▮ grades

Dear Mr. Williams,

Thank you for your letter regarding your ▮▮▮▮▮, in my Life Skills class. I appreciate your concern, and would like to meet with you to discuss his grades in my class and the issues at hand. As we are both teachers on a tight schedule, I would be willing to set up a meeting at a time convenient to you.

Please let me know which of the following will work best for you:

|  |  |  |  |
|---|---|---|---|
| Tuesday, April 19th | 3:45 | 4:00 | 4:15 |
| Wednesday, April 20th | 3:45 | 4:00 | 4:15 |

If not, what time would you be able to meet with me? (It would be helpful if ▮▮▮▮▮ joins us). Or would you prefer I call you? If so, please give me your home phone number and I will call you in the evening. (I don't have access to a phone during school).

Sincerely,

*L. S. Black*

Lisa Black

001792



To:     Mr. Tim Williams
From:   Ms. Lisa Black
Date:   April 15, 2005
Re.:    Meeting

Dear Mr. Williams,

Thanks for your note today. I'll see you at 4:15 on Tuesday. My classroom is V6. If you don't know how to get here, just drive all of the way to the back side of the campus and I'm in the green building, the second to the last building. Looking forward to meeting with you!

Sincerely,

*L. S. Black*

Lisa Black



To:     Ms. Pedersen, HR B4
From:   Ms. Black, Life Skills Teacher
Date:   April 28, 2005
Re.:    ▓▓▓▓▓▓▓▓▓▓ 3rd Qtr. Grade Change

Dear Ms. Pedersen,

After discussion with Mr. Tim Williams and ▓▓▓▓▓ I allowed him to retake his 3rd Qtr. Exam. He was absent for a couple of weeks before test time and missed out on some notes, so we rescheduled the exam for him. (He studied hard and pulled out a 100%!).

Please be advised of the following change in his 3rd Quarter grade:



Thank you!

Sincerely,

*Li S. Black*

Lisa Black

cc.:    Ms. Terry Shiprit, HJHS Registrar
        Ms. Patty Mendoza, Team B Counselor
        Mr. Timothy Williams, Parent
        Mr. Jim Brewer, HJHS Acting Principal

ATTACHMENT W

# Memorandum

To: Mr. Brewer, Acting Principal HJHS
From: Ms. Black, Life Skills Teacher
Date: 02/17/05
Re.: Peer Observations

Mr. Brewer,

Please put me down as a volunteer to help with peer evaluations. I'd be happy to work with you on this process. Thanks!

Sincerely,

*[signature]*

Lisa Black

001795