




**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950



## Hopwood Jr. High School

January 11, 2005

TO:      Lisa Black

FROM:    Jim Brewer, Acting Principal

Subject:   FORMAL REPRIMAND

You are being formally reprimanded for behavior unbecoming a professional teacher. On December 21, 2005, you interrupted another teacher's class during instructional time for the purpose of handing out your grades. During that time you had a conversation with a student wherein you intimated that his mother was afraid to send him to your class. You did this in front of the entire class and the other teacher causing great embarrassment to the student tantamount to psychological harm.

An added concern is this incident occurred during a time when you were scheduled to provide substitution coverage for an absent teacher. The substitution schedule had been posted and otherwise provided to you several times. An LMA teacher had to cover your absence. This behavior had a negative impact on campus harmony. Vice-Principal Gagaring instructed you to provide an explanation of your absence before you left campus on 12-22-04 and you failed to do so, which is insubordinate behavior.

You may want to review the Regulations for the Public School System Employment of Certified Personnel, Chapter 3. You are hereby instructed to refrain from inflicting any harm to students, to follow work/substitution schedules and to follow instructions from all administrative staff. You are further instructed not to discuss the student issue with Mrs. Nepaial without the concurrence of PSS Legal given directly to her through me.

Any written response to this reprimand will be placed in your personnel file in the Human Resources Office at PSS Central Office. This formal reprimand does not constitute discipline and there is no appeal process. If you need clarification on the issue concerning the student, see me. Other concerns can be discussed with your immediate supervisor, V-P Nepaial or me. Your signature indicates receipt of the original of this letter of reprimand.

_____      _Refused To Sign_
Jim Brewer, Acting Principal                       Lisa Black
                                                                       1/12/05
                                                                        Date

*FORMAL REPRIMAND*

## Hopwood Junior High School
### Teacher Bulletin
Vol. 1                                                                        No. 29

Monday, December 13, 2004
*Today is Day A*

"Learn to see, hear, and think for yourself."
- Malcom X (1925-1965) -

- Important events this week:
    - FINALS WEEK THIS WEEK!
    - Monday: 8th Grade Cohort
    - Tuesday: LEADERSHIP MEETING
    - Wednesday: 7th Grade Cohort
    - Wednesday: Staff Party payment due
    - Thursday: Student Writing due to Ms. Masga
    - Thursday: PTA meeting @ 6:00 pm @HJHS
    - Friday: Diagnostic Reports due to Ms. Masga
    - Friday: Students released @ 11:30
    - Friday: HJHS Promotion Noon @ PIC
    - Friday: Staff Christmas Party 12:30-2:00 @ PIC

- Important Dates Next Week:
    - Monday: 8th Grade Cohort
    - Tuesday:
    - Wednesday: 7th Grade Cohort
    - Wednesday: CHRISTMAS BREAK BEGINS!
    - (School resumes Tuesday, January 11th)

- Second Quarter Dates to Remember:
    - 12/13-12/16: Finals Week
    - 1/11: Beginning of 3rd. Quarter
    - 1/12: Master Grade Sheets due to Terry
    - 1/20: 2nd. Quarter Report Card Day

- Important Accreditation Information:
    - Thank you to everyone from the Accreditation Coordinators. No more meetings this month. The self-study report has been submitted to the Central Office.

- Important Training Dates:   February 9-11

- Leadership Team Members: Our meeting will be tomorrow at 3:00 in the old library. The main items on the agenda will be:
    - Communication on campus
    - Class schedules
    - Turning in copies of final exams
    - Other

- Happy December birthday wishes go out to some people who wish to remain anonymous, and to: Sharleen, Angie, and Jason! Come by the office tomorrow for a slice of birthday cake.

- **PLEASE GIVE ONE COPY OF YOUR FINAL EXAM TO YOUR DEPARTMENT CHAIR BEFORE THE LEADERSHIP MEETING TOMORROW. CHAIRS, IF YOU HAVE NOT RECEIVED THE FINAL EXAM BY LUNCHTIME ON TUESDAY, PLEASE SEND A STUDENT AROUND TO COLLECT THEM.**

- Needed by Friday, December 10th: If you have not already turned in your inventory lists, please do so ASAP. Thank you!
    - Number of student textbooks in room
    - Teacher Resources (T.E.s, support materials)
    - Any additional resources, such as dictionaries, thesauri, etc.

- SCHEDULE OF EVENTS FOR FRIDAY, DEC 
    - 8-9 am    Class Parties
    - 9-10:30   Pep Rally
    - 10:30-11:30 Lunch for everyone (all staff supervise)
    - 11:30     Buses arrive. All students go home.
    - 12:00     Promotion Ceremony @ PIC
    - 12:30-2   Staff Christmas Party @ PIC

- Regarding 12/20-12/22: These make up days are regular school days. They would be your 2nd quarter lessons with relevant lessons, or provide an overview for the 3rd. quarter and provide activities for the Christmas break to keep the kids learning. THERE WILL BE NO PARTIES THAT WEEK. NO PIZZA DELIVERIES. NO PARENTS DELIVERING POTLUCK FOOD. NO VIDEOS SHOWN IN THE CLASSROOM UNLESS THEY ARE DIRECTLY RELATED TO THE LESSON PLAN. All lesson plans for 12/20-12/22 must be submitted to the VP for C & I no later than Friday, 12/17 at noon. Class parties may be held 12/17 from 8-9 am. Any letters sent home regarding Christmas parties must be concurred by administration

- There is a special substitution schedule prepared and concurred by Mr. Brewer for the week of 12/20-12/22

- **NO GIFT EXCHANGES ARE APPROVED IN THE CLASSROOM**, per Mr. Brewer

- PLEASE DONATE ONE TOY OR BOOK FOR A TOT AND BRING IT TO THE CHRISTMAS PARTY ON 12/17 AT PIC. Ms. Beth will take the gifts to Karidat from Hopwood that afternoon.

- Beginning January 11th, all School Sanctioned Activities will require permission slips to go home to parents five calendar days in advance. We need to give families time to make arrangements in order for their students to participate in our events. Shorter notice will not be approved. –Admin. -

- SLAM BOOKS: Slam books are starting to become a distraction in the classroom. If a student is found with a Slam book in the classroom, simply take the book away and give it to your team counselor. The book will not be returned. The students have been warned officially as of today. Slam books do not help make Everyday the Best at Hopwood. They do not contribute to global thinking and citizenship.

- Teachers, do not GLUE notices to the walls and/or doors.

- If you have an ongoing event on campus, please provide one permission slip to Ms. Beth so she can keep it on file. Sometimes parents call and we in the office are unaware of the activity's starting and/or ending time, location, etc. We want to present ourselves professionally to the public, so please submit one parental permission slip per event. Thank you!

- Teachers: Please photocopy your homeroom attendance roster and give it to Ms. Shiprit before you leave for the holidays, so she can update her computer. Thank you!

- <u>Staff Christmas Party Update</u>: If you want to help plan the Staff Christmas Party, please put a note in Ms. Mobel's box. We can

use that time for performances, gift exchanges, celebrations of graduations, retirements, and new staff members, etc.

- When: Friday, December 17th
- Where: PIC Charley's Cabaret
- Time: 12:00-2:00
- Cost: $12.00 per person for endless food, drinks, and desserts!
- Please Pay Beth your $12.00 by Wednesday, 12/15

- Teachers: Don't forget to save some student work in the student portfolios to show mastery of the Standards, Benchmarks, and ESLR's you covered the 1st. & 2nd. Quarters.

- Teachers: Do you have 100% of your students' emergency cards? These cards are very very important. Just imagine if the student were unconscious. We need to be able to reach the parents as quickly as possible in case of an emergency.

- Library Updates:
  - 12/6-17th: Library Open
  - 12/21-23rd: Library Closed

- No leave will be granted for Professional Development Days (like February 9-11). Please keep in mind that teacher contracts are for 190 days. You must complete your 190 days in order to be paid over the summer.

- Staff: Remember, if you have an announcement for the bulletin, or some glows or grows, please use the form provided in the bulletin mailbox, or put a simple note in the Glow & Grow box. I try to get two bulletins out a week, so please read the bulletin to your students daily until the next one comes out. Also, the student portion of the bulletin is posted on the glass window of the office for reference. Please encourage your students to take a look, since some kids are more visual than auditory, or are ELL Learners.

- Glows:
  - Thank you, Ms. Cannon, for those great hall passes!
  - Thank you, Ms. Anonymous, for donating a DVD player!

## Students

- **If you have a performance for Friday's pep rally, please see any of the Stuco Officers or Ms. Aldan in E2.**

- Slam books are not allowed on Hopwood's campus. If you are caught with a Slam book, it will be taken away immediately and given to your counselor. It doesn't matter if it belongs to you or not. It will be gone for good. No discussion. You have been warned!!

- CHRISTMAS DANCE PARTY!!! Sponsored by Math Olympiad and Filipino Dance Club. Save Wednesday, December 22nd on your calendars for a big Holiday Dance at GIG from 5:00-9:00. Cost will be $5.00 in advance and $7.00 at the door. Permission slips are a must, and all school rules apply. This dance is only for Hopwood students. Tickets will be available soon, so stay tuned!

- Please donate a wrapped toy for the Toy Drive. Remember, it is better to give than to receive!

- Library Updates:
  - 12/6-17th: Library Open
  - 12/21-23rd: Library Closed

- And the winner of the Boxtops contest is………………

- Math Olympiad Club meetings will be held every Wednesday from 7:30-8:00 am in Room B8. Be there or be square! (get it?)

- Lost: A brown and white backpack was taken at the basketball court area before school on Tuesday, 11/23. The backpack has some important things inside of it. There will be a $40 reward for whoever brings it in with everything still inside.
- LOST: A ring and pendant. Please bring it to Ms. Patty Mendoza in counseling if found.
- Lost: A silver watch with blue and pink design & a black watch
- Found: two necklaces, a bracelet, a jean jacket, a pair of glasses, and a pendant. Check Ms. Beth in the office.

- FIRECRACKERS ON CAMPUS ARE A CLASS 2 OFFENSE, PUNISHABLE BY SUSPENSION. DO NOT BRING FIRECRACKERS TO SCHOOL. DO NOT HOLD FIRECRACKERS FOR ANYONE ELSE. REMEMBER, A REAL FRIEND WOULD NOT INVOLVE YOU IN AN ILLEGAL ACTIVITY.

- Students: Write these dates in your Student Data Planner:
  - 12/16: PTA Meeting @6:00 @ HJHS
  - 12/17: School ends at 11:30
  - 12/22: Last day of school before Christmas break
  - 1/11: First day of 3rd. Quarter

## Hopwood Junior High School
### Teacher Bulletin

Vol. 1          No. 30

Friday, December 17, 2004
Today is Day A

Merry Christmas and Happy New Year!
- Beth -

- Important events this week:
    - Friday: Diagnostic Reports due to Ms. Masga
    - Friday: Students released @ 11:30
    - Friday: HJHS Promotion Noon @ PIC
    - Friday: Staff Christmas Party 12:30-2:00 @ PIC

- Important Dates Next Week:
    - Monday: 8th Grade Cohort
    - Tuesday:
    - Wednesday: 7th Grade Cohort
    - Wednesday: CHRISTMAS BREAK BEGINS!
    - (School resumes Tuesday, January 11th)

- Second Quarter Dates to Remember:
    - 12/13-12/16: Finals Week
    - 1/11: Beginning of 3rd. Quarter
    - 1/12: Master Grade Sheets due to Terry
    - 1/20: 2nd. Quarter Report Card Day

- Important Accreditation Information:
    - Thank you to everyone from the Accreditation Coordinators. No more meetings this month. The self-study report has been submitted to the Central Office.

- Important Training Dates:    February 9-11

> PLEASE GIVE ONE COPY OF YOUR FINAL EXAM TO YOUR DEPARTMENT CHAIR BEFORE THE LEADERSHIP MEETING TOMORROW. CHAIRS, IF YOU HAVE NOT RECEIVED THE FINAL EXAM BY LUNCHTIME ON TUESDAY, PLEASE SEND A STUDENT AROUND TO COLLECT THEM.

- **SCHEDULE OF EVENTS FOR FRIDAY, DEC. 17TH**
    - 8-9 am    Class Parties
    - 9-10:30    Pep Rally
    - 10:30-11:30 Lunch for everyone (all staff supervise)
    - 11:30    Buses arrive. All students go home.
    - 12:00    Promotion Ceremony @ PIC
    - 12:30-2    Staff Christmas Party @ PIC

- Regarding 12/20-12/22: These make up days are regular school days. They would be your 2nd quarter lessons with relevant lessons, or provide an overview for the 3rd. quarter and provide activities for the Christmas break to keep the kids learning. THERE WILL BE NO PARTIES THAT WEEK. NO PIZZA DELIVERIES. NO PARENTS DELIVERING POTLUCK FOOD. NO VIDEOS SHOWN IN THE CLASSROOM UNLESS THEY ARE DIRECTLY RELATED TO THE LESSON PLAN. All lesson plans for 12/20-12/22 must be submitted to the VP for C & I no later than Friday, 12/17 at noon. Class parties may be held 12/17 from 8-9 am. Any letters sent home regarding Christmas parties must be concurred by administration

- There is a special substitution schedule prepared and concurred by Mr. Brewer for the week of 12/20-12/22

- NO GIFT EXCHANGES ARE APPROVED IN THE CLASSROOM, per Mr. Brewer

- Beginning January 11th, all School Sanctioned Activities will require permission slips to go home to parents five calendar days in advance. We need to give families time to make arrangements in order for their students to participate in our events. Shorter notice will not be approved. –Admin. -

- SLAM BOOKS: Slam books are starting to become a distraction in the classroom. If a student is found with a Slam book in the classroom, simply take the book away and give it to your team counselor. The book will not be returned. The students have been warned officially as of today. Slam books do not help make Everyday the Best at Hopwood. They do not contribute to global thinking and citizenship.

- Teachers, do not GLUE notices to the walls and/or doors.

- Teachers: If you are out of your room during instruction time, please post a sign on your door telling us where you are.

- PRAXIS registration booklets are available in Ms. Beth's office on a first come, first served basis.

- Monday will be Day B

- 3rd. Quarter syllabi are due Tuesday, January 11th.

- The Voc Ed Teachers will rotate 3rd. Quarter as follows:
    - Connolly & Black Team B
    - Cabrera & Escober Team A
    - Cannon and Lamkin Team C

- Check your boxes Monday morning for the substitution schedules for next week.

- If you have an ongoing event on campus, please provide one permission slip to Ms. Beth so she can keep it on file. Sometimes parents call and we in the office are unaware of the activity's starting and/or ending time, location, etc. We want to present ourselves professionally to the public, so please submit one parental permission slip per event. Thank you!

- Teachers: Please photocopy your homeroom attendance roster and give it to Ms. Shiprit before you leave for the holidays, so she can update her computer. Thank you!

- Teachers: Don't forget to save some student work in the student portfolios to show mastery of the Standards, Benchmarks, and ESLR's you covered the 1st, & 2nd. Quarters.

- Library Updates:
    - 12/6-17th: Library Open
    - 12/21-23rd: Library Closed

- No leave will be granted for Professional Development Days (like February 9-11). Please keep in mind that teacher contracts are

for 190 days. You must complete your 190 days in order to be paid over the summer.

## Students

- Slam books are not allowed on Hopwood's campus. If you are caught with a Slam book, it will be taken away immediately and given to your counselor. It doesn't matter if it belongs to you or not. It will be gone for good. No discussion. You have been warned!

- CHRISTMAS DANCE PARTY!!! Sponsored by Math Olympiad and Filipino Dance Club. Save Wednesday, December 22rd on your calendars for a big Holiday Dance at GIG from 5:00-9:00. Cost will be $5.00 in advance and $7.00 at the door. Permission slips are a must, and all school rules apply. This dance is only for Hopwood students. Tickets will be available soon, so stay tuned!

- Library Updates:
    - 12/6-17th: Library Open
    - 12/21-23rd: Library Closed

- And the winner of the Boxtops contest is Ms. Katie's Class!!

- Math Olympiad Club meetings will be held every Wednesday from 7:30-8:00 am in Room B8. Be there or be square! (get it?)

- Lost: A brown and white backpack was taken at the basketball court area before school on Tuesday, 11/23. The backpack has some important things inside of it. There will be a $40 reward for whoever brings it in with everything still inside.
- LOST: A ring and pendant. Please bring it to Ms. Patty Mendoza in counseling if found.
- Lost: A silver watch with blue and pink design & a black watch
- Found: two necklaces, a bracelet, a jean jacket, a pair of glasses, and a pendant. Check Ms. Beth in the office.

- FIRECRACKERS ON CAMPUS ARE A CLASS 2 OFFENSE, PUNISHABLE BY SUSPENSION. DO NOT BRING FIRECRACKERS TO SCHOOL. DO NOT HOLD FIRECRACKERS FOR ANYONE ELSE. REMEMBER, A REAL FRIEND WOULD NOT INVOLVE YOU IN AN ILLEGAL ACTIVITY.

- Students: Write these dates in your Student Data Planner:
    - 12/16: PTA Meeting @6:00 @ HJHS
    - 12/17: School ends at 11:30
    - 12/22: Last day of school before Christmas break
    - 1/11: First day of 3rd. Quarter

001911

# Hopwood Junior High School
## Teacher Bulletin
Vol. 1            No. 31

Wednesday, December 22, 2004
Today is Day A
*"Fame is vapor, popularity is an accident, riches take wing. Only one thing endures and that is character."*
- Joseph Addison -
(1672-1719)

- Important events this week:
  - Wednesday: 7th Grade Cohort
  - Wednesday: CHRISTMAS BREAK BEGINS!
  - (School resumes Tuesday, January 11th)

- Important Dates Next Week:
  - Christmas Vacation

- Second Quarter Dates to Remember:
  - 12/13-12/16: Finals Week
  - 1/11: Beginning of 3rd. Quarter
  - 1/12: Master Grade Sheets due to Terry
  - 1/20: 2nd. Quarter Report Card Day

- Important Training Dates: February 9-11

- Correction to Substitution Schedule for Today: Ms. Sikyang will substitute for Mr. Seman 4th period in the library. Thank you, Ms. Sikyang!

- Frank is still waiting patiently for some inventory lists.

- Before going on vacation, please clean your air con filters, empty all trashcans, clean your rooms, and turn off the air conditioners. Unplug all electronic devices and prepare your room for a storm. The water company will be cleaning out all water coolers over the break.

- **Regarding 12/20-12/22: These make up days are regular school days. They would be your 2nd quarter lessons with relevant lessons, or provide an overview for the 3rd. quarter and provide activities for the Christmas break to keep the kids learning. THERE WILL BE NO PARTIES THAT WEEK. NO PIZZA DELIVERIES. NO PARENTS DELIVERING POTLUCK FOOD. NO VIDEOS SHOWN IN THE CLASSROOM UNLESS THEY ARE DIRECTLY RELATED TO THE LESSON PLAN. All lesson plans for 12/20-12/22 must be submitted to the VP for C & I no later than Friday, 12/17 at noon.**

- There is a special substitution schedule prepared and concurred by Mr. Brewer for the week of 12/20-12/22. Please check for your name. Thank you

- Ms. Laniyo is out of surgery in Hawaii and recovering. Her family thanks you for your prayers and support during this difficult time. Hurry Back, Cindy! We miss you.

- The Leadership Team has voted that there shall be no change in the schedule after Christmas break. WE WILL NOT FLIP CLASS SCHEDULES.

- NO GIFT EXCHANGES ARE APPROVED IN THE CLASSROOM, per Mr. Brewer

- Beginning January 11th, all School Sanctioned Activities will require permission slips to go home to parents five calendar days in advance. We need to give families time to make arrangements in order for their students to participate in our events. Shorter notice will not be approved. –Admin. -

- SLAM BOOKS: Slam books are starting to become a distraction in the classroom. If a student is found with a Slam book in the classroom, simply take the book away and give it to your team counselor. The book will not be returned. The students have been warned officially as of today. Slam books do not help make Everyday the Best at Hopwood. They do not contribute to global thinking and citizenship.

- Teachers, do not GLUE notices to the walls and/or doors. Please continue to remove signs and posters as soon as your event is over. If you would like to display student work in the glass cases, please notify Ms. Beth or Ms. Mendoza.

- Teachers: If you are out of your room during instruction time, please post a sign on your door telling us where you are.

- PRAXIS registration booklets are available in Ms. Beth's office on a first come, first served basis.

- 3rd. Quarter syllabi are due Tuesday, January 11th.

- The Voc Ed Teachers will rotate 3rd. Quarter as follows:
  - Connolly & Black Team B
  - Cabrera & Escober Team A
  - Cannon and Lamkin Team C

- If you have an ongoing event on campus, please provide one permission slip to Ms. Beth so she can keep it on file. Sometimes parents call and we in the office are unaware of the activity's starting and/or ending time, location, etc. We want to present ourselves professionally to the public, so please submit one parental permission slip per event. Thank you!

- **Teachers: Please photocopy your homeroom attendance roster and give it to Ms. Shiprit before you leave for the holidays, so she can update her computer. Thank you!**

- Teachers: Don't forget to save some student work in the student portfolios to show mastery of the Standards, Benchmarks, and ESLR's you covered the 1st. & 2nd. Quarters.

- No leave will be granted for Professional Development Days (like February 9-11). Please keep in mind that



001912

teacher contracts are for 190 days. You must complete your 190 days in order to be paid over the summer.

- Glows:
  - Thanks to all who made the Promotion Ceremony so nice on Friday!
  - Thank you to all who helped organize the staff Christmas Party
  - Thank you to everyone for substituting without complaining. The Hilitai spirit is strong this holiday season!
  - Thank you for your outpouring of love and concern for Ms. Laniyo in her time of need.
  - Way to go, Rogelio Agbanlog for reaching 100% of your reading goal! Sincerely, Ms. Hofschneider and all of Team A!

  - 12/22: Last day of school before Christmas break
  - 1/11: First day of 3rd. Quarter

## Students

- The Voc Ed Teachers will rotate 3rd. Quarter as follows:
  - Connolly & Black Team B
  - Cabrera & Escober Team A
  - Cannon and Lamkin Team C

- Slam books are not allowed on Hopwood's campus. If you are caught with a Slam book, it will be taken away immediately and given to your counselor. It doesn't matter if it belongs to you or not. It will be gone for good. No discussion. You have been warned!

- CHRISTMAS DANCE PARTY!!! Sponsored by Math Olympiad and Filipino Dance Club. Save Wednesday, December 22nd on your calendars for a big Holiday Dance at GIG from 5:00-9:00. Cost will be $5.00 in advance and $7.00 at the door. Permission slips are a must, and all school rules apply. This dance is only for Hopwood students. Tickets will be available soon, so stay tuned!

- Lost: A brown and white backpack was taken at the basketball court area before school on Tuesday, 11/23. The backpack has some important things inside of it. There will be a $40 reward for whoever brings it in with everything still inside.
- LOST: A ring and pendant. Please bring it to Ms. Patty Mendoza in counseling if found.
- Lost: A silver watch with blue and pink design & a black watch
- Found: two necklaces, a bracelet, a jean jacket, a pair of glasses, and a pendant. Check Ms. Beth in the office.

- FIRECRACKERS ON CAMPUS ARE A CLASS 2 OFFENSE, PUNISHABLE BY SUSPENSION. DO NOT BRING FIRECRACKERS TO SCHOOL. DO NOT HOLD FIRECRACKERS FOR ANYONE ELSE. REMEMBER, A REAL FRIEND WOULD NOT INVOLVE YOU IN AN ILLEGAL ACTIVITY.

- **Students: Write these dates in your Student Data Planner:**