

**Approved Substitution Schedule for December 20-22, 2004**
*Concurred by Acting Principal*

| Tuesday 12/21 Day B | 5th | 6th | 7th | 8th | Coverage |
|---|---|---|---|---|---|
| Seiwan | Hofschneider | Gagaring | Prep | Lamkin | Team A |
| Hanman | Douglas | Torres | Wertz | Black | Team C |
| vanBuuren | Sikyang | Grayer | Crisostimo | Grayer | Team D |
| D. Aldan | Prep | Mendoza | Rechebong | Mendoza | Team E |
| Masga (Bermudes) | Ornes | Javier | Mobel | Javier | Team F |

| Wednesday 12/22 Day A | 1st | 2nd | 3rd | 4th | Coverage |
|---|---|---|---|---|---|
| Seiwan | Rozic | Borlas | Cannon | Hanman | Team A |
| Hanman | Harmsen | Manahane | Connolly | Prep | Team C |
| vanBuuren | Mendiola | Pedro | Prep | Blechner | Team D |
| D. Aldan | Quinata | Keller | Ferrari | Starkey | Team E |
| K. Humilde | split out | split out | split out | split out | None |
| R. Humilde | Wabol | Davis | Cabrera | Prep | Team B |
| Masga (Bermudes) | Litulumar | Brel | Buniag | Prep | Team F |

Additional Staff On Leave:

Mr. Brewer    Ms. P. Mendoza    Ms. Halloran
Ms. Nielsen   Ms. Ledden        Ms. Laniyo

Approved Substitution Schedule for December 20-22, 2004
Concurred by Acting Principal

| Monday 12/20 Day B | 5th | 6th | 7th | 8th | Coverage |
|---|---|---|---|---|---|
| Seman | Hofschneider | Gagaring | Prep | Lamkin | Team A |
| Masga (Bermudes) | Douglas | Torres | Wertz | Black | Team C |

| Tuesday 12/21 Day A | 1st | 2nd | 3rd | 4th | Coverage |
|---|---|---|---|---|---|
| Seman | Rozic | Borlas | Cannon | Hamman | Team A |
| Hamman | Harnsen | Manahane | Connolly | Prep | Team C |
| vanBuuren | Mendiola | Pedro | Prep | Blechner | Team D |
| D. Aldan | Quinata | Keller | Ferrari | Starkey | Team E |
| Masga (Bermudes) | Litulumar | Brel | Buniag | Prep | Team F |

| Wednesday 12/22 Day B | 5th | 6th | 7th | 8th | Coverage |
|---|---|---|---|---|---|
| Seman | Hofschneider | Gagaring | Prep | Lamkin | Team A |
| Hamman | Douglas | Torres | Wertz | Black | Team C |
| vanBuuren | Sikyang | Grayer | Crisostimo | Grayer | Team D |
| D. Aldan | Prep | Mendoza | Rechebong | Mendoza | Team E |
| K. Hunilde | Prep | split out | split out | split out | NONE |
| R. Hunilde | Bar'ja | Pedersen | Ada | Escober | Team B |
| Masga (Bermudes) | Ornes | Javier | Mobel | Javier | Team F |

Additional Staff On Leave:

Mr. Brewer    Ms. P. Mendoza    Ms. Halloran
Ms. Nielsen    Ms. Ledden    Ms. Laniyo



 COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS 



Hopwood Jr. High School

February 14, 2005

TO: Lisa Black

FROM: Jim Brewer, Acting Principal

Subject: **FORMAL REPRIMAND**

On January 11, 2005 you were reprimanded for four different issues, one of which was interrupting a classroom during instructional time.

On February 9, 2005 you admitted that you had once again interrupted a classroom during instructional time. This incident occurred on February 8 in Mrs. Grayer's classroom (C-3) at approximately 2:25PM.

You are being reprimanded for this second incident of interrupting a class for personal reasons. You are also being reprimanded for disobeying a direct instruction, from me, that you refrain from interrupting classrooms for personal reasons. This constitutes insubordination.

Any further interruption of class(es) during instructional time for personal reasons will be cause for formal discipline up to and including dismissal from employment.

Any written response to this reprimand will be placed in your personnel file in the Human Resources Office at PSS Central Office. This formal reprimand does not constitute discipline and there is no appeal process. If you need clarification on this issue please address them to your immediate supervisor, V-P Nepaial or me. Your signature indicates receipt of the original of this letter of reprimand.

_____  _____Refused to Sign_____
Jim Brewer                  Lisa Black

                            Date: _____

CC: HRO, Legal

.... Home of the Hilitai ....
"We Make Everyday the Best"

001508

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950

Hopwood Jr. High School

EXHIBIT "R"

EMPLOYEE: Ms. Lisa Black                                    Date: April 18, 2005

On this date you were found to be out of compliance with a HJHS procedure &/or a BOE/PSS Regulation as noted:

1. Reported to work late
2. Failed to notify immediate supervisor to report absence
3. Failed to return from lunch on time
4. Off campus during working hours without supervisor's knowledge/ok
5. Unattended classroom/students unsupervised
6. Use of betel nut, tobacco products on campus at any time
7. Use of or under the influence of alcohol or controlled substance(s) while on duty, on or off campus
8. Failure to sign in or out for yourself
9. Profanity to or around students
10. Failure to provide "leave" slip in a timely manner
11. **Missed scheduled meeting without reasonable notice to supervisor**
12. Grade/attendance book not up-to-date
13. **Missing grades or <u>attendance</u> data for required reporting**
14. Failure to provide documentation of discipline action for students
15. Failure to contact parents
16. Missing lesson plans/abstracts
17. Excessive use of "leave" time
18. Missing substitution list for Cohort Team members and administration
19. Missing Cohort minutes
20. Inappropriate behavior on campus, including unprofessional dress or attire

Narrative/Other: You failed to attend a scheduled meeting with your immediate supervisor, Mrs. Nepaial on 4-14-05 after being directly handed a note to do so. You failed to provide information concerning your handling of an excused absence after being directed to do so via memo. **Your behavior is insubordinate** per BOE Reg. §3404b. Further instances of such behavior will be cause for formal disciplinary action up to and including termination of employment.

LETTER OF CONCERN

YOU HAVE A RIGHT TO RESPOND TO THIS LETTER IN WRITING.

Jim Brewer _____    Staff Member _L. S. Black_
            Acting Principal                       Date Received _4/18/05_

. . . . Home of the Hilitai . . . .
"We Make Everyday the Best"

000410



 COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370 CK
SAIPAN, MP 96950 

Hopwood Jr. High School

# MEMORANDUM

April 20, 2005

TO:     Charlie Kenty
        PSS Human Resource Officer

FROM:   Acting Principal

Subject: Due Process—Non-Renewal

Attached you will find the supporting documents I have used in determining not to renew the contract of Lisa Black. The documents are organized into various categories for easy of review. The package has been review by PSS Legal. After your review Ms. Black was given the non-renewal letter per the COE's memo of 4-23-04.

Even though working under a one year contract specifically designed to evaluate her suitability to work at HJHS during the course of the current school year,

1. Ms. Black has been formally reprimanded for:
   a. failing to provide substitution coverage when scheduled to do so- insubordinate
   b. guilty of mental cruelty to a student-violation of BOE Policy
   c. interrupting another teacher's class during instructional time- violation of HJHS policy
   d. interrupting another teacher's class (second offense) after being directly told not to do so-insubordinate

2. Ms. Black has received a formal letters of concern for:
   a. admitting that she "flicked" the ears of students and pushed the backs of student head's which was viewed by the students involved as punitive and could have been seen as corporal punishment by others
   b. not attending a scheduled meeting with supervisor and not providing requested attendance data to the principal.



. . . . Home of the Hilitaj . . . .
"We Make Everyday the Best:"
001467

3. Ms. Black continues to refuse to turn in required paper work, documented in VP-C&I office-<u>insubordinate</u>
4. Ms. Black is the object of numerous allegations of mental abuse/mental harm to her students by parents, teachers and students—these issues have been discussed with her-documented
5. Did not provide letter/% grades for her classes during first quarter after being told to do so—<u>insubordinate</u>--refused to consider revising those pass/fail grades making it difficult for students to receive passing grades, required course
6. Shouts and yells at students per peer observation-discussed with her-documented—could be mental abuse
7. Students report they are "afraid" of her and that she "hits" them-documented HJHS has approximately 100 hand written letters from students supporting their fears.
8. Has shown a pattern of refusing to accept a student's note of illness or give excused absences. Has required students to report to her if they are going home sick from another class. Has <u>violated HJHS policy</u> in re not allowing day for day make-up before giving an exam to an ill student. Documented by parent letter and her admission
9. She has "threatened" another teacher, according to that teacher-denied
10. She has held students back in lunch detention causing at least one student to miss lunch altogether. Parental concern. Admitted

Based on a review of documents provided HJHS by Koblerville Elementary School:
1. Continues to show a pattern of being inflexible and difficult to work with
2. Continues to accuse others of not acknowledging her (saying hello)
3. Continues to fail to comply with HRO/school requirements re employment documents (10/01) and others
4. Continues to be insubordinate, receiving reprimands from both schools 3/02
5. Continues to be insubordinate by not following rules, instructions (9/01 & 4/18)
6. Continues to show a pattern of questioning administration's motives/professionalism
7. Continues to receive complaints from peers, students, parents
8. Parents continue to request their students be moved from her classes

All of these issues have been discussed with Ms. Black during the course of several meetings. The package of information from Koblerville is provided for inclusion in the working personnel file.

Respectfully,

Jim Brewer

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

STATE BOARD OF EDUCATION
PUBLIC SCHOOL SYSTEM
P.O. BOX 501370
SAIPAN, MP 96950

EXHIBIT

Commissioner of Education
Rita Hocog Inos, Ed.D

July 29, 2005

**SENT VIA FACSIMILE**
Ms. Lisa Black
c/o Mr. Michael Dotts, Esq.
O'Connor, Berman, Dotts and Banes
Saipan, MP 96950

Dear Ms. Black:

This week Marianas High School (MHS) contacted you regarding two math positions at MHS. You told Karen Borja, Vice-Principal of Marianas High School, that you would accept the pre-algebra position at MHS. Therefore, PSS began the process of renewing your contract for another year and transferring you to Marianas High School.

You stopped by the Human Resources Office today. You demanded your separation papers. You were informed that PSS is processing a transfer to MHS for you. You were also informed that separation means that the employee will not work for the PSS for at least six consecutive months pursuant to PSS Personnel regulations.

You stated that you did not wish to transfer. Therefore, the Public School System will process the non-renewal of your employment contract and your separation from the Public School System at your request.

Sincerely,

Charley Kenty
Human Resource Officer

cc:   Commissioner
      MHS Principal
      Legal Counsel

Board of Education
Telephone : (670) 664-3727
Fax       : (670) 664-3711

website: http://www.saipan.com/gov/branches/pss/index.htm

Commissioner of Education
Telephone : (670) 664-3701
Fax       : (670) 664-3791