Ms. Heather L. Kennedy
Ms. Karen Klaver F0241
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950
Telephone:  (670) 237-3046
Facsimile:  (670) 664-3713

Attorneys for:  Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) Civil Case No. 05-0038 |
| ) | |
| Plaintiff, | ) |
| ) | |
| vs. | ) Defendant CNMI Public School System's |
| | ) Motion To Join Defendant Brewer's |
| **JIM BREWER, CNMI Public School** | ) Motion for Summary Judgment |
| **System and JOHN AND/OR JANE** | ) |
| **DOE,** | ) Hearing:  December 7, 2006 |
| | ) Time:  8:30 am |
| Defendants. | ) Hon. Alex R. Munson |

**DEFENDANT THE CNMI PUBLIC SCHOOL SYSTEM'S MOTION TO JOIN DEFENDANT JIM BREWER'S MOTION FOR SUMMARY JUDGMENT**

Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court to join in Defendant Jim Brewer's Motion for Summary Judgment and its Memorandum in Support of this Motion.

Respectfully submitted this 17th day of November, 2006.

By:

_____/s/_____
Karen M. Klaver
    Attorney for the Public School System