**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa Black*

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) CIVIL ACTION NO. 05-0038 |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) **STIPULATION TO MOVE** |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) **MOTION HEARING SCHEDULE** ) **AND CONTINUE OTHER** ) **DEADLINES** |
| **Defendants.** | ) |

The parties, by mutual stipulation, hereby request that this Court move the date for hearing, which was originally set for December 7, 2006, at 9:00 a.m. to December 14, 2006 at 9:00 a.m.

This change is requested because counsel for Plaintiff Lisa Black needs more time to file her opposition to the motion for summary judgment filed by Defendants PSS and Jim Brewer.

1

Further, the parties request the Court to extend the deadline for the Defendants to take discovery from Plaintiff's experts and the deadline for Plaintiff to take the deposition of the student witness from November 27, 2006 to January 19, 2007 so that the Court may have the opportunity to rule on Defendants' motions before this discovery is taken.

SO STIPULATED.

Dated: November 21, 2006　　　　　　　　O'CONNOR BERMAN DOTTS & BANES
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Lisa Black


By: _____/s/_____
　　　　GEORGE L. HASSELBACK (F0325)


Dated: November 21, 2006　　　　　　　　Office of the Attorney General, CNMI
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Jim Brewer


By: _____/s/_____
　　　　GREGORY BAKA (F0199)


Dated: November 21, 2006　　　　　　　　CNMI Public School System, Legal Dept.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant PSS


By: ____/s/_____
　　　　KAREN L. KLAVER (F0241)

K:\3200\3221-01 Lisa Black\PL\draft\StipHEaring Sched-061120-JOM.doc

2