F I L E D
Clerk
District Court

NOV 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LISA BLACK, | ) | Civil Action No. 05-0038 |
| | ) | |
|       Plaintiff | ) | |
| | ) | |
|       v. | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION |
| JIM BREWER, et al., | ) | TO EXTEND MOTION |
| | ) | HEARING DATE and |
| | ) | DISCOVERY DEADLINES |
|       Defendants | ) | |

BASED UPON the stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the hearing of defendants' motion for summary judgment be and hereby is continued from December 7, 2006, to December 14, 2006, at **8:00 a.m.**; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that the deadline for defendants to take

discovery from plaintiff's experts and for plaintiff to take the student's deposition is

extended from November 27, 2006, to January 19, 2007.

DATED this 24th day of November, 2006.


_____
ALEX R. MUNSON
Judge

2