EXHIBIT B

*Concerned Hopwood Teachers and Staff*

*We the undersigned teachers and
staff of Hopwood Junior High School
hereby bring forth these concerns to
your attention for your review and
action.*

*October 6, 2004*

*To Whom It May Concern:*

*This is a letter from concerned teachers and staff of Hopwood Junior High
School. We would like to bring to your attention several issues regarding
vice Principal Beth Nepaial.*

*These concerns are focused in three main areas which are (1)her in-
capabilities of being the vice principal for curriculum and counseling
department, (2) the apparent lack of equity toward the staff she should aim
to lead, and (3) and her lack of interpersonal skills.*

*In regards to the first concern, she incapable of being the vice principal
for curriculum and counseling at Hopwood for the following reasons;*

- *School year 2003-2004, she hardly did class observations.*

- *She rarely checks lesson plans.*

- *She doesn't provide consultation and training for teachers and
  counselors regarding new programs being implemented at
  Hopwood.*

- *She has asked students as well as department heads to review
  individual teacher portfolios that contain confidential information.
  This has left a feeling of violation of privacy on behalf of the staff
  as well as students. These portfolios contained confidential
  information like teacher resumes and student grades which should
  not be viewed by the public, but by authorized personnel like her,
  the vice principal.*

- *As a member of the school administration and supervisory team,
  she is responsible to follow rules set forth by PSS. It is a concern
  that she has allowed faculty surveys to be done at Hopwood
  without the approval of PSS. This information should not be
  collected or published without the proper approval. Yet it is done
  at Hopwood and allowed by her for an employee/friend as part of
  her master's degree work.*

- *As an administrator, she does not set forth a good example or
  practices rules by PSS regarding use of working hours. She is not*

Exhibit "B"

*consistent in clocking in or out during working hours. Log sheet records indicate about 2 hours worth of home visits which the counseling staffs are not aware of to begin with.*

- *This school year, Hopwood has adopted three kinds of school schedules since the school opened. Changing of schedules was not done ahead of time and it affected the students especially those with special needs. Kids were being shuffled from teacher to teacher as a result of these schedule changes, and increased confusion among students. As part of the administrative team, she should plan ahead and make sure that the school year goes smoothly as it should for the benefit of students.*

*In regards to the second concern, she shows a lack of equity towards the staff of Hopwood.*

- *It is apparent that there is favoritism towards Caucasian people like herself. She seems to communicate more with these people than that of locals or Filipino teachers.*

*In regards to the third concern, she lacks the interpersonal skills that her job description requires.*

- *She is quick to write up teachers before confronting them personally first to get all the facts straight. There seems to be no warning before a write up that stays on a permanent record. There should be communication to assess all facts and to allow room for improvement before writing up teachers.*

- *At her mistakes, she is not willing to admit wrong doing and expects the staff to clean up her mess. For example, last school year, her system of issuance of textbooks took a month and a half before the kids received their textbooks. Now that she knows that her system didn't work, she has dumped that responsibility back on the teachers.*

*The above legitimate concerns serve to testify that morale of many teachers and staff at Hopwood is extremely low. Miss Beth Nepaial should not continue her position as vice principal for curriculum and counseling department. The preceding facts show that Miss Nepaial is incapable of being an effective and productive administrator at Hopwood Junior High School. There is a collective feeling that the open door policy of communication at Hopwood Junior High School is not being practiced because teachers and staff are afraid to personally approach the administration to air out any concerns.*

*Sincerely,*

*Concerned teachers and staff*