IN THE SUPERIOR COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) |
|  | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Case No. 05-0038 |
|  | ) |
| JIM BREWER, et al., | ) |
|  | ) |
|     Defendant. | ) |
| _____ | ) |

**DEPOSITION OF ELIZABETH ANN FEITHER-NEPAIAL**
Tuesday, August 15, 2006

Western Deposition & Transcription, LLC
3100 Huron Street, 2D
Denver, CO  80202   USA
303.292.9400

**ORIGINAL**

**Exhibit "C"**

APPEARANCES:

For the Plaintiff:    HEATHER KENNEDY, Esq.
                      CNMI Public School System
                      PO Box 501370 CK
                      Saipan, NP  96950
                      Telephone No.  670.237.3047
                      Facsimile No.  670.664.3713


For the Defendant:    ERIC D. BOZMAN, Esq.
                      O'Connor Berman Dotts & Banes
                      Second Floor, Nauru Building
                      PO Box 501969
                      Saipan, MP  96950
                      Telephone No.  670.234.5684
                      Facsimile No.  670.234.5683

                      BEN DEMOUX, Esq.
                      Office of the Attorney General
                      Civil Division
                      PO Box 505827
                      Saipan, MP  96950
                      Telephone No.  670.664.2338
                      Facsimile No.  670.664.2349

```
 1  area of focus, but you might be doing somebody else's --
 2       A    I had secondary duties, yes.
 3       Q    Okay.  So what were your primary duties in that
 4  position?
 5       A    Also big.  It is one of the reasons why I went
 6  back in the classroom.  I think that job is so big.
 7       Q    Uh-huh.
 8       A    I was responsible for the staff, you know,
 9  helping the teachers.
10       Q    Okay.
11       A    Not, the (indiscernible) and not the
12  (indiscernible) people and the maintenance.  But, I was
13  responsible for helping the teachers with everything they
14  needed from curriculum to strategies for teaching, to
15  making sure that things were safe in the classroom and
16  that the curriculum for the public school system was
17  being taught.
18       Q    Okay.
19       A    So, it's huge, it's so stratified from buying
20  the curriculum, helping them to choose to helping them to
21  map it out and match it with the standards and the
22  benchmarks.  And the SAT-10.  And (indiscernible) of the
23  weaknesses of the previous year and keeping track of
24  student learning is really --
25       Q    So, your -- if something that broad can be
```

1  called something, your focus was teacher concerns?
2      A    Curriculum, as it relates to teachers, students,
3  parents, the community.
4      Q    And part of this responsibility was the
5  interaction between teachers?
6      A    If needed, yes.
7      Q    If needed?
8      A    Yes. Uh-huh.
9      Q    Was that one of your primary responsibilities or
10 was that someone else's and you helped out with?
11     A    Again, we were a team --
12     Q    Uh-huh.
13     A    -- so my understanding of what we did was who
14 they felt comfortable with.  If the teacher had a concern
15 and they felt comfortable if a student had a concern,
16 right.  We all encouraged them to go to who they feel
17 comfortable with, whether that be a peer or a whether
18 that be me, a counselor.
19     Q    Okay.
20     A    We encouraged staff to go to a counselor if they
21 felt more comfortable with a counselor.
22     Q    Was this process -- and it sounds like it worked
23 out well for you -- was this process by which everyone
24 had their sphere of responsibility but shared in the
25 load?  Was this a written plan, was this written down