IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,  )<br>  )<br>　　　Plaintiff,  )<br>  )<br>　　vs.  )<br>  )<br>JIM BREWER, individually and in his  )<br>official capacity as Acting Principal for  )<br>Hopwood Junior High School,  )<br>COMMONWEALTH OF THE NORTHERN )<br>MARIANA ISLANDS PUBLIC SCHOOL  )<br>SYSTEM, and JOHN AND/OR JANE DOE,  )<br>  )<br>　　　Defendants.  )  | CIVIL ACTION NO. 05-0038<br><br><br><br>DECLARATION OF ROLAND BROWN |

I, Roland Brown, declare under the penalty of perjury according to the laws of the Commonwealth of the Northern Mariana Islands and the United States of America, that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. I was the principal of Northern Marianas Academy ("NMA") for the 2005/2006 academic year. In that capacity, I had discretion to hire and discharge teachers employed by NMA.

2. In my capacity as principal of NMA, I received the application of, interviewed and hired the Plaintiff in the above-entitled action, Ms. Lisa Black ("Ms. Black") to act as a teacher at NMA. Prior to my hiring of Ms. Black, she informed me of the above entitled lawsuit.

**Exhibit "F"**

3.   Subsequent to hiring Ms. Black, I was informed by persons other than Ms. Black regarding certain issues that Ms. Black had had with the administration of Hopwood Junior High School. Specifically, I was informed that Ms. Black had been involved with a grievance proceeding involving the Principal of Hopwood, Mr. Jim Brewer. I was told that I should discontinue her employment as soon as contractually possible because of the problems that she had with PSS and its administration. It was my understanding that this information had been disseminated by Hopwood staff and administration.

4.   I was also informed that Ms. Black had a warrant issued by the Department of Public Safety ("DPS") for her arrest. I was told that I should terminate her immediately because of this warrant. I contacted DPS and was told that no such warrant had been issued. Because the information regarding the warrant turned out to be false, I did not give much credence to the other information passed on to me regarding Ms. Black and decided to continue her employment as a teacher.

Signed on Saipan, Commonwealth of the Northern Mariana Islands, this 29th day of November, 2006.

_____
Roland Brown.