


# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
# PUBLIC SCHOOLS SYSTEM
# CHACHA OCEAN VIEW JR. HIGH SCHOOL

**Contents**
WELCOME
Home
» COJHS Handbook
»» COJHS HISTORY

# COJHS HISTORY



**Chacha Ocean View Middle School is located in the Kagman Homestead Area, built within the Kagman Community, and surrounded with the lime stone forest.** It stands in the heart of the Kagman Peninsula adjacent to the LaoLao Bay Golf Course. Besides the breathtaking view that the school has of the ocean, throughout the area of Kagman is a fern plant called "Chacha" which is a

Chamorro word, thus, the school was christened "Chacha Ocean View."



The school was completed during the month of August 2002, and it opened for its very first school year 2002-03. Presently, the school accommodates students in the 6th through 8th grades, with a total population of 650 students. It has 52 teachers and staff to build its reputation of being "The Best School in the Commonwealth of the Northern Mariana Islands." The school serves students from Sadog Tasi, Capitol Hill, As Mahetog, Tanapag, Achugao, San Roque, As Matuis, Kagman, and Papago. Its staff members are proud to be part of the Lancheru Team.

© CNMI Public School System