# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-05-0038                                                          December 14, 2006
                                                                    8:40 a.m.

## LISA BLACK -vs- JIM BREWER, et al

PRESENT:	Hon. Alex R. Munson, Chief Judge Presiding
	Ellia Ciammaichella, Law Clerk
	Sanae Shmull, Court Reporter
	K. Lynn Lemieux, Courtroom Deputy
	George Hasselback, Attorney for Plaintiff
	Greg Baka, Deputy Attorney General for CNMI


PROCEEDINGS:	MOTION FOR SUMMARY JUDGMENT

   Plaintiff was represented in court by Attorney George Hasselback.  Deputy Attorney General Greg Baka was present on behalf of Defendants (40 minutes late).

   Deputy Attorney General Baka apologized to the Court for his tardiness and stated he would submit on the pleadings.

   Court, after hearing argument, took the matter under advisement and stated that a written order would be forthcoming.

                                                       Adjourned 8:45 a.m.


                                                       /s/K. Lynn Lemieux, Courtroom Deputy