Heather L. Kennedy
Legal Counsel
CNMI Public School System
P.O. Box 501370 CK
Saipan, MP 96950

Attorney for the Public School System

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** | ) Civil Case No. 05-0038 |
| **Plaintiff**, | ) |
| vs. | ) |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) STIPULATION TO MOVE PRETRIAL ORDER DEADLINE |
| **Defendants.** | ) |

    The parties, by mutual stipulation, hereby request that this Court move the date for the jointly-prepared pretrial order, currently set for December 29, 2006 to January 12, 2007.

    Since the original scheduling order was issued the trial was continued for two weeks to February 20, 2007. This extension is in line with the second trial date and is requested to give the parties additional time to prepare the proposed pretrial order.

SO STIPULATED.

Dated:  December 22, 2006         O'CONNOR BERMAN DOTTS & BANES
                                  Attorneys for Plaintiff Lisa Black


                                  By:   /s/
                                        GEORGE L. HASSELBACK (F0325)


Dated:  December 22, 2006         OFFICE OF THE ATTORNEY GENERAL
                                  Attorneys for Defendant Jim Brewer


                                  By:   /s/
                                        GREGORY BAKA (F0199)


Dated:  December 22, 2006         CNMI PUBLIC SCHOOL SYSTEM
                                  Attorney for Defendant PSS


                                  By:   /s/
                                        HEATHER L. KENNEDY (F0246)

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>　　　　Defendants. | ) Civil Case No. 05-0038<br>)<br>)<br>)<br>)<br>)<br>)<br>) [PROPOSED]<br>) ODER GRANTING<br>) STIPULATED MOTION<br>) TO EXTEND EXPERT<br>) DISCLOSURE DEADLINE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to the December 22, 2006 stipulated motion of the parties to extend the deadline for the jointly-prepared final pretrial order from December 29, 2006 to January 12, 2007, and good cause appearing therefrom; NOW, THERFORE,

　　　　IT IS ORDERED that the deadline for jointly prepared proposed pretrial order is extended to 3:30 p.m., January 12, 2007.

　　　　DATED this ____ day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ALEX R. MUNSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge