FILED
Clerk
District Court

DEC 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | ) Civil Case No. 05-0038 |
| Plaintiff, | ) |
| vs. | ) |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | ) [PROPOSED] ) ODER GRANTING ) STIPULATED MOTION ) TO EXTEND JOINTLY-PREPARED ) PRETRIAL ORDER DEADLINE |
| Defendants. | ) |

Pursuant to the December 22, 2006 stipulated motion of the parties to extend the deadline for the jointly-prepared final pretrial order from December 29, 2006 to January 12, 2007, and good cause appearing therefrom; NOW, THERFORE,

IT IS ORDERED that the deadline for jointly prepared proposed pretrial order is extended to 3:30 p.m., January 12, 2007.

DATED this 27TH day of December, 2006.

_____
ALEX R. MUNSON
Judge