**GEORGE L. HASSELBACK, ESQ. (F0325-NMI)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa Black*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,**             ) | CIVIL ACTION NO.  05-0038 |
|                             ) | |
|      **Plaintiff,**         ) | |
|                             ) | |
|      vs.                    ) | |
|                             ) | **STIPULATION TO REMOVE CASE** |
| **JIM BREWER, individually and in his**  ) | **FROM TRIAL CALENDAR** |
| **official capacity as Acting Principal for** ) | **PENDING DISPOSITION OF** |
| **Hopwood Junior High School,**  ) | **MOTIONS** |
| **COMMONWEALTH OF THE**  ) | |
| **NORTHERN MARIANA ISLANDS** ) | |
| **PUBLIC SCHOOL SYSTEM, and JOHN**  ) | |
| **AND/OR JANE DOE,**        ) | |
|                             ) | |
|      **Defendants.**        ) | |

The parties, by mutual stipulation, hereby request that this Court vacate the February 20, 2007 trial date in this matter and remove this matter from the Court's trial calendar pending the disposition of several motions to be filed.

Considering the disposition of the Defendants' Motions for Summary Judgment (this Court's Order having issued on January 5, 2007), both the Plaintiff and the Defendants will be filing motions that may, or may not, affect the viability of the current trial date.  These motions,

according to Local Rules, would not be heard until the very eve of trial. To prevent the potential waste of counsels' time in preparing for a trial that may or may not happen in February, the Parties feel it is more prudent to remove this case from this Court's trial calendar until these motions are heard and decided.

SO STIPULATED.

Dated: January 8, 2007         O'CONNOR BERMAN DOTTS & BANES
                               Attorneys for Plaintiff Lisa Black


                               By: /s/_____
                                   GEORGE L. HASSELBACK (F0325)


Dated: January 8, 2007         Office of the Attorney General, CNMI
                               Attorneys for Defendant Jim Brewer


                               By: /s/_____
                                   GREGORY BAKA (F0199)


Dated: January 8, 2007         CNMI Public School System, Legal Dept.
                               Attorneys for Defendant PSS


                               By: /s/_____
                                   KAREN KLAVER (F0241)

K:\3200\3221-01 Lisa Black\PL\draft\Stipulation-TrialOffCal-010807-glh.doc

2