# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | [PROPOSED] ORDER |
| JIM BREWER, individually and in his ) | |
| official capacity as Acting Principal for ) | |
| Hopwood Junior High School, ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS ) | |
| PUBLIC SCHOOL SYSTEM, and JOHN ) | |
| AND/OR JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Upon stipulation, the Court hereby vacates this matter's scheduled trial date of February 20, 2007 and removes this case from the Court's trial calendar until certain motions by the Parties are heard.

**SO ORDERED**.

Dated this _____ day of January, 2006.

_____
Judge Alex R. Munson

K:\3200\3221-01 Lisa Black\PL\draft\Order TrialOffCal-010806-glh.doc