F I L E D
Clerk
District Court

JAN - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

LISA BLACK,

       Plaintiff,

       vs.

JIM BREWER, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS Acting
Principal for Hopwood Junior High School,
COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS PUBLIC SCHOOL
SYSTEM and JOHN AND/OR JANE
DOE,

       Defendants.

Civil Action No. 05-0038

Order Setting Status/Settlement
Conference

George L. Hasselback
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

Gregory Baka
Assistant CNMI AG
Capitol Hill
Saipan, MP 96950

Heather L. Kennedy
CNMI Public School Sys.
P.O. Box 1370
Saipan, MP 96950

    IT IS ORDERED that a Status/Settlement Conference in the above case is

scheduled for Tuesday, January 16, 2007, at 9:00 a.m.

    DATED this 8th day of January, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)