F I L E D
Clerk
District Court

JAN - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LISA BLACK, | ) | Civil Action No. 05-0038 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER DENYING |
| | ) | STIPULATED REQUEST |
| JIM BREWER, et al., | ) | TO CONTINUE TRIAL |
| | ) | DATE |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

THE COURT has received this date a stipulation by the parties to remove this matter from the trial calendar indefinitely, pending disposition of motions which have not yet been filed. For the following reasons, the request is denied.

The case management scheduling order in this matter was issued February 8, 2006, and was already amended once, upon motion of the parties, to extend the date for hearing dispositive motions by one week, from December 7, 2006, to December

AO 72
(Rev. 08/82)

14, 2006.

During the course of this litigation, the court has granted at least six motions by the parties to extend certain deadlines.

Of greater importance here is the fact that the parties stipulated and represented to the court that plaintiff is now living in Morocco and could not attend the trial unless it was set for February 20, 2007. Based upon those May 2, 2006, representations (which were made by "all Parties,") the court changed its court calendar and moved the original trial date to accommodate the litigants.

Also, the court has gone to great effort to obtain the services of a district court judge from the mainland to travel to Saipan to hear this case, based upon the representation of the parties that settlement was highly unlikely and that this matter would definitely go to trial.

For these reasons, the stipulated request to remove this matter from the trial calendar is denied and the court will not entertain further dispositive motions because the cut-off date for such motions has passed.

IT IS SO ORDERED.

DATED this 8th day of January, 2007.

_____
ALEX R. MUNSON
Judge