1  **GEORGE L. HASSELBACK, ESQ.**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**

5

6  **Attorneys for Plaintiff Lisa Black**

7
              **IN THE UNITED STATES DISTRICT COURT**
8              **FOR THE NORTHERN MARIANA ISLANDS**

9

10 **LISA BLACK,**                    )    **CIVIL ACTION NO. 05-0038**
                                      )
11         **Plaintiff,**             )
                                      )
12       **vs.**                      )
                                      )    **MOTION TO AMEND COMPLAINT**
13 **JIM BREWER, individually and in his** )
   **official capacity as Acting Principal for** )  **Date:**
14 **Hopwood Junior High School,**    )    **Time:**
   **COMMONWEALTH OF THE NORTHERN** )   **Judge:**
15 **MARIANA ISLANDS PUBLIC SCHOOL** )
   **SYSTEM, and JOHN AND/OR JANE DOE,** )
16                                    )
17         **Defendants.**            )

18

19                              **MOTION**

20      Plaintiff, through counsel, hereby moves the Court for an order allowing said Plaintiff to

21 amend the Complaint. The amendment seeks to clarify an ambiguity in Plaintiff's Complaint

22 that is in direct conflict with the information gathered during the course of discovery. This

23 motion to amend Plaintiff's Complaint is made pursuant to Rule 15(a) of the Federal Rules of

24 Civil Procedure, and is based on the Memorandum, the attached Proposed First Amended

25 Complaint, and records on file herein together with any and all arguments to be adduced at the

26

27 hearing.

28

Alternatively, Plaintiff moves this Court to reconsider its Order granting Partial Summary Judgment as to Plaintiff's first two causes of action. This Court's sole basis for granting Defendant's Motion as to these causes of action was the language of Plaintiff's Complaint. In essence, this Court granted judgment on the pleadings and did not consider any of the depositions, answers to interrogatories, admissions on file or affidavits conducted and gathered over the course of discovery as required under Rule 56(c) of the Federal Rules of Civil Procedure. Since this was, in effect, a judgment on the pleadings, Plaintiff should be given the opportunity to amend her Complaint (*see* above) or this Court should reconsider the Motion for Summary Judgment and consider all information gathered during discovery.

WHEREFORE, Plaintiff requests that this Court grant Plaintiff leave to file an Amended Complaint against Defendants, or in the alternative, reconsider its Order granting Partial Summary Judgment.

Respectfully submitted January 10, 2007:

                                                O'CONNOR BERMAN DOTTS & BANES
                                                Attorneys for Plaintiff Lisa Black

                                                By: /s/_____
                                                        GEORGE L. HASSELBACK