**GEORGE L. HASSELBACK, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiff Lisa Black**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| | NOTICE OF MOTION TO AMEND COMPLAINT |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | Date: Time: Judge: |
| Defendants. | |

Please take NOTICE that Plaintiff, Lisa Black, by and through counsel, will and hereby does move this honorable Court for leave to amend Plaintiff's Complaint. In the alternative, Plaintiff moves this honorable Court for reconsideration of its Order granting Partial Summary Judgment against Plaintiff so that all pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits may be given full consideration in reaching a decision regarding summary judgment.

1  Respectfully submitted January 10, 2007:

                                    O'CONNOR BERMAN DOTTS & BANES
                                    Attorneys for Plaintiff Lisa Black


                                    By: /s/_____
                                          GEORGE L. HASSELBACK