Filed: **January 13, 2007**
10:50 a.m.

*[signature]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK, | Civil Action No. 05-0038 |
| Plaintiff | |
| v. | ORDER DENYING MOTION TO DISMISS SUPPLEMENTAL CLAIMS |
| JIM BREWER, et al., | |
| Defendants | |

THE COURT has before it defendant Public School System's motion to dismiss the remaining supplemental claims because summary judgment has been entered against plaintiff on her federal claims.

Due to the imminence of the trial date, and to conserve the resources of the court and the parties, the court will decide the motion without the necessity of a filing by plaintiff or a hearing.

AO 72
(Rev. 08/82)

As an initial matter, this motion was not preceded by a motion to shorten time, as provided by the local rules. Were the court to hear this motion on its regular motion calendar, it would not come before the court until February 15, 2007, five days before the trial is set to begin.

Title 28 U.S.C. § 1367 allows federal district courts to hear and decide non-federal claims in any civil action in which the court has original jurisdiction, if those claims are so related that they form part of the same case or controversy. Section (c)(3) of the statute provides that the district court *may* decline to exercise jurisdiction over the supplemental claims where, as here, it has disposed of the federal claims.

The court will not dismiss the supplemental claims and will continue to exercise its jurisdiction over them. This lawsuit was filed in November, 2005. The court has presided over all phases of the litigation and the parties have expended significant amounts of time and resources bringing it to this point. Trial is set for February 20, 2007, slightly more than a month away.

Given the significant investment that the court and the parties have in this matter, and the fact that the supplemental claims are so related to the federal claims that they form part of the same case or controversy, that the court is familiar with the law and the facts of the case, and that even defendant recognizes that judicial economy and convenience to the parties are factors to be considered by the

court, the court will continue to exercise jurisdiction over the supplemental claims. Accordingly, the motion is denied.

IT IS SO ORDERED.

DATED this 13th day of January, 2007.

_____
ALEX R. MUNSON
Judge