Filed:   January 13, 2007
         10:50 a.m.

*[signature: A.R. Munson]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| LISA BLACK, | ) | Civil Action No. 05-0038 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER TAKING PRE-TRIAL |
| | ) | CONFERENCE OFF-CALENDAR |
| JIM BREWER, et al., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

IT IS ORDERED that the pre-trial conference presently set for January 26, 2007, be and hereby is taken off-calendar, subject to being re-set by the Honorable Terry Hatter, the judge who will try this case.

DATED this 13th day of January, 2007.

*[signature]*
_____
ALEX R. MUNSON
Judge