**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| LISA S. BLACK, | ) | CIVIL ACTION NO. 05-0038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT CNMI PUBLIC |
| | ) | SCHOOL SYSTEM (PSS) |
| JIM BREWER, individually and in his | ) | EXHIBIT LIST |
| official capacity as Acting Principal for | ) | |
| Hopwood Junior High School, | ) | |
| COMMONWEALTH OF THE NORTHERN | ) | |
| MARIANA ISLANDS PUBLIC SCHOOL | ) | |
| SYSTEM, and JOHN AND/OR JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Notice of Non-renewal of contract signed by Plaintiff dated 4/14/98 |
| B | Reprimand letter to Plaintiff from Koblerville Elementary School dated 11/7/01 |
| C | Reprimand letter to Plaintiff from Koblerville Elementary School dated 3/22/02 |
| D | Plaintiff's leave request at Koblerville Elementary School dated 3/06/02 |
| E | Denial of leave request from Koblerville Elementary School dated 3/08/02 |
| F | PSS Personnel Action, Hopwood Junior High School regarding Plaintiff's employment effective date 6/5/04 through 7/30/05 |
| G | PSS Personnel Action and Contract regarding Plaintiff's employment effective dates 3/04/04 through 6/04/04 |
| H | Memo to Plaintiff from Defendant Brewer dated 09/08/04 regarding classroom |
| I | Reprimand Letter to Plaintiff from Hopwood Junior High School dated 1/11/05 |
| J | Hopwood Substitute Schedules 12/20/04 – 12/22/04 |
| K | Hopwood Teacher Bulletins 12/13/04, 12/17/04, 12/22/04 |
| L | Memo to Jim Brewer from Vice-Principal Administration and Discipline regarding substitution dated 1/11/05 |
| M | Memorandum regarding student concerns about Plaintiff dated 1/31/05 |
| N | Reprimand Letter to Plaintiff from Hopwood Junior High School dated 2/14/05 |
| O | Letter of Concern to Plaintiff from Hopwood Junior High School dated 2/14/05 |
| P | Letter to Defendant Brewer from Teacher Christine Halloran regarding student complaint about Plaintiff dated 2/14/05 |
| Q | Letter of Concern to Plaintiff from Hopwood Junior High School dated 4/18/05 |
| R | Plaintiff's Performance Appraisal dated 4/05 |
| S | Notice of Non-renewal of Plaintiff's contract dated 4/22/06 |

1

| | | |
|---|---|---|
| 1 | T | Facsimile to Bob Schwalbach from Defendant Brewer regarding Plaintiff's grant awards dated 3/7/05 |
| 2 | U | Incident Report/Complaint regarding Plaintiff from Teacher Rory Starkey dated 2/8/05 |
| 3 | V | Letter from Teacher Katherine Barja to Defendant Brewer regarding Plaintiff dated 3/8/05 |
| 4 | W | Memo to all staff from Defendant Brewer regarding tardy students dated 3/18/05 |
| 5 | X | Memo to Plaintiff from Defendant Brewer regarding status of Grievance dated 4/21/05 |
| 6 | Y | Memo to teacher Katherine Barja from Defendant Brewer regarding holding students back dated 4/26/05 |
| 7 | Z | Memo to Plaintiff from Defendant Brewer regarding late students dated 4/26/05 |
| 8 | AA | Memo to PSS Commissioner of Education from Human Resources Officer regarding Plaintiff's grievance against Barja and Starkey dated 5/23/05 |
| 9 | BB | Memo to Commissioner from Marianas High School Principal regarding Plaintiff dated 7/26/05 |
| 10 | CC | Facsimile letter to Plaintiff from PSS Human Resources Officer regarding Plaintiff's rejection of transfer dated 7/29/05 |
| 11 | DD | Notice of Personnel Action regarding Plaintiff's separation from employment effective 7/31/05 |
| 12 | EE | Plaintiff's application forward request dated 7/06/05 |
| 13 | FF | Plaintiff's Employment Application dated 12/19/03 |
| 14 | GG | Plaintiff's Certification Application dated March 2004 |
| 15 | HH | E-mails between Defendant Brewer and Austin Briggs regarding Plaintiff dated 09/12/05 and 9/15/05 |
| 16 | II | E-mails between Defendant Brewer and Brad Latzke regarding Plaintiff dated 09/13/05 and 9/15/05 |
| 17 | JJ | Board of Education decision regarding Plaintiff's grievance dated 11/9/05 |
| 18 | KK | Classroom Teacher Eligibility List dated 2/2/06 |
| | LL | Classroom Teacher Eligibility List dated 3/2/06 |
| 19 | MM | Classroom Teacher Eligibility List dated 4/24/06 |
| | NN | Head Start Component Coordinator Eligibility List and Selection dated 6/20/06 |
| 20 | OO | PSS Regulations for Certified Personnel 1997 |
| 21 | PP | Board of Education Regulation 6450 regarding Grading System |
| | QQ | Amendments to PSS Regulations for Certified Personnel 1997 regarding Hiring, Leave and Teacher Certification |
| 22 | RR | Plaintiff's Response to Defendant PSS' First Set of Interrogatories |
| 23 | SS | Payment Summary and checks – Northern Marianas Academy |
| | TT | American Education Institute check |
| 24 | UU | American Educational Academy Payment Summary |
| | VV | E-mail regarding work with Alexis Fallon |
| 25 | WW | USANA Associate Earnings Statement |
| 26 | XX | Casablanca American School Statement of Earnings and checks |
| | YY | Casablanca American School Contract of Employment |

C:\Documents and Settings\kennedyh\Desktop\PSS EXHIBIT LIST.final.doc

Case 1:05-cv-00038   Document 95   Filed 01/23/2007   Page 3 of 3

Respectfully submitted by:

_____/s/_____
Heather L. Kennedy   F0246
Karen M. Klaver      F0241
Attorneys for the Public School System

3

C:\Documents and Settings\kennedyh\Desktop\PSS EXHIBIT LIST.final.doc