Karen M. Klaver F0241
Heather L Kennedy F0246
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP 96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorneys for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA S. BLACK,** | CIVIL ACTION NO. 05-0038 |
| **Plaintiff,** | |
| vs. | |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S WITNESS LIST |
| **Defendants.** | |

1. Jim Brewer- California

2. Elizabeth Nepaial- Hopwood Junior High School, 237-3421

3. Christine Halloran- Hopwood Junior High School, 237-3421

4. Menchu Grayer- Hopwood Junior High School, 237-3421

1

5.   Joseph Connolly- Las Vegas, Nevada 89108, (702) 202-0594

6.   Katherine Barja- Hopwood Junior High School, 237-3421

7.   Aniceta Mendiola- PSS Central Office, 237-3048

8.   Evonne Cabrera- PSS Central Office, 237-3048

9.   Rita Hocog Inos, Ed. D., Northern Marianas College, 234-5498

10.  Charley Kenty- PSS Central Office, 237-3048

11.  Karen Borja- Marianas High School, 237-3206

12.  Florine Hofschneider- Tinian Junior Senior High School, 237-4165

13.  Ignacia Demapan- Koblerville Elementary School, 237-3622

14.  Frances Ulloa- Tanapag Elementary School, 237-3161

15.  Dolores Taman, Karidot, House of ManHoben, 234-6981

16.  Maria Sablan, Rota Junior High School, 237-3043

17.  Laura Brown- PSS Central Office, 237-3022

18.  Karen M. Klaver- PSS Central Office, 237-3046

Respectfully submitted by:

_____/s/_____
Heather L. Kennedy    F0246
Karen M. Klaver       F0241
Attorneys for the Public School System

2