**MICHAEL W. DOTTS, ESQ., F0150**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiff Lisa S. Black**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA S. BLACK, | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| | PLAINTIFF'S WITNESS LIST |
| JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE, | Date: February 20, 2007<br>Time: 9:00 a.m. |
| Defendants. | |

Plaintiff Lisa Black, by and through counsel, discloses pursuant to the Final Pretrial Order, that she may call the following witnesses:

<u>Hopwood Teachers</u>

    a.    Lisa S. Black

    b.    Felisa Brel

    c.    Nancy (Nariany) Sikyang

    d.    Joseph L. Ferrari

    e.    Maria Ornes

<u>Hopwood Administrators</u>

f. Jim Brewer

g. Elizabeth S. Nepaial

h. Pastor Gagaring

<u>PSS Administrators</u>

i. Charley Kenty

<u>Other Percipient Witnesses</u>

j. Dr. John B. Joyner

k. Robert Schwalbach

l. Dr. Roland Brown

m. Karen Borja

n. Wilma Liza R. Hofschneider-David

o. Dr. Janet Mc Cullough

p. Tony Stearns, M.D.

<u>Expert Witnesses</u>

q. Dr. Edward F. Dragan

r. Dr. Larry B. Hocog

s. Roger Slater, CPA

1 | Dated:  January 23, 2007

Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa S. Black

By:_____/s/_____
   Michael W. Dotts (F0150)

K:\3200\3221-01 Lisa Black\PL\draft\3221-01-Plaintiff'sWITNESSlist-070123.doc