Ms. Heather L. Kennedy F0246
Ms. Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950
Telephone: (670) 237-3046
Fax:(670) 664-3713
Attorneys for Defendant CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA S. BLACK,** | **CIVIL ACTION NO.  05-0038** |
| **Plaintiff,** | |
| vs. | **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM (PSS) MOTION FOR TAKING OF TESTIMONY BY CONTEMPORANEOUS TRANSMISSION UNDER Fed.R.Civ.P. 43(a)** |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | |
| **Defendants.** | |

Defendant, CNMI Public School System, respectfully makes this motion under Fed. R. Civ. P. 43(a) to permit the presentation of testimony by witness Joseph Connolly by contemporaneous  transmission from a different location.

Mr. Connolly is currently teaching at Hyde Park Academy for Science and Mathematics in the Clark County Public School System in Las Vegas, Nevada. Mr. Connolly is a dedicated

1

teacher. Currently, Mr. Connolly teaches English and Chinese language and Culture to over 150 students daily. The case is expected to last about two weeks; the scheduled dates of the trial including travel time from Las Vegas, Nevada to Saipan, CNMI will coincide with Mr. Connolly's teaching duties.

Mr. Connolly's supervisor, principal Dr. James Kuzma, has also suggested Mr. Connolly testify by teleconference. Mr. Connolly's absence from his teaching duties for time required to be in Saipan for the trial will cost his current school system thousands of dollars.

In addition, flying out a witness will cost the CNMI Public School System thousands of dollars in air fare, lodging and per diem.

For the above reasons, the CNMI Public School System respectfully requests that Mr. Joseph B. Connolly be allowed to testify via teleconference or other means that the court finds appropriate. PSS will work with the court and Mr. Connolly to ensure there are appropriate safeguards for the contemporaneous transmission.

Respectfully submitted by:


_____/s/_____
Heather L. Kennedy    F0246
Karen M. Klaver       F0241
Attorneys for the Public School System

2

# **AFFIDAVIT OF JOSEPH B. CONNOLLY**

I, Joseph B. Connolly, declare under penalty of perjury that the following information and attachments hereto are true and accurate:

1. I am more than 18 years of age and a resident of Las Vegas, Nevada.
2. I am currently employed as a teacher at Hyde Park Academy, a magnet Middle School for Science and Mathematics.
3. I am making this request to testify via teleconference to not interrupt my teaching activities.
4. The principal of my school, Dr. James Kuzma, has also requested that my testimony be taken by teleconference.
5. I have over one hundred and fifty students.
6. I also teach an "Explorations" class on Chinese language and culture every day.
7. I am the ticket taker for the boys' and girls' basket ball games.
8. I plan on taking Teaching English as Second language graduate classes which run on consecutive Saturdays that would be held on the time I am required to be in Saipan for the trial.
9. If I have to attend the trial in Saipan, my employer will have to incur the expense of hiring substitutes for my classes.
10. My principal has informed me that my leave would cost the school thousands of dollars.

11. I have contacted a local Kinko's store in Las, Vegas Nevada that should be able to accommodate teleconferencing.

12. The telephone number of the Kinko's store is 702-870-7011.

Signed this _____ day of _____, 2007

_____
Joseph B. Connolly