## AFFIDAVIT OF JOSEPH B. CONNOLLY

I, Joseph B. Connolly, declare under penalty of perjury that the following information and attachments hereto are true and accurate:

1. I am more than 18 years of age and a resident of Las Vegas, Nevada.
2. I am currently employed as a teacher at Hyde Park Academy, a magnet Middle School for Science and Mathematics.
3. I am making this request to testify via teleconference to not interrupt my teaching activities.
4. The principal of my school, Dr. James Kuzma, has also suggested that my testimony be taken by teleconference.
5. I have over one hundred and fifty students.
6. I also teach an "Explorations" class on Chinese language and culture every day.
7. I am the ticket taker for the boys' and girls' basket ball games.
8. I plan on taking Teaching English as Second language graduate classes which run on consecutive Saturdays that would be held on the time I am required to be in Saipan for the trial.
9. If I have to attend the trial in Saipan, my employer will have to incur the expense of hiring substitutes for my classes.
10. My principal has informed me that my leave would cost the school thousands of dollars.

11. I have contacted a local Kinko's store in Las, Vegas Nevada that should be able to accommodate teleconferencing.

12. The telephone number of the Kinko's store is 702-870-7011.

Signed this 31st day of January 2007

"s" Joseph B. Connolly
Joseph B. Connolly

4