F I L E D
                                                                      Clerk
                                                                  District Court

IN THE UNITED STATES DISTRICT COURT                            FEB - 2 2007
FOR THE
NORTHERN MARIANA ISLANDS                                  For The Northern Mariana Islands
                                                          By_____
                                                                  (Deputy Clerk)

LISA S. BLACK,                          )
                                        )
            Plaintiffs,                 )   CIVIL CASE NO. 05-0038
                                        )
    -v-                                 )
                                        )   O R D E R
JIM BREWER, individually and in his     )
official capacity as Acting Principal for )
Hopwood Junior High School,             )
COMMONWEALTH OF THE NORTHERN            )
MARIANA ISLANDS PUBLIC SCHOOL           )
SYSTEM, and JOHN AND/OR JANE DOE,)
                                        )
            Defendant(s)                )

WHEREAS, it is necessary to provide a panel of jurors to try this case, and

WHEREAS, there are 45 prospective jurors available in Petit Jury Pool 101060801.

NOW THEREFORE, IT IS ORDERED that this case will be tried by a panel of 35 jurors to be selected from Petit Jury Pool 101060801.

IT IS FURTHER ORDERED that on Friday, February 2, 2007 at 10:00 a.m., the Clerk of Court or his authorized deputy clerks shall randomly select by electronic method 35 prospective jurors from Petit Jury Pool 101060801. Ensuing the selection, the Clerk of Court or his authorized deputy clerks shall issue summons to these 35 jurors for their appearance on Tuesday, February 20, 2007 at 8:00 a.m. for the trial of this case.

Dated this ___ day of February, 2007.

                                        _____
                                        TERRY J. HATTER, JR. Designated Judge