1

2

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

4

5

| | |
|---|---|
| **LISA S. BLACK,** ) | **CIVIL ACTION NO.  05-0038** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **REQUEST FOR PERMISSION TO** |
| **JIM BREWER, individually and in his** ) | **CONDUCT TESTIMONY VIA** |
| **official capacity as Acting Principal for** ) | **CONTEMPORANEOUS** |
| **Hopwood Junior High School,** ) | **TRANSMISSION** |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS PUBLIC SCHOOL** ) | |
| **SYSTEM, and JOHN AND/OR JANE DOE,** ) | |
| ) | |
| **Defendants.** ) | |

6

7

8

9

10

11

12

13

14

15

Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 43(a) and

16

for good cause shown, hereby requests this Court's permission to present the testimony of two

17

of its witnesses by contemporaneous transmission from a remote location.

18

19

Plaintiff intends to present the expert testimony of Dr. Edward F. Dragan ("Dr.

20

Dragan").   Dr. Dragan lives and works in New Jersey.   *See* Declaration of George L.

21

Hasselback, Esq. ("Hasselback Decl.") at paragraph 2.  Counsel for Plaintiff has communicated

22

with Dr. Dragan and determined that his remote testimony via teleconference will save the

23

Plaintiff approximately ten thousand dollars ($10,000.00) in costs.  *Id.*  Furthermore, it is in the

24

best interests of Defendants to minimize the costs of Plaintiff as they could be taxed this costs

25

under Federal Rule of Civil Procedure 54(d) if Plaintiff is deemed a "prevailing party" after

26

27

trial.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Additionally, Plaintiff's witness Robert Schwalbach ("Mr. Schwalbach") currently resides in Washington, D.C. and is pursuing an advanced degree. Hasselback Decl. at paragraph 3. Mr. Schwalbach has informed Plaintiff's counsel that his study and classroom schedule will not allow him to travel to Saipan to testify at trial. *Id*. Furthermore, as in the case of Dr. Dragan, Mr. Schwalbach's appearance by remote transmission will save the Plaintiff (and potentially the Defendants) several thousands of dollars as it will no longer be necessary to purchase Mr. Schwalbach an airplane ticket.

Considering that the CNMI's remote location and the difficulty and expense involved in the appearance of witnesses for trial, this Court should encourage the use of teleconferencing equipment to reduce the amount of costs to parties. This Court has already invested significant resources in equipping its courtroom with video-conferencing equipment and training its staff to effectuate simultaneous transmission of testimony from numerous remote locations. Since the appearance of these witnesses via video-conference will be contemporaneous with their questioning by counsel for parties, for all intents and purposes they will be able to "appear" at trial. This approach, however, will allow the savings of thousands of dollars and will minimize the disruption that these witnesses must face.

For the aforementioned reasons, Plaintiff respectfully requests that this Court allow the appearance of Dr. Dragan and Mr. Schwalbach via remote video and audio transmission, the particulars of which will be arranged by Plaintiff with this Court's technical support personnel.

K:\3200\3221-01 Lisa Black\PL\draft\3221-01-020607-PL-ReqRemTest-glh.doc

1

2

Respectfully submitted February 6, 2007:

3

4                                              O'CONNOR BERMAN DOTTS & BANES
                                               Attorneys for Plaintiff Lisa Black
5

6                                              By: _____/s/_____
                                               GEORGE L. HASSELBACK (F0325)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28