Heather L Kennedy F0246
Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorneys for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA S. BLACK,              ) | CIVIL ACTION NO.  05-0038 |
|                             ) | |
|         **Plaintiff,**    ) | |
|                             ) | |
|         vs.            ) | |
|                             ) | |
| JIM BREWER, individually and in his    ) | DEFENDANT CNMI PUBLIC |
| official capacity as Acting Principal for  ) | SCHOOL SYSTEM'S MOTION IN |
| Hopwood Junior High School,            ) | LIMINE TO EXCLUDE TESTIMONY |
| COMMONWEALTH OF THE NORTHERN ) | OF PLAINTIFF'S EXPERTS |
| MARIANA ISLANDS PUBLIC SCHOOL      ) | |
| SYSTEM, and JOHN AND/OR JANE DOE, ) | |
|                             ) | |
|         **Defendants.**  ) | |

**<u>DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S (PSS) MOTION TO EXCLUDE EXPERT TESTIMONY</u>**

    Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court to issue an order excluding all testimony from Plaintiff's expert witnesses, including expert reports, conclusions and references by parties, attorneys and witnesses, including all direct and indirect forms of communications, including pleadings, questions, testimony, remarks and arguments.  The expert testimony must be excluded based on Federal Rules of Evidence 402, 403, and 702 for the reasons set forth in the attached memorandum in support of this motion.

WHEREFORE, Defendant PSS requests that the court exclude all such evidence and testimony pursuant to Fed.R. Evid. 402, 403, and 702 because the information is irrelevant and if marginally relevant is prejudicial and misleading as stated in the attached supporting memorandum.

Dated this 7th day of February, 2007.

                                        Respectfully submitted by:


                                      _____/s/_____
                                      Heather L. Kennedy   F0246
                                      Attorneys for the Public School System