Heather L Kennedy F0246
Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorneys for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA S. BLACK,** ) | **CIVIL ACTION NO.  05-0038** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **JIM BREWER, individually and in his** ) | **DEFENDANT CNMI PUBLIC** |
| **official capacity as Acting Principal for** ) | **SCHOOL SYSTEM'S SECOND** |
| **Hopwood Junior High School,** ) | **MOTION IN LIMINE TO EXCLUDE** |
| **COMMONWEALTH OF THE NORTHERN** ) | **TESTIMONY REGARDING ROGER** |
| **MARIANA ISLANDS PUBLIC SCHOOL** ) | **SLATER, FRONT PAY AND** |
| **SYSTEM, and JOHN AND/OR JANE DOE,** ) | **PUNITIVE DAMAGES** |
| ) | |
| **Defendants.** ) | |

**MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING ROGER SLATER, FRONT PAY AND PUNITIVE DAMAGES**

Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court to issue an order excluding all references by parties, attorneys and witnesses, including all direct and indirect forms of communications, including pleadings, questions, testimony, remarks and arguments, regarding the following:

1

The CNMI Public School System (PSS), makes this motion in limine to

1. Exclude the testimony and report of Roger Slater, the economic expert offered by Plaintiff;
2. Exclude any testimony regarding front pay;
3. Limit any damages to the cap of $100,000 as required by CNMI law; and
4. Exclude consideration of punitive damages as required by CNMI law.

WHEREFORE, Defendant PSS requests that the court exclude all such evidence and testimony pursuant to Fed. R. Evid. 402, 403, 404(b) and 702. The information is irrelevant and if considered marginally relevant, it is prejudicial and misleading as stated in the attached supporting memorandum.

Submitted this 7th day of February, 2007.

_____/s/_____
Heather L. Kennedy   F0246
Karen M. Klaver   F0241
Attorneys for the Public School System

2