Karen M. Klaver F0241
Heather L Kennedy F0246
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP 96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorneys for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA S. BLACK,** | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| vs. | |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S THIRD MOTION IN LIMINE TO EXCLUDE REFERENCES REGARDING ALLEGED DISCRIMINATORY ACTS AND/OR COMMENTS AND ANY COMPLAINTS AGAINST DEFENDANT BREWER |
| Defendants. | |

### MOTION IN LIMINE TO EXCLUDE ALL REFERENCES REGARDING ALLEGED DISCRIMINATORY ACTS AND/OR COMMENTS AND ANY COMPLAINTS AGAINST DEFENDANT BREWER

Comes now the CNMI Public School System (PSS), through Counsels, and moves this Court to issue an order excluding all references by parties, attorneys and witnesses, including all direct and indirect forms of communications, including pleadings, questions, testimony, remarks and arguments, regarding the following:

1. any comments by Defendants regarding race, ethnicity, or national origin;

1

    2.       any complaints and/or grievances, other than Plaintiff's grievance, against Defendant Brewer, including any Equal Employment Opportunity Commission (EEOC) charges; and

    3.       allegations of discrimination of any kind by Defendants.

WHEREFORE, Defendant PSS requests that the court exclude all such evidence and testimony pursuant to Fed.R. Evid. 402, 403, and 404(b) because the information is irrelevant and if marginally relevant is prejudicial and misleading and is impermissible character evidence as stated in the attached supporting memorandum.

Submitted this 7th day of February, 2007.

_____/s/_____
Heather L. Kennedy F0246
Karen M. Klaver  F0241
Attorneys for the Public School System

2