Heather L Kennedy F0246
Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950

Telephone: (670) 237-3046
Fax:(670) 664-3713


Attorneys for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| LISA S. BLACK, ) | CIVIL ACTION NO.  05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JIM BREWER, individually and in his ) | DEFENDANT CNMI PUBLIC |
| official capacity as Acting Principal for ) | SCHOOL SYSTEM'S FOURTH |
| Hopwood Junior High School, ) | MOTION IN LIMINE TO EXCLUDE |
| COMMONWEALTH OF THE NORTHERN ) | TESTIMONY REGARDING THE |
| MARIANA ISLANDS PUBLIC SCHOOL ) | LETTER OF CONCERN, FREE |
| SYSTEM, and JOHN AND/OR JANE DOE, ) | SPEECH AND WRONGFUL |
| ) | DISCHARGE |
| Defendants. ) | |

### MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING THE LETTER OF CONCERN, ALL REFERENCES TO FREE SPEECH AND WRONGFUL DISCHARGE

Comes now the CNMI Public School System (PSS), through Counsels, and moves this Court to issue an order excluding all references by parties, attorneys and witnesses, including all direct and indirect forms of communications, including pleadings, questions, testimony, remarks and arguments, regarding the following:

1.     Any testimony concerning the October 2004, Letter of Concern;

2.     Any testimony regarding free speech rights;

1

3. Any testimony that Plaintiff was wrongfully discharged or terminated.

WHEREFORE, Defendant PSS requests that the court exclude all such evidence and testimony pursuant to Fed. R. Evid. 402, 403, 404(b). The information is irrelevant and if considered marginally relevant, it is prejudicial and misleading as stated in the attached supporting memorandum.

Submitted this 7th day of February, 2007.

_____/s/_____
Heather L. Kennedy    F0246
Karen M. Klaver       F0241
Attorneys for the Public School System

2