Heather L Kennedy F0246
Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP  96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorney for: CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **LISA S. BLACK,** | ) | **CIVIL ACTION NO.  05-0038** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) ) ) ) ) ) | **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM'S FIFTH MOTION IN LIMINE TO EXCLUDE CERTAIN WITNESS TESTIMONY** |
| | ) | |
| **Defendants.** | ) | |

### MOTION IN LIMINE TO EXCLUDE CERTAIN WITNESS TESTIMONY

Comes now the CNMI Public School System (PSS), through Counsel, and moves this Court to issue an order excluding all testimony from the following witness based on the reasons set forth in the attached memorandum in support of this motion:

Dr. Janet McCullough

Anthony Sterns, M.D.

1

1  Nariany Sikyang

2  Roland Brown

3  Dr. John B. Joyner

4

5  WHEREFORE, Defendant PSS requests that the court exclude the aforementioned witnesses from testifying in this matter for the reasons set forth in the attached memorandum in support.

Submitted this 7th day of February 2006.

_____/s/_____
Heather L. Kennedy   F0246
Karen M. Klaver      F0241
Attorneys for the Public School System

2