1  **GEORGE L. HASSELBACK, ESQ. – (F0325-NMI)**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**
5
   *Attorneys for Plaintiff Lisa S. Black*
6
                    **IN THE UNITED STATES DISTRICT COURT**
7                                  **FOR THE**
                **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
8

9  | **LISA S. BLACK,** | ) | **CIVIL ACTION NO. 05-0038** |
   |---|---|---|
   | | ) | |
10 | **Plaintiff,** | ) | |
   | | ) | |
11 | vs. | ) | |
   | | ) | |
12 | | ) | **NOTICE OF MOTION IN LIMINE** |
   | **JIM BREWER, individually and in his** | ) | **TO PRECLUDE INTRODUCTION** |
13 | **official capacity as Acting Principal for** | ) | **OF IRRELEVANT, PREJUDICIAL** |
   | **Hopwood Junior High School,** | ) | **CHARACTER EVIDENCE** |
14 | **COMMONWEALTH OF THE NORTHERN** | ) | |
   | **MARIANA ISLANDS PUBLIC SCHOOL** | ) | |
15 | **SYSTEM, and JOHN AND/OR JANE DOE,** | ) | **Trial Date :  February 20, 2007** |
16 | | ) | |
   | **Defendants.** | ) | |
17

18
       Please take NOTICE that on _____ or as soon as thereafter as Plaintiff may be
19
   heard, Plaintiff, Lisa Black, by and through counsel, will move and hereby does move this
20
   honorable Court, *in limine*, to preclude the introduction of irrelevant and prejudicial character
21
   evidence involving Plaintiff's previous positions within the CNMI's Public School System
22
   ("PSS").  Plaintiff so moves because the causes of action that are to be tried before the jury
23
   only concern a very narrow series of events and the evidence that Defendants seek to introduce
24
   is not only irrelevant, but, as offered, will constitute impermissible character evidence.
25

26

27

28

K:\3200\3221-01 Lisa Black\PL\draft\Motions In Limine\NoticeMotLimPriorJob-020707-glh.doc

| | | |
|---|---|---|
| 1 | Dated : February 7, 2007 | Respectfully submitted, |
| 2 | | O'CONNOR BERMAN DOTTS & BANES |
| 3 | | Attorneys for Plaintiff Lisa Black |
| 5 | | By: _____/s/_____ |
| 6 | | GEORGE L. HASSELBACK (F0325) |

K:\3200\3221-01 Lisa Black\PL\draft\Motions In Limine\NoticeMotLimPriorJob-020707-glh.doc