1  **GEORGE L. HASSELBACK, ESQ. – (F0325-NMI)**
   **O'Connor Berman Dotts & Banes**
2  **Second Floor, Nauru Building**
   **P.O. Box 501969**
3  **Saipan, MP 96950**
   **Telephone No. (670) 234-5684**
4  **Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Lisa S. Black*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA S. BLACK,** ) | **CIVIL ACTION NO. 05-0038** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION IN LIMINE** |
| **JIM BREWER, individually and in his** ) | **TO PRECLUDE TESTIMONY OF** |
| **official capacity as Acting Principal for** ) | **KAREN KLAVER** |
| **Hopwood Junior High School,** ) | |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS PUBLIC SCHOOL** ) | **Trial Date: February 20, 2007** |
| **SYSTEM, and JOHN AND/OR JANE DOE,** ) | |
| ) | |
| **Defendants.** ) | |

Please take NOTICE that on _____ or as soon as thereafter as Plaintiff may be heard, Plaintiff, Lisa Black, by and through counsel, will move and hereby does move this honorable Court, *in limine*, to preclude the testimony of Karen Klaver. Plaintiff so moves because Ms. Klaver is an attorney for Defendant PSS who has appeared in this case making her testimony ethically improper and risking unduly prejudicial jury confusion.

1     Dated : February 7, 2007     Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorneys for Plaintiff Lisa Black

By: _____/s/_____
GEORGE L. HASSELBACK (F0325)

K:\3200\3221-01 Lisa Black\PL\draft\Motions In Limine\NoticeMotLimKlaver-012207-glh.doc