MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY  BAKA  # F0199
Deputy Attorney General
LINDA L. WAUGH # T0046
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:          (670) 664-2349
E-mail:       gbaka79@yahoo.com

Attorneys for Defendants Jim Brewer and the CNMI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>                    Plaintiff,<br><br>            vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal of HJHS Junior High School, CNMI Public School System and JOHN AND/OR JANE DOE<br><br>                    Defendants. | CIVIL ACTION NO. 05-0038<br><br>**NOTICE OF ATTORNEY GENERAL'S CERTIFICATION FOR PURPOSES OF DISMISSAL OF DEFENDANT BREWER AND SUBSTITUTION OF THE CNMI AS A DEFENDANT**<br><br>**PURSUANT TO 7 CMC § 2210(a)**<br><br>Hearing:    Waived<br>Judge:      Hon. Terry Hatter |

   The Attorney General of the Commonwealth of the Northern Mariana Islands hereby serves notice of his certification that defendant Jim Brewer was acting within the scope of his office or employment at the time of the incident out of which plaintiff's claim(s) arose.

Pursuant to Public Law 15-22, codified at 7 CMC § 2210(a), the Commonwealth "shall be substituted as a party defendant" with respect to all claims against defendant and "an Order dismissing the employee from the suit shall be entered.

This notice is supported by the Certification of the Attorney General Pursuant to 7 CMC § 2210(a), filed contemporaneously herewith.

A proposed Order is attached.

Respectfully submitted this 12th day of February, 2007.

OFFICE OF THE ATTORNEY GENERAL

/s/
GREGORY BAKA #F0199
Deputy Attorney General

Attorneys for Defendants Jim Brewer and the CNMI