MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
LINDA L. WAUGH # T0046
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:              (670) 664-2349
E-mail:          gbaka79@yahoo.com

Attorneys for Defendants Jim Brewer and the CNMI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal of HJHS Junior High School, CNMI Public School System and JOHN AND/OR JANE DOE<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 05-0038<br><br>**CERTIFICATION BY THE CNMI ATTORNEY GENERAL REGARDING SCOPE OF OFFICE OR EMPLOYMENT PURSUANT TO 7 CMC § 2210(a)**<br><br>Hearing:    Waived<br>Judge:       Hon. Terry Hatter |

　　　I, Matthew T. Gregory, Attorney General of the Commonwealth of the Northern Mariana Islands, acting pursuant to the provisions of 7 CMC § 2210(a), certify that I have investigated the circumstances of the incident upon which the plaintiff's complaint is based. On the basis of the information now available with respect to the allegations of the complaint, I certify that defendant Jim Brewer was acting

within the scope of his office or employment as an employee of the CNMI at the time of the incident out of which plaintiff's claim arose.

Respectfully submitted this 12th day of February, 2007.

OFFICE OF THE ATTORNEY GENERAL

/s/
MATTHEW T. GREGORY #F0205
Attorney General