MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
LINDA L. WAUGH  # T0046
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:    (670) 664-2341
Fax:              (670) 664-2349
E-mail:         gbaka79@yahoo.com

Attorneys for Defendants Jim Brewer and the CNMI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK, ) | CIVIL ACTION NO. 05-0038 |
| ) | |
| Plaintiff, ) | [PROPOSED] |
| vs. ) | **ORDER DISMISSING JIM BREWER** |
| ) | **AND SUBSTITUTING** |
| JIM BREWER, individually and in his ) | **THE CNMI AS A DEFENDANT** |
| official capacity as Acting Principal of ) | |
| HJHS Junior High School, ) | **PURSUANT TO 7 CMC § 2210(a)** |
| CNMI Public School System and ) | |
| JOHN AND/OR JANE DOE ) | Hearing:     Waived |
| Defendants. ) | Judge:        Hon. Terry Hatter |
| ) | |

THIS MATTER came before the court on _____, 2007, pursuant to the Notice of the Attorney General's Certification for Purposes of Dismissal of Defendant Jim Brewer and Substitution of the CNMI as a Defendant Pursuant to 7 CMC § 2210(a).  Pursuant to 7 CMC § 2210(a), Jim Brewer is hereby dismissed as a party defendant and the Commonwealth of the Northern Mariana Islands is substituted as a party defendant.  IT IS SO ORDERED.

DATED this _____ day of February, 2007.

_____
Judge