FILED
Clerk
District Court

FEB 13 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>JIM BREWER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM and JOHN AND/OR JANE DOE,<br><br>Defendants. | Civil Action No. 05-0038<br><br><u>Order Setting Pretrial<br>Conference</u> |

| | | |
|---|---|---|
| George L. Hasselback<br>Attorney at Law<br>P.O. Box 501969<br>Saipan, MP 96950 | Gregory Baka<br>CNMI Deputy AG<br>Caller Box 10007, Capital Hill<br>Saipan, MP 96950 | Heather L. Kennedy<br>CNMI PSS<br>P.O. Box 1370<br>Saipan, MP 96950 |

IT IS ORDERED that a Pretrial Conference in the above case is scheduled for Tuesday, February 20, 2007, at 8:00 a.m.

DATED this 13th day of February, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)