```
                                          FILED
                                           Clerk
                                       District Court

                                        FEB 13 2007

                                  For The Northern Mariana Islands
                                  By_____
                                         (Deputy Clerk)
```

# United States District Court
# Northern Mariana Islands

| | |
|---|---|
| LISA S. BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>JIM BREWER, individually and in his offical capacity as acting Principal of Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JOHN DOE,<br><br>    Defendants. | Civil Action No. 05-38<br><br><br>Order |

The Court has considered the motion of the Commonwealth of the Northern Mariana Islands ("CNMI") seeking the substitution of CNMI as a defendant in place of Defendant Jim Brewer in his official capacity, together with the moving papers.

It is Ordered that:

1. Pursuant to 7 CMC § 2210(a), CNMI be, and hereby is, substituted as a

defendant in place of Jim Brewer in his official capacity; and

2. Jim Brewer remains a defendant in his individual capacity.

Date: February 12, 2007

*/s/ Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
Senior United States District Judge