Karen M. Klaver F0241
Heather L Kennedy F0246
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950

Telephone: (670) 237-3046
Fax:(670) 664-3713

Attorney for: CNMI Public School System

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK, ) | CIVIL ACTION NO.  05-0038 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JIM BREWER, individually and in his ) | DEFENDANT CNMI PUBLIC |
| official capacity as Acting Principal for ) | SCHOOL SYSTEM'S MOTION FOR |
| Hopwood Junior High School, ) | LEAVE TO FILE AND SIXTH |
| COMMONWEALTH OF THE NORTHERN ) | MOTION IN LIMINE TO EXCLUDE |
| MARIANA ISLANDS PUBLIC SCHOOL ) | TESTIMONY REGARDING |
| SYSTEM, and JOHN AND/OR JANE DOE, ) | EVIDENCE WHICH IS IRRLEVANT |
| ) | AND WOULD UNNECESSARILY |
| Defendants. ) | EMBARRASS WITNESSES |

## MOTION FOR LEAVE TO FILE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY/ QUESTIONS REGARDING EVIDENCE WHICH IS IRRELEVANT AND WOULD UNNECESSARILY EMBARRASS WITNESSES

Comes now the CNMI Public School System (PSS), through Counsel, requests leave to file this motion past the deadline for motions in limine of February 7, 2007.  In support of this motion for leave to file out of time, Defendant PSS refers the court to the Declaration of Heather L. Kennedy stating the circumstances where Defendant PSS only learned of the Plaintiff's intent to offer into evidence harassing, inappropriate and irrelevant evidence yesterday.

Based on this recently acquired information of Plaintiff's intent to ruin reputations of

1

Defendant Brewer and another Hopwood Administrator, Defendant PSS requests leave to move to exclude this harassing, inappropriate and irrelevant information from evidence in this case.

WHEREFORE, Defendant PSS moves this Court to issue an order excluding all references by parties, attorneys and witnesses, including all direct and indirect forms of communications, including pleadings, questions, testimony, remarks and arguments, regarding the following:

1. Any questions or testimony of consensual relationships and sexual history involving Defendant Brewer and others.
2. Any questions or testimony regarding the circumstances of Defendant Brewer leaving prior employment because of an alleged affair with a co-worker.

Defendant PSS requests that the court exclude all such evidence and testimony pursuant to Fed. R. Evid. 402, 403, and 611. The information is irrelevant and if considered marginally relevant, it is prejudicial and misleading as stated in this motion and the supporting memorandum.

Respectfully submitted this 16th day of February, 2007.

CNMI Public School System
Attorneys for the Public School System

By: _____/s/_____
    Heather L. Kennedy    F0246
    Karen M. Klaver       F0241

2