Ms. Heather L. Kennedy
C.N.M.I. Public School System
P.O. Box 501370 CK
Saipan, MP 96950
Telephone: (670) 237-3046
Facsimile: (670) 664-3713

Attorney for: Public School System

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA S. BLACK,**                           ) | **CIVIL ACTION NO. 05-0038** |
| ) | |
| **Plaintiff,**                ) | |
| ) | |
| vs.                          ) | |
| ) | |
| **JIM BREWER, individually and in his**      ) | **Declaration of Heather L. Kennedy** |
| **official capacity as Acting Principal for** ) | |
| **Hopwood Junior High School,**              ) | |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS PUBLIC SCHOOL**         ) | |
| **SYSTEM, and JOHN AND/OR JANE DOE,**  ) | |
| ) | |
| **Defendants.**              ) | |

I, Heather L. Kennedy, declare under penalty of perjury that the following information is true and accurate:

1. I represent the Defendant CNMI Public School System (PSS) in the above captioned matter.

2. On February 15, 2006, I received a call from a member of the CNMI community that an attorney from the office of O'Connor, Berman, Dotts and Banes was inquiring about an affair between Defendant Jim Brewer and another administrator at Hopwood Junior High School.

3. The community member informed me that the attorney stated that the basis for the inquiry about the affair was because Defendant Brewer and another

administrator met behind closed doors and went to lunch together.

4. On February 15, 2007, the community member also informed me that the attorney from Michael Dott's office stated that Jim Brewer had an affair with a co-worker during previous employment in the US mainland and had to leave that employment.

Signed this 16th day of February, 2007, on the island of Saipan in the Commonwealth of the Northern Mariana Islands.

                              CNMI Public School System
                              Counsel for Defendant

                              By:    _____/s/_____
                                    Heather L. Kennedy F0246