Ms. Heather L. Kennedy F0246
Ms. Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950
Telephone: (670) 237-3046
Fax:(670) 664-3713
Attorneys for Defendant CNMI Public School System

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| LISA S. BLACK, | ) | CIVIL ACTION NO.  05-0038 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **DEFENDANT CNMI PUBLIC** |
| | ) | **SCHOOL SYSTEM (PSS) REQUEST** |
| JIM BREWER, individually and in his | ) | **FOR PERMISSION TO TAKE** |
| official capacity as Acting Principal for | ) | **TESTIMONY BY** |
| Hopwood Junior High School, | ) | **CONTEMPORANEOUS** |
| COMMONWEALTH OF THE NORTHERN | ) | **TRANSMISSION UNDER** |
| MARIANA ISLANDS PUBLIC SCHOOL | ) | **Fed.R.Civ.P. 43(a)** |
| SYSTEM, and JOHN AND/OR JANE DOE, | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendant, CNMI Public School System, respectfully makes this motion under Fed. R. Civ. P. 43(a) to permit the presentation of testimony by witness Christine Halloran by contemporaneous transmission from a different location.

Mr. Halloran is currently a teacher at Hopwood Junior High School. Unexpectedly, Ms. Halloran needs to go to the Washington D.C. area for medical treatment that she can not obtain

1

in the CNMI. She will be outside the CNMI from February 22 to March 15, 2007.  Ms. Halloran has had a difficult time to obtain flights to her destination to not conflict with the trial.

For the above reasons, the CNMI Public School System respectfully requests that Ms. Christine Halloran be allowed to testify via teleconference or other means that the court finds appropriate. PSS will work with the court and Ms. Halloran to ensure there are appropriate safeguards for the contemporaneous transmission.

Respectfully submitted by:


_____/s/_____
Heather L. Kennedy   F0246
Karen M. Klaver   F0241
Attorneys for the Public School System

2

# **AFFIDAVIT KAREN KLAVER**

I, Karen M. Klaver, declare under penalty of perjury that the following information and attachments hereto are true and accurate:

1. I am more than 18 years of age and a resident of the CNMI.
2. I am currently employed at the CNMI Public School System.
3. I am making this request for Christine Halloran to testify via teleconference.
4. Ms. Halloran told me that she needs to leave the CNMI for a medical appointment.
5. Ms. Halloran told me that she has tried to reschedule her appointment to not conflict with the dates of the trial.
6. Ms. Halloran said she was unable to get flights that did not conflict with the dates of the trial.
7. Ms. Halloran will be in Fredericksburg, Virginia and is willing to testify via teleconference.

Signed this _____17___day of ____February____, 2007


_____/S/_____
Karen M. Klaver

3