CACI VF-1600                                                                                                  Page 1
Judicial Council Of California Civil Jury Instruction VF-1600

**Intentional Infliction of Emotional Distress**
**Verdict Form**

We answer the questions submitted to us as follows:

1. Was Mr. Brewer's conduct extreme and outrageous?

\_\_\_\_\_Yes    \_\_\_\_\_No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Mr. Brewer intend to cause Ms. Black emotional distress?

\_\_\_\_\_Yes    \_\_\_\_\_No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Plaintiff suffer severe emotional distress?

\_\_\_\_\_Yes    \_\_\_\_\_No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Mr. Brewer's conduct a substantial factor in causing Ms. Black's severe emotional distress?

\_\_\_\_\_Yes    \_\_\_\_\_No

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CACI VF-1600 Page 2
Judicial Council Of California Civil Jury Instruction VF-1600

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Plaintiff's damages?

```
Signed: _____
        Presiding Juror


Dated: _____
```

[When signed/After all verdict forms have been signed], this verdict form must be delivered to the [clerk/bailiff/judge].

Source: Judicial Council Of California Civil Jury Instructions, Fall 2006 Edition, Emotional Distress, Verdict Form 1600 (mod.)

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.