CACI VF-1600                                                                                                                    Page 1
Judicial Council Of California Civil Jury Instruction VF-1600

**DUE PROCESS-Liberty Interest**
**Verdict Form**

We answer the questions submitted to us as follows:

1. Did Defendants make statements that brought a charge against Ms. Black that seriously damaged her standing and associations in her community and placed her reputation, honor, or integrity at stake?

　　　　　　　　　　　_____Yes  _____No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Plaintiff dispute the charge made against her as false?

　　　　　　　　　　　_____Yes  _____No

If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Defendants intentionally publicize the charge?

　　　　　　　　　　　_____Yes  _____No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Defendants make the charges in connection with the non-renewal of Plaintiff's contract?

　　　　　　　　　　　_____Yes  _____No

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

CACI VF-1600                                                                                                    Page 2
Judicial Council Of California Civil Jury Instruction VF-1600

    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5. Did Defendant PSS give Plaintiff a name clearing hearing?

            \_\_\_\_\_Yes  \_\_\_\_\_No

    6. What are Plaintiff's damages?



  Signed: _____

    Presiding Juror


  Dated: _____

    [When signed/After all verdict forms have been signed], this verdict form must be delivered to the [clerk/bailiff/judge].

Source: Judicial Council Of California Civil Jury Instructions, Fall 2006 Edition, Emotional Distress, Verdict Form 1600 (mod.).

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.