MATTHEW T. GREGORY # F0205
Attorney General
GREGORY BAKA # F0199
Deputy Attorney General
LINDA L. WAUGH # T0046
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Telephone:    (670) 664-2341
Fax:              (670) 664-2349
E-mail:gbaka79@yahoo.com

Attorney for the Public School System

**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **LISA BLACK,** | ) Civil Case No. 05-0038 |
| **Plaintiff**, | ) |
| vs. | ) |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | ) NOTICE OF SUBSTITUTION ) OF COUNSEL ) ) ) ) ) |
| **Defendants.** | ) |

**SUBSTITUTION OF COUNSEL**

1.  The Office of the Attorney General, though the above counsel, will be substituted as the attorney for Defendant CNMI Public School System (PSS).

2. As counsel for Defendant Jim Brewer throughout these proceedings, the Attorney General's Office is familiar with these proceedings and this substitution will not cause any delay to these proceedings.

3. Heather L. Kennedy and Karen M. Klaver withdraw as attorneys for Defendant the Public School System (PSS) in this matter.

Dated: February 7, 2007                    CNMI PUBLIC SCHOOL SYSTEM
                                           In-house Counsel for Defendant PSS


                                           By:          /s/
                                                 HEATHER L. KENNEDY (F0246)


                                           By:          /s/
                                                 KAREN M. KLAVER (F0241)

Dated: February 20, 2007                   OFFICE OF THE ATTORNEY GENERAL
                                           Attorneys for Defendants Jim Brewer and PSS


                                           By:          /s/
                                                 GREGORY BAKA (F0199)


Dated: February 7, 2007                    CNMI PUBLIC SCHOOL SYSTEM
                                           Commissioner of Education


                                           By:          /s/
                                                 David M. Borja, D.B.A.