## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-05-00038                                                          February 20, 2007
                                                                     9:10 a.m.

### Lisa Black -vs- Jim Brewer, et al

PRESENT:         Hon. Terry J. Hatter, Jr., Designated Judge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Michael Dotts, Attorney for Plaintiff
                 George Hasselback, Attorney for Plaintiff
                 Lisa Black, Plaintiff
                 Gregory Baka, Attorney for Defendants
                 Heather Kennedy, Attorney for Defendants
                 Linda Waugh, Attorney for Defendants
                 Jim Brewer, Defendant

PROCEEDINGS:     JURY TRIAL - Day One

   Plaintiff was represented by Attorneys Michael Dotts and George Hasselback. Defense was represented by Attorneys Gregory Baka, Heather Kennedy and Linda Waugh.

   Thirty-Two (32) potential jurors from panel 101060801 were present. Jurors were sworn and Court entertained requests for excuse. No challenges to the array.

   The case was called and the attorneys stated their appearance. 8 jurors names were drawn from the jury wheel and were seated in the jury box. Court proceeded with voir dire. At 11:40 a.m. jurors were seated. The seated jurors were: 1) PANGELINAN, Joey; 2) MATAGOLAI, Ilayza; 3) TAKAI, Jermaine; 4) CABRERA, Petra; 5) CASTRO, Virginia; 6) GONZALES, Joseph; 7) OGO, Augusta; 8) MUNA, Eliza.

   Court recessed the jurors for lunch at 11:50 a.m. and admonished them not to talk with anyone, or among themselves, about the case until they have received the case and

they are all together in the jury deliberation room.  Further, Court ordered them to return at 1:15 p.m. to continue with the trial. Court resumed at 1:40 p.m. and opening statements began.

Attorney Dotts began opening remarks at 1:45 p.m. and concluded at 2:03 p.m. Attorney Kennedy began opening remarks at 2:03 p.m. and concluded at 2:12 p.m.

Plaintiff called witness:

**NARIANY SIKYANG**.  DX. CX.  Plaintiff moved to admit Ex. 2 into evidence; no objection, Court so ordered.  Witness was excused at 2:43 p.m.

Plaintiff called witness:

**LISA BLACK**.  DX.

Court recessed at 3:30 p.m. and reconvened at 3:50 p.m.

Attorney Dotts continued with DX of witness Black.

Court recessed the jurors for the evening at 4:30 p.m. and ordered that they return tomorrow morning at 9:00 a.m.

Court adjourned at 4:30 p.m.

/s/ K. Lynn Lemieux, Courtroom Deputy