# CIVIL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Tuesday, February 20, 2007 | DOCKET NO. | CV-05-0038 |
|---|---|---|---|
| CAPTION | Lisa Black -vs- Jim Brewer, et al | | |
| ATTORNEYS | Attys. Michael Dotts and George Hasselback | Gregory Baka, Deputy AG. Attorneys Heather Kennedy and Linda Waugh | |

| | 1 | | 2 | | 3 | | 4 |
|---|---|---|---|---|---|---|---|
| DP | Fujihura, Joseph | | Matagolai, Ilayza | | Takai, Jermaine | DP | ~~Santos, David~~ |
| | | | | | | | Cabrera, Petra |

| | 8 | | 7 | | 6 | | 5 |
|---|---|---|---|---|---|---|---|
| PP | ~~Baza, Esther~~ | | Ogo, Augusta | PP | ~~Perez, David~~ | | Castro, Virgina |
| PP | ~~Babauta, Meliza~~ | | | DP | ~~Curley, Gary~~ | | |
| | Muna, Eliza | | | | Gonzales, Joseph | | |

CODES: **CC** = *Challenge for Cause*  **DP** = *Defendant's Peremptory Challenge*  **PP** = *Plaintiff Peremptory Challenge*

Form NMI-CVJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| PP | David Perez | DP | Joseph Fujihira |
| PP | Esther Baza | DP | David Santos |
| PP | Meliza Babauta | DP | Gary Curley |