**MICHAEL W. DOTTS, ESQ.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiff Lisa Black**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA BLACK,** ) | **CIVIL ACTION NO. 05-0038** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S SUBSEQUENT** |
| **JIM BREWER, individually and in his** ) | **CITATIONS IN SUPPORT OF** |
| **official capacity as Acting Principal for** ) | **ALLOWING AMENDMENT TO** |
| **Hopwood Junior High School,** ) | **THE COMPLAINT** |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS PUBLIC SCHOOL** ) | |
| **SYSTEM, and JOHN AND/OR JANE DOE,** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff further cites the Court to the following:

*Dussovy v. Golf Coast Inv Corp.,* 660 F.2d 594 (5th Cir. 1981)

*Levin v. Weissman,* 594 F. Supp. 322 (D.C. Pa. 1984)

*Ford v. Burke,* 529 F. Supp. 373 (D.C. N.Y. 1982)

*Arthur v. Nyquest,* 415 F. Supp. 904, 975 (D.C. N.Y. 1976)

Dated:  February 22, 2007

                    Respectfully submitted:
                    O'CONNOR BERMAN DOTTS & BANES
                    Attorneys for Plaintiff Lisa S. Black


By:  /s/_____
        MICHAEL W. DOTTS