Ms. Heather L. Kennedy F0246
Karen M. Klaver F0241
C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP  96950
Telephone: (670) 237-3046
Fax:(670) 664-3713
Attorneys for Defendant CNMI Public School System

Matthew T. Gregory F0205
Gregory Baka F0199
Attorney Generals Office
Hon. Juan A Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950
Telephone: (670664-2341
Fax: (67)664-2349

Attorneys for the CNMI and Jim Brewer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **LISA S. BLACK,** | CIVIL ACTION NO.  05-0038 |
| **Plaintiff,** | |
| vs. | **DEFENDANT CNMI PUBLIC SCHOOL SYSTEM (PSS) MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| **JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,** | **Judge  Hatter** <br> **February 22, 2007** |
| **Defendants.** | |

**DEFENDANT'S NOTICE AND MOTION FOR
JUDGMENT AS A MATTER OF LAW**

1

Defendants Commonwealth of the Northern Mariana Islands, CNMI Public School System, and Jim Brewer ask this court to render judgment in its favor, as authorized by the Federal Rules of Civil Procedure 50(a). Fed. R. Civ. P 50 (a) (1) states: If during a trial by jury a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue, the court may determine the issue against that party and may grant a motion for judgment as a matter of law against that party with respect to a claim or defense that cannot under the controlling law be maintained or defeated without a favorable finding on that issue. Plaintiff has not her burden as described in the accompanying Memorandum in Support of Motion for Judgment as a Matter of Law. There are no controverted issues of fact on which reasonable persons could differ. *Powers v. Bayliner Mar. Corp.,* 83 F. 3d 789, 796 (6th Cir. 1996), thus Defendants request this court grant the motion and render judgment for Defendants.

Respectfully submitted this 22nd of February 2007 by:


_____/s/_____
Karen M. Klaver   F0241
Heather L. Kennedy   F0246
Attorneys for the Public School System

2

C:\Documents and Settings\klaverk.CNMIPSS\Desktop\Litigation Files\Lisa Black\Black PSS Notice Motion JMOL.doc