MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

***

CV-05-00038                                           February 26, 2007
                                                                                           11:10 a.m.

**Lisa Black -vs- Jim Brewer, et al**

PRESENT:        Hon. Terry J. Hatter, Jr., Designated Judge Presiding
                          Sanae Shmull, Court Reporter
                          K. Lynn Lemieux, Court Deputy
                          Michael Dotts, Attorney for Plaintiff
                          George Hasselback, Attorney for Plaintiff
                          Lisa Black, Plaintiff
                          Gregory Baka, Attorney for Defendants
                          Heather Kennedy, Attorney for Defendants
                          Jim Brewer, Defendant

PROCEEDINGS:    JURY TRIAL - Day Five

      Plaintiff was represented by Attorneys Michael Dotts and George Hasselback. Defense was represented by Deputy Attorney General Gregory Baka and Attorney Heather Kennedy.

      Six jurors were present. Two jurors were delayed because of bad weather conditions (volcanic ash in the air delayed flight from Tinian).

      All jurors were present by 10:00 a.m.

      Jurors were excused for lunch at 11:00 a.m. and told to return at 12:30 p.m.

      At 11:10 Court convened.

      Outside the presence of the jurors, Court addressed counsel with regard to the jury instructions.

Court recessed at 11:20 and reconvened at 12:35 p.m.

All jurors were present.

Attorney Dotts began closing argument at 12:36 p.m. and concluded at 1:50 p.m

Court recessed at 1:50 and reconvened at 2:10 p.m.

Attorney Kennedy began closing argument at 2:11 p.m. and concluded at 2:55 p.m.

Attorney Baka began closing argument, on behalf of Jim Brewer, at 2:57 p.m. and concluded at 3:05 p.m.

Attorney Hasselback began closing rebuttal at 3:07 p.m. and ended at 3:15 p.m.

Court began reading jury instruction to the jurors at 3:16 p.m. and concluded at 3:40 p.m.

Court Security Officers were sworn.  Jurors were escorted into the jury delibertion room.

Court recessed for the evening at 3:45 p.m.

Court adjourned at 3:45 p.m.

/s/ K. Lynn Lemieux, Courtroom Deputy