CV05-0038

Feb. 27, 2007

Your Honor,

With all due respect we, the jury would like to request a better understanding regarding question No. A1 on the verdict sheet.

Jermaine, Takai
Foreperson

*(signature)* Jermaine Takai

FILED
Clerk
District Court

FEB 27 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

Received at 4:10 P.M.
on 2/27/07.
I will respond to you in
open court. Thank you,
2/27/07, 4:25 P.M.   Judge Munson