MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-05-00038  February 27, 2007
  9:00 a.m.

**Lisa Black -vs- Jim Brewer, et al**

PRESENT: Hon. Terry J. Hatter, Jr., Designated Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Court Deputy
Michael Dotts, Attorney for Plaintiff
George Hasselback, Attorney for Plaintiff
Lisa Black, Plaintiff
Gregory Baka, Attorney for Defendants
Heather Kennedy, Attorney for Defendants
Jim Brewer, Defendant

PROCEEDINGS: JURY TRIAL - Day Six (Jury Deliberation)

All eight jurors were present and began deliberation at 9:00 a.m.

At 9:50 a.m. Court requested that all counsel be called to return to the Courtroom. At 10:15 a.m. all counsel arrived at the Court,

At 10:20 a.m. Court convened, outside the presence of the jury, and Court examined counsel about the newspaper article regarding the case. Court requested that the jurors be brought into the Courtroom, one at a time, to be voir dired.

Juror # 1; Joey Pangelinan. Court inquired as to whether he had read the newspaper about this case. He replied that he had not. Court requested that he not read the paper while he is deliberating and not listen to any news regarding this case.

Juror # 2: Ilayza Matagolai. Court inquired as to whether she had read the newspaper about this case. She had not. Court requested that she not read the paper while she is deliberating and not listen to any news regarding this case.

Juror # 3.  Jermaine Takai.  Court inquired as to whether he had read the newspaper about this case. He had not. Court requested that he not read the paper while he is deliberating and not listen to any news regarding this case.

Juror # 4.  Petra Cabrera.  Court inquired as to whether she had read the newspaper about this case. She had not. Court requested that she not read the paper while she is deliberating and not listen to any news regarding this case.

Juror # 5.  Virginia Castro.  Court inquired as to whether she had read the newspaper about this case. She had not. Court requested that she not read the paper while she is deliberating and not listen to any news regarding this case.

Juror # 6.  Joseph Gonzales.  Court inquired as to whether he had read the newspaper about this case. He had not. Court requested that he not read the paper while he is deliberating and not listen to any news regarding this case.

Juror # 7.  Augusta Ogo.  Court inquired as to whether she had read the newspaper about this case. She had not. Court requested that she not read the paper while he is deliberating and not listen to any news regarding this case.

Juror # 8 .  Eliza Muna.  Court inquired as to whether she had read the newspaper about this case. She replied that she had scanned the paper yesterday; but, had not seen anything about this trial.  Court requested that she not read the paper while she is deliberating and not listen to any news regarding this case.

Court recessed at 10:35 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned at 1;13 p.m.

At 4:10p.m. jurors sent out a note.  Court requested that all counsel be called to return to the Court.

Court convened, outside the presence of the jury, with Attorney Dotts, Attorney Kennedy, and Deputy Attorney General Baka present, at 4:30 p.m. and Court read the note to counsel.  Jurors were brought to the Courtroom at 4:38 p.m.  Court read further instructions to the jury.  Court inquired of the jury foreman if these instructions were helpful and he replied in the affirmative.

Jurors were released for the evening at 4:45 p.m. and ordered to return tomorrow to continue deliberation.

Court adjourned at 4:45 p.m.

/s/ K. Lynn Lemieux, Courtroom Deputy