CV 05-0038      VM 2.28.07
                   1:30 PM

Judge,

We the jurors have reached a verdict.

*Jermaine Takai*
Foreperson

*[signature]*

**FILED**
Clerk
District Court

FEB 28 2007

For The Northern Mariana Islands
By _____
         (Deputy Clerk)