MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-05-00038                                                                    February 28, 2007
                                                                               9:00 a.m.

**Lisa Black -vs- Jim Brewer, et al**

PROCEEDINGS:   JURY TRIAL - Day Seven (Jury Deliberation)

All eight jurors were present and began deliberation at 9:00 a.m.

At 11:35 a.m. the jurors were escorted to lunch and returned at 12:50 p.m.

At 1:40 p.m. the jurors sent out a note that they had reached a verdict. All parties were called to return to the Court.

Court reconvened at 2:03 p.m.

PRESENT:       Hon. Terry J. Hatter, Jr., Designated Judge Presiding
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Court Deputy
               Michael Dotts, Attorney for Plaintiff
               George Hasselback, Attorney for Plaintiff
               Lisa Black, Plaintiff
               Gregory Baka, Attorney for Defendants
               Heather Kennedy, Attorney for Defendants
               Linda Waugh, Attorney for Defendants
               Jim Brewer, Defendant

Jurors were brought into the Courtroom at 2:05 p.m. Court inquired if they had reached a verdict. Foreman answered in the affirmative.

The verdict was read and recorded as follows:

"In the United States District Court for the Northern Mariana Islands, In Civil Action No. 05-0038, Lisa S. Black -vs- Jim Brewer, individually and in his official capacity as acting Principal of Hopwood Junior High School, and Commonwealth of the Northern Mariana Islands Public School System.  Verdict.  We, the Jury, are unanimous in our answers to the following:  A.  Intentional Infliction of Emotional Distress.  1.  Was the conduct complained of so extreme and outrageous as to exceed all possible bounds of decency and regarded as atrocious and utterly intolerable in a civilized community?  Answer: NO.  (Instructions read that if the answer was "no" to go to question #9.)  B.  Constitutional Right to Due Process.  9.  Was a charge made against the plaintiff that might seriously damage her standing and associations in the community?  Answer: NO.  10.  Did a defendant impose a stigna or other disability upon the plaintiff that foreclosed her freedom to take advantage of other employment opportunities?  Answer: NO.  (Instructions were if the answer to 9 and 10 were :no" to go to the end of the verdict and sign and date the form.)
Signed and dated the 28th day of February, 2007, by the Jury Foreperson.

    The jury was polled by the Court and the vote was unanimous.

                                     Court adjourned at 2:15 p.m.

                                     /s/ K. Lynn Lemieux, Courtroom Deputy