F I L E D
Clerk
District Court

FEB 28 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court
# Northern Mariana Islands

| | |
|---|---|
| LISA S. BLACK, | Civil Action No. 05-38 |
| Plaintiff, | |
| v. | |
| JIM BREWER, individually and in his official capacity as acting Principal of Hopwood Junior High School, and COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM. | Verdict |
| Defendants. | |

We, the Jury, are unanimous in our answers to the following:

A. Intentional Infliction of Emotional Distress

1. Was the conduct complained of so extreme and outrageous as to exceed all possible bounds of decency and regarded as atrocious and utterly intolerable in a civilized community?

Yes _____     No __X__

(If your answer was "No", go to question 9. Otherwise, go to the next question.)

2. Was the conduct intentional or reckless?

Yes _____     No _____

(If your answer was "No", go to question 9. Otherwise, go to the next question.)

3. Did the conduct cause emotional distress?

Yes _____        No _____

(If your answer was "No", go to question 9.  Otherwise, go to the next question.)

4. Was the distress severe?

Yes _____        No _____

(If your answer was "No", go to question 9.  Otherwise, go to the next question.)

5. Was the conduct in question caused by Jim Brewer as an individual?

Yes _____        No _____

(If your answer was "No", go to question 7.  Otherwise, go to the next question.)

6. What amount, if any, do you award to Plaintiff as damages caused by Jim Brewer as an individual? _____

7. Was the conduct in question caused by Jim Brewer in his official capacity as acting Principal of Hopwood Junior High School or PSS?

Yes _____        No _____

(If your answer was "No", go to question 9.  Otherwise, go to the next question.)

8. What amount, if any, do you award to the plaintiff as damages caused by Jim Brewer in his official capacity as acting Principal of Hopwood Junior High School or PSS?

_____

. . . . . . .

. . . . . . .

**B. Constitutional Right to Due Process**

    9. Was a charge made against the plaintiff that might seriously damage her standing and associations in the community?

    Yes _____          No __X__

    10. Did a defendant impose a stigma or other disability upon the plaintiff that foreclosed her freedom to take advantage of other employment opportunities?

    Yes _____          No __X__

(If your answers were "No" to both questions 9 and 10, have the foreperson sign and date the form and return your verdict. Otherwise, go to the next question.)

    11. Were the charges intentionally publicized by a defendant?

    Yes _____          No _____

(If your answer was "No", have the foreperson sign and date the form and return your verdict. Otherwise, go to the next question.)

    12. Did that defendant fail to give plaintiff a chance to clear her name at a hearing?

    Yes _____          No _____

(If your answer was "No", have the foreperson sign and date the form and return your verdict. Otherwise, go to the next question.)

    13. Was Jim Brewer, as an individual, the defendant who caused the plaintiff damage?

    Yes _____          No _____

(If your answer was "Yes", go to the next question. Otherwise, go to question 17.)

14. What amount, if any, do you award to the plaintiff as actual damages from defendant Jim Brewer as an individual? _____

15. Was defendant Jim Brewer's conduct, as an individual, malicious, oppressive or in reckless disregard of the plaintiff's constitutional rights?
Yes _____     No _____
(If your answer was "Yes", go to the next question. Otherwise, go to question 17.)

16. What amount, if any, do you award as punitive damages against defendant Jim Brewer, in his individual capacity, for a violation of plaintiff's constitutional rights?

_____

17. Was Jim Brewer, in his official capacity as acting Principal of Hopwood Junior High School, the defendant who caused the plaintiff damage?
Yes _____     No _____
(If your answer was "Yes", go to the next question. Otherwise, have the foreperson sign and date the form and return your verdict.)

18. What amount, if any, do you award to the plaintiff as actual damages caused by the actions of Jim Brewer in his official capacity as acting Principal of Hopwood Junior High School or PSS? _____

Date: 02/28/07              _____
                            Jury Foreperson
                            Jermaine Takai