F I L E D
Clerk
District Court

FEB 28 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM BREWER, et. al.,<br><br>    Defendants. | Case No. CV-05-0038<br><br>**JUDGMENT** |

**THIS MATTER** came before the court for a trial by jury on February 20, 2007.

The jury having rendered a verdict in favor of the defendants on all claims; it is now, therefore, **ORDERED AND ADJUDGED** that the plaintiff recover nothing. An order for costs will be entered separately.

Date:   February 28, 2007

*/s/ Terry J. Hatter Jr.*
Terry J. Hatter Jr.
Senior United States District Judge