**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**PUBLIC SCHOOL SYSTEM**
**TRAVEL AUTHORIZATION**
SAIPAN, MP 96950

1. NO. _T47681_
2. _Feb. 7, 2007_

Office of the Legal Counsel
3. _____ Program/School

4. NAME _Jim Brewer_  3/92
5. OFFICIAL STATION _Los Angeles_
6. TITLE _Expert Witness_  233 £
7. ACCOUNTING OFFICE _Saipan_

You are authorized to travel below and to incur necessary expenses in accordance with applicable laws and regulations.

**PLACES OF TRAVEL**

8. FROM: Los Angeles
9. TO: Saipan/Return

RECEIVED FEB 08 2007 Public Sch. System Commissioner's Office

10. PAYMENT TO TRAVELER:
Check No. _PV# 111868_
Amount _$1877.56_
Issued by: _90% N14.70_
Date _$3392.26_
Travelers Signature _____

11. PURPOSE AND REMARKS:

To testify in the **Lisa Black** lawsuit which Jury Trial begins on February 20, 2007. Jim is a critical witness in this matter and he is needed to prepare prior to the set date of the trial.

Travel to be performed in the best interest of the CNMI Public School System. (for Reimbursement)

12. PER DIEM ALLOWANCE
11 dys  Meals - 704.00
Hotel/Car Package
Per Diem 484.00

13. PAYMENT TO CARRIER/TRAVEL AGENCY
Name of Travel Agency or Carrier: _____
Invoice No. ___ Date ___ Amount ___
Based on Itinerary and Quotation
Issued by _____

14. PERIOD OF TRAVEL: Beginning on or about  2/18/07  Ending on or about 3/02/07

**MODE OF TRAVEL**

15. ☐ Common Carrier
16. ☐ Business Class
17. ☐ PSS-owned conveyance
18. ☐ Privately owned _____ at a mileage rate of ___ cents, subject to:
   (a) ☐ Administratively to be to the advantage of the Public School System
   (b) ☐ Not to exceed cost by common carrier, including consideration of Per Diem allowance.

**MISCELLANEOUS**

19. ☐ Transportation immediate family
20. ☐ Other (specify)
    Car Rental: 45.00 x 495.00
21. ☐ Shipment house goods and personal effects

Approved By: _Roman C. Benavente_
Chairman, BOE

**ESTIMATED COST**

22. Transportation _____ $ 1,877.56
23. Per Diem  Meals + Hotel  1,188.00
24. Other  Car rental  495.00
25. TOTAL _____ $ 3,560.56
26. CHARGED TO: 71002-4385-510

27. _Tim Thornburgh, Acting Dir. of Fiscal & Budget_
(FISCAL OFFICER'S SIGNATURE)

28. _Jaren M. Klaver_
(REQUESTOR'S SIGNATURE)
PSS Legal Counsel
TITLE
_Roman C. Benavente_

29. _____
(AUTHORIZING OFFICER'S SIGNATURE)
Chairman
TITLE

TRAVELER'S COPY: WHITE   VOUCHER COPY: CANARY   FILE COPY: PINK   ACCOUNTING COPY: GOLDENROD

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**PUBLIC SCHOOL SYSTEM**
**TRAVEL AUTHORIZATION**
SAIPAN, MP 96950

1. NO. T47874
2. Feb. 22, 2007 (DATE)
3. Office of the Legal Counsel (Program/School)
4. NAME: Florine Hofschneider 52/8
5. OFFICIAL STATION: Saipan
6. TITLE: Principal
7. ACCOUNTING OFFICE: Saipan

You are authorized to travel below and to incur necessary expenses in accordance with applicable laws and regulations.

**PLACES OF TRAVEL**

8. FROM: Tinian
9. TO: Saipan/Return

**10. PAYMENT TO TRAVELER:**
Check No. PV# 112267
Amount 90% $57
Issued by: _____
Date _____
Travelers Signature _____

**11. PURPOSE AND REMARKS:**
To testify as a witness of PSS in the case of, Lisa Black vs. Jim Brewer, et. al, Civil Action no. 05-0038. Travel to be performed in the best interest of the CNMI Public School System.

**12. PER DIEM ALLOWANCE**
Subsistence

**13. PAYMENT TO CARRIER/TRAVEL AGENCY**
Name of Travel Agency or Carrier: _____
Invoice No. _____ Date _____ Amount _____
Based on Itinerary and Quotation
Issued by _____

**14. PERIOD OF TRAVEL:** Beginning on or about 2/23/07   Ending on or about 2/23/07

**MODE OF TRAVEL**
15. [X] Common Carrier
16. [ ] Business Class
17. [ ] PSS-owned conveyance
18. [X] Privately owned _____ at a mileage rate of _____ cents, subject to:
   (a) [ ] Administratively to be to the advantage of the Public School System
   (b) [ ] Not to exceed cost by common carrier, including consideration of Per Diem allowance.

**MISCELLANEOUS**
19. [ ] Transportation immediate family
20. [ ] Other (specify)
21. [ ] Shipment house goods and personal effects

**ESTIMATED COST**
22. Transportation — $ 64.00
23. Per Diem — 64.00
24. Other — 
25. TOTAL — $ 128.00
26. CHARGED TO: 7002-4336-840

28. _____ Karen M. Klaver (REQUESTOR'S SIGNATURE)
PSS Legal Counsel (TITLE)

29. _____ Dr. David M. Borja, D.B.A. (AUTHORIZING OFFICER'S SIGNATURE)
Commissioner of Education (TITLE)

27. Tim Thornburgh, Acting Fiscal & Budget Officer (FISCAL OFFICER'S SIGNATURE)

TRAVELER'S COPY: WHITE   VOUCHER COPY: CANARY   FILE COPY: PINK   ACCOUNTING COPY: GOLDENROD



To: jacinta kapileo
Company: public school systems

www.fedexkinkos.com
1-800-254-6567

## Videoconferencing Receipt

Customer: public school systems
Booked By: jacinta kapileo
Attendees: jacinta kapileo
Tracking #: 50281525    Date: 2/23/2007

| Location | Qty/List Price Per Minute | Disc. | Price Per Minute | Tax | Amount |
|---|---|---|---|---|---|
| Las Vegas NV Sahara Pavillion N (702) 870-7011 Fax: (702) 870-3411 | 120 $4.42 | $0.00 | $4.42 | $0.00 | $530.40 |

Total Charges for Tracking #: 50281525

Visa
************2284
04/07
karen m klazer

SUBTOTAL: $530.40
TAX: $0.00
TOTAL: **$530.40**

If you have questions regarding your conference receipt, please contact FedEx Kinko's billing and support at VTC.Support@fedexkinkos.com or 888-882-5869.

**Thank you for videoconferencing at FedEx Kinko's.**



**Public School System**
Small/Emergency
Purchase Order

P.O. BOX 501370
SAIPAN, MP 96950

**PURCHASE ORDER NUMBER** | 48179 OL

| VENDOR | VENDOR NO. 2770 | BILLING INSTRUCTIONS | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| Dolores Taman<br>c/o KARIDAT<br>P.O. Box 500745<br>Saipan, MP 96950<br>Tel.# 234-6981 | | NO PAYMENT WILL BE MADE UNLESS THE PURCHASE ORDER NUMBER SHOWN ABOVE IS INDICATED ON ALL INVOICES, PACKAGES AND CORRESPONDENCE | SHIP TO: PSSPANDS PO#_____<br>CNMI PUBLIC SCHOOL SYSTEM<br>P.O. BOX 1370 CK<br>SAIPAN, MP 96950<br><br>All Correspondence other than payment requests should be referred to this address and must indicate PO Number. |

| FOB POINT | Delivery Time | Discount Terms | SHIP VIA: |
|---|---|---|---|
| SUSUPE | ASAP | N/A | HAND-DELIVERY |

| DESCRIPTION OF ARTICLES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| PSS' witness testified in the case (Jury Trial) of, Lisa Black vs. Jim Brewer, et. al., Civil Action no. 05-0038 on 2/20/07.<br><br>WITNESS FEE -------------------------- | 1 | ea. | $40.00 | 40 00 |

NOTE TO VENDOR:
Please provide a copy of invoice showing receipt of goods/merchandise to:
PSS PROCUREMENT & SUPPLY
P.O. BOX 1370 CK
SAIPAN, MP 96950

**SPECIAL TERMS & CONDITIONS FOR VENDOR**

1. The above Purchase Order number must appear on all invoices, packages, packing lists, and other related documents.
2. Proof of shipment/delivery of goods or services must be included with all payment requests or invoices.
3. The CNMI Public School System is not responsible for the purchase of articles or services in excess of $2,500 or above 110% of the amount indicated in TOTAL, whichever is less.
4. Vendors located within the C.N.M.I. must deliver all articles and services within ninety (90) days of certification of funds by PSS.
5. Vendors located outside of the C.N.M.I. must deliver all articles and services within one-hundred & eighty (180) days from date of PO approval by Procurement & Supply Officer.
6. Upon completion of delivery/service please mail original Purchase Order and original invoice to: Finance & Budget Office, CNMI Public School System, P.O. Box 1370CK, Saipan MP 96950.

**Total** $40.00
Amount not to exceed $2,500.00

| Requesting Department/School | Date |
|---|---|
| Office of the Legal Counsel | 3/1/07 |
| Account Number: 71001.4201.570 /3H | School |
| Certification of Funds<br>Tim Thornburgh, Acting F&B Officer | Date |
| David M. Borja, D.B.A.<br>Commissioner of Education | Date |

VENDOR



**Public School System**
**Small/Emergency Purchase Order**

P.O. BOX 501370
SAIPAN, MP 96950

**PURCHASE ORDER NUMBER** 48178 OL

| VENDOR | VENDOR NO. 2569 | BILLING INSTRUCTIONS | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| Ms. Rita Hocog Inos, Ed.D. c/o Northern Marianas College P.O. Box 505119 Saipan, MP 96950 | | NO PAYMENT WILL BE MADE UNLESS THE PURCHASE ORDER NUMBER SHOWN ABOVE IS INDICATED ON ALL INVOICES, PACKAGES AND CORRESPONDENCE | SHIP TO: PSSPANDS POE CNMI PUBLIC SCHOOL SYSTEM P.O. BOX 1370 CK SAIPAN, MP 96950  All Correspondence other than payment requests should be referred to this address and must indicate PO Number. |

| FOB POINT | Delivery Time | Discount Terms | SHIP VIA: |
|---|---|---|---|
| As Terlaje | ASAP | N/A | Hand-Delivery |

| DESCRIPTION OF ARTICLES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| PSS' witness testified in the trial case of Lisa Black vs. Jim Brewer, et. al., Civil Action no. 05-0038 on 2/20/07.  WITNESS FEE --------------------- | 1 | ea. | $40.00 | 40 00 |

NOTE TO VENDOR:
Please provide a copy of invoice showing receipt of goods/merchandise to:
PSS ...
P.O. ...

**Total** $40.00
Amount not to exceed $2,500.00

**SPECIAL TERMS & CONDITIONS FOR VENDOR**

1. The above Purchase Order number must appear on all invoices, packages, packing lists, and other related documents.
2. Proof of shipment/delivery of goods or services must be included with all payment requests or invoices.
3. The CNMI Public School System is not responsible for the purchase of articles or services in excess of $2,500 or above 110% of the amount indicated in TOTAL, whichever is less.
4. Vendors located within the C.N.M.I. must deliver all articles and services within ninety (90) days of certification of funds by PSS.
5. Vendors located outside of the C.N.M.I. must deliver all articles and services within one-hundred & eighty (180) days from date of PO approval by Procurement & Supply Officer.
6. Upon completion of delivery/service please mail original Purchase Order and original invoice to: Finance & Budget Office, CNMI Public School System, P.O. Box 1370CK, Saipan MP 96950.

Requesting Department/School: Office of the Legal Counsel
Date: 3/1/07
School:

Account Number: 71001.4201.570

Certification of Funds: Tim Thornburgh, Acting F&B Officer
Date: 3/5

David M. Borja, D.B.A.
Commissioner of Education
Date:

VENDOR



**Public School System**
Small/Emergency
Purchase Order

P.O. BOX 501370
SAIPAN, MP 96950

**PURCHASE ORDER NUMBER**   48158   OL

| VENDOR | VENDOR NO. 1145I | BILLING INSTRUCTIONS | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| Ms. Olga Arriola<br>Christian Dior Supervisor<br>DUTY FREE SHOPPERS LTD.<br>P.O. Box 500528<br>Saipan, MP 96950 | | NO PAYMENT WILL BE MADE UNLESS THE PURCHASE ORDER NUMBER SHOWN ABOVE IS INDICATED ON ALL INVOICES, PACKAGES AND CORRESPONDENCE | SHIP TO: PSSPANDS PO#_____<br>CNMI PUBLIC SCHOOL SYSTEM<br>P.O. BOX 1370 CK<br>SAIPAN, MP 96950<br><br>All Correspondence other than payment requests should be referred to this address and must indicate PO Number. |

| FOB POINT | Delivery Time | Discount Terms | SHIP VIA: |
|---|---|---|---|
| GARAPAN | ASAP | N/A | HAND-DELIVERY |

| DESCRIPTION OF ARTICLES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| PSS' WITNESS TESTIFIED IN THE TRIAL CASE of, Lisa Black vs. Jim Brewer, et. al., Civil Action no. 05-0038 on 2/20/07.<br><br>WITNESS FEE -------------------- | 1 | ea. | $40.00 | 40 00 |

NOTE TO VENDOR:
Please provide a copy of invoice showing receipt of goods/merchandise to:
PSS PROCUREMENT & SUPPLY
P.O. BOX 1370 CK
SAIPAN, MP 96950

**SPECIAL TERMS & CONDITIONS FOR VENDOR**

1. The above Purchase Order number must appear on all invoices, packages, packing lists, and other related documents.
2. Proof of shipment/delivery of goods or services must be included with all payment requests or invoices.
3. The CNMI Public School System is not responsible for the purchase of articles or services in excess of $2,500 or above 110% of the amount indicated in TOTAL, whichever is less.
4. Vendors located within the C.N.M.I. must deliver all articles and services within ninety (90) days of certification of funds by PSS.
5. Vendors located outside of the C.N.M.I. must deliver all articles and services within one-hundred & eighty (180) days from date of PO approval by Procurement & Supply Officer.
6. Upon completion of delivery/service please mail original Purchase Order and original invoice to: Finance & Budget Office, CNMI Public School System, P.O. Box 1370CK, Saipan MP 96950.

**Total**   $40.00
Amount not to exceed $2,500.00

| Requesting Department/School | Date |
|---|---|
| Office of the Legal Counsel | 33/1/07 |
| Account Number: 71001.4201.530 | School |
| Certification of Funds<br>Tim Thornburgh, Acting F&B Officer | Date 5/3 |
| David M. Borja, D.B.A.<br>Commissioner of Education | Date |

VENDOR

# Invoice

MARIANAS MEDICAL CENTER
P.O. Box 5006 CHRB
San Antonio Village
Saipan, MP 96950
USA

Voice: (670) 234-3926
Fax:   (670) 234-3950

Invoice Number:
0609-015244-A

Invoice Date:
Sep 28, 2006

Page: 1

Duplicate

Sold To:
Public School System
P.O. Box 501370
Saipan, MP 96950
USA

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 02-044 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 10/28/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Other Income | medical record copies of Lisa Black (40 pages) | 15.75 | 15.75 |

Subtotal: 15.75
Sales Tax:
Total Invoice Amount: 15.75
Payment/Credit Applied:

Check/Credit Memo No:

**TOTAL** 15.75

Overdue invoices are subject to late charges.

**LAWYERS' SERVICES**
FLR, NAURU BLDG, SUSUPE
P. BOX 501902
SAIPAN, MP 96950

# INVOICE

**SERVICE FOR:**
Heather Kennedy, Esq.
al Counsel
blic School System
pital Hill
pan, MP 96950

**BILL TO:**
ME

INVOICE NO. 230806
LSR MBC

DATE August 23, 2006
PAYMENT DUE DATE COD

| DATE | WORK ORDER DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 07-08/06 | Transcript of Deposition of Ms. Lisa Black | $1,452.00 | $1,452.00 |
| | In Re: Civil Action No. 05-0038 Lisa Black vs. Jim Brewer | | |
| | | **TOTAL DUE** | **$1,452.00** |

MAKE CHECKS PAYABLE TO:
LAWYERS' SERVICES
P.O. BOX 501902, SAIPAN MP 96950

THANK YOU FOR YOUR BUSINESS!