F I L E D
Clerk
District Court

MAR - 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court
# Northern Mariana Islands

| | |
|---|---|
| LISA S. BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>JIM BREWER, individually and in his offical capacity as acting Principal of Hopwood Junior High School, and COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM,<br><br>    Defendants. | Civil Action No. 05-38<br><br>Order |

The Court has considered the request of the Commonwealth of the Northern Mariana Islands Public School System to enter a bill of costs, together with the moving papers.

It is Ordered that the request be, and hereby is, Denied.

It is Further Ordered that each party shall bear its own costs.

Date:  March 9, 2007

_____
Terry J. Hatter, Jr.
Senior United States District Judge