DAVID G. BANES, ESQ.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff-Appellant Lisa Black

FILED
Clerk
District Court

MAR 2 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA BLACK,<br><br>　　Plaintiff-Appellant,<br><br>　vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>　　Defendants-Appellees. | CIVIL ACTION NO. 05-0038<br><br>REPRESENTATION STATEMENT |

NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b) that the Plaintiff-Appellant is represented by the law firm of O'Connor, Berman, Dotts & Banes. The address, telephone and facsimile numbers and other contact information is as set forth above.

Defendant-Appellant CNMI Public School System is represented by:

Heather Kennedy and Karen Klaver

C.N.M.I. Public School System
P.O. Box 1370 CK
Saipan, MP 96950
Tel. No. (670) 237-3046
Fax No. (670) 664-3713

1

Defendant-Appellant Jim Brewer is represented by:

Gregory Baka

CNMI Attorney General's Office
Hon. Juan A. Sablan Memorial Bldg., 2nd Floor
Caller Box 10007, Capital Hill
Saipan, MP 96950-8907
Tel. No. (670) 664-2341
Fax No. (670) 664-2349

Dated: March 26, 2007

          Respectfully submitted:
          O'CONNOR BERMAN DOTTS & BANES
          Attorneys for Plaintiff-Appellant Lisa S. Black

By: /s/
DAVID G. BANES