IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

Transcript Designation and Ordering Form

APR 25 2007

U.S. Court of Appeals Case No. 07-15519  U.S. District Court Case No. 05-00038

Short Case Title  Black v. Brewer, et al.

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Date Notice of Appeal Filed by Clerk of District Court   March 26, 2007

**SECTION A - To be completed by party ordering transcript:**

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | Jury Instructions |
| | | Pretrial Proceedings |
| | | Other (please specify) |

All testimony and hearings on in Limine motions

(attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X)  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered   April 25, 2007

Estimated date for completion of transcript   May 29, 2007

Type or Print Name   George L. Hasselback

Signature of Attorney _____  Phone Number  (670) 234-5684

Address  2nd Floor, Nauru Building, P.O. Box 501969, Saipan, MP 96950

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
   Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE