Case 1:05-cv-00038   Document 157   Filed 04/26/2007   Page 1 of 1

FILED
Clerk
District Court

APR 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **07-15519**  U.S. District Court Case No. **05-0038**

Short Case Title **Black v. Brewer, et. al.**

Date Notice of Appeal Filed by Clerk of District Court **March 26, 2007**

**SECTION A - To be completed by party ordering transcript:**

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) |
|---|---|---|
| During trial (Feb. 20-26, 2007) | Sanae Shmull | Voir Dire |
|  |  | ~~Opening Statements~~ |
|  |  | ~~Settlement Instructions~~ |
|  |  | ~~Closing Arguments~~ |
| During trial (Feb. 20-26, 2007) | Sanae Shmull | Jury Instructions |
|  |  | ~~Pretrial Proceedings~~ |
|  |  | Other (please specify) |

**All testimony during trial, all oral arguments of In Limine Motions made during trial.**

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporte. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **April 25, 2007**

Estimated date for completion of transcript **May 29, 2007**

Type or Print Name **Michael W. Dotts**

Signature of Attorney _[signature]_  Phone Number **(670) 234-5684**

Address **2nd Floor, Nauru Bldg., P.O. Box 501969 Saipan, MP 96950**

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

SPECIFIC INSTRUCTIONS FOR ATTORNEYS
(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). (Make additional copie if necessary.)
    Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE