**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK, | CIVIL DOCKET NO. 07-15519 |
| | CIVIL ACTION NO. 05-0038 |
| Plaintiff, | |
| | February 20, 21, 2006 |
| vs. | Garapan, Saipan |
| | |
| JIM BREWER, individually and in his | |
| official capacity as Acting | REPORTER'S PARTIAL TRIAL |
| Principal for Hopwood Junior High | TRANSCRIPT |
| School, COMMONWEALTH OF THE NORTHERN | |
| MARIANA ISLANDS PUBLIC SCHOOL | |
| SYSTEM, and JOHN AND/OR JANE DOE, | VOLUME I - Pages 1 - 352 |
| Defendants. | |

BEFORE THE HONORABLE TERRY J. HATTER, JR.
DESIGNATED JUDGE
UNITED STATES DISTRICT COURT and Jury
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

MAY 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:   Michael W. Dotts, Esq. and
                 George L. Hasselback, Esq.
                 O'CONNOR BERMAN DOTTS & BANES
                 P. O. Box 501969
                 Tel:(670) 234-5684/85
                 Fax:(670) 234-5683
                 Telephone: (670) 237-3046
                 Facsimile: (670) 664-3713

For Defendant    Heather L. Kennedy and
  CNMI PSS     : Karen M. Klaver
                 Attorneys at Law
                 CNMI Public School System
                 P.O. Box 1370 CK
                 Saipan, MP 96950
                     and