ORIGINAL

353

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| LISA S. BLACK,<br><br>    Plaintiff,<br><br>    vs.<br><br>JIM BREWER, individually and in his official capacity as Acting Principal for Hopwood Junior High School, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS PUBLIC SCHOOL SYSTEM, and JOHN AND/OR JANE DOE,<br><br>    Defendants. | CIVIL DOCKET NO. 07-15519<br>CIVIL ACTION NO. 05-0038<br><br>February 21, 22, 26, 2006<br>Garapan, Saipan<br><br>REPORTER'S PARTIAL TRIAL<br>    TRANSCRIPT<br><br>VOLUME II - Pages 353 - 704 |

BEFORE THE HONORABLE TERRY J. HATTER, JR.
DESIGNATED JUDGE
UNITED STATES DISTRICT COURT and Jury
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:  Michael W. Dotts, Esq. and
                George L. Hasselback, Esq.
                O'CONNOR BERMAN DOTTS & BANES
                P. O. Box 501969
                Tel:(670) 234-5684/85
                Fax:(670) 234-5683
                Telephone: (670) 237-3046
                Facsimile: (670) 664-3713

For Defendant   Heather L. Kennedy and
   CNMI PSS   : Karen M. Klaver
                Attorneys at Law
                CNMI Public School System
                P.O. Box 1370 CK
                Saipan, MP 96950
                       and

FILED
Clerk
District Court

MAY 29 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)